FILED
JUL 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number: C-07-3233

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of  RICHARD GARY HALL, JR  for the last six months
[prisoner name]
CORRECTIONAL TRAINING FACILITY  where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 0 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 0 .

Dated: 7-14-07

Brenda Nation Acct Technician
[Authorized officer of the institution]



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-14-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Brenda Nation
TRUST OFFICE
Account Technician

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

- 5 -

```
REPORT ID: TS3030                                    REPORT DATE: 07/14/07
                                                     PAGE NO:         1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                           CTF SOLEDAD/TRUST ACCOUNTING
                           INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: FEB. 15, 2007 THRU JUL. 14, 2007

ACCOUNT NUMBER : C07278                    BED/CELL NUMBER: NOWBT3000000339U
ACCOUNT NAME   : HALL, RICHARD GARY            ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY

       << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                           CURRENT HOLDS IN EFFECT
   DATE      HOLD
  PLACED     CODE         DESCRIPTION          COMMENT      HOLD AMOUNT
 ----------  ----  --------------------------  -----------  -----------
 02/22/2007  H107  POSTAGE HOLD                2470 POST           0.87
 04/12/2007  H107  POSTAGE HOLD                3045 POST           0.63
 04/14/2007  H107  POSTAGE HOLD                3081 POSTA          0.39
 07/12/2007  H109  LEGAL POSTAGE HOLD          0153 LPOST          4.60
 07/12/2007  H109  LEGAL POSTAGE HOLD          0153 LPOST          4.60
 07/12/2007  H109  LEGAL POSTAGE HOLD          0158 LPOST          0.41
 07/12/2007  H109  LEGAL POSTAGE HOLD          0158 LPOST          0.58
 07/12/2007  H109  LEGAL POSTAGE HOLD          0158 LPOST          5.05
 07/12/2007  H109  LEGAL POSTAGE HOLD          0158 LPOST          5.05

                          TRUST ACCOUNT SUMMARY
  BEGINNING     TOTAL        TOTAL        CURRENT       HOLDS      TRANSACTIONS
   BALANCE    DEPOSITS    WITHDRAWALS     BALANCE      BALANCE     TO BE POSTED
 ----------- ----------- -------------- ------------ ----------- ---------------
      0.00        0.00         0.00        0.00         22.18          0.00


                                                          CURRENT
                                                         AVAILABLE
                                                          BALANCE
                                                         ---------
                                                            22.18-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-14-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Brenda Gatica_
    TRUST OFFICE
Account Technician

**CORRECTIONAL TRAINING FACILITY**
P.O. BOX 686
SOLEDAD, CA  93960
ATTN: TRUST OFFICE

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD GARY HALL, JR.,
　　　　　　　　　Plaintiff,

vs.

BEN CURRY, WARDEN (A), Et. al.,
　　　　　　　　　Defendant.

CASE NO. C 07 3233 RMW (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, RICHARD GARY HALL, JR., declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ___0___   Net: ___0___

Employer: CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILITATION (CDCR)

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received.  (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____

_____

_____

2.  Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.    Business, Profession or self employment     Yes ___ No ✓

    b.    Income from stocks, bonds, or royalties?     Yes ___ No ✓

    c.    Rent payments?     Yes ___ No ✓

    d.    Pensions, annuities, or life insurance payments?     Yes ___ No ✓

    e.    Federal or State welfare payments, Social Security or other government source?     Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3.  Are you married?     Yes ___ No ✓

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.    a.    List amount you contribute to your spouse's support:$ _____

1      b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home?  Yes ___ No ✓

Estimated Market Value: $_____  Amount of Mortgage: $_____

6. Do you own an automobile?  Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ___ No ✓ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ___

_____

8. What are your monthly expenses?

Rent: $ ____0____  Utilities: ____0____

Food: $ ____0____  Clothing: ____0____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ N/A | $ N/A |
| | $ | $ |
| | $ | $ |

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____ N/A _____
4  _____

5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16  JUNE 24, 2007                     [signature]
17  DATE                              SIGNATURE OF APPLICANT

DATE: June 24, 2007

FROM: I/M Hall, R.G. Jr. C-07278, WB/339up

TO: Trust Office Supervisor (CTF)

RE: Certification of my funds for the past 6 months in compliance with court order for case # C-07-3233.

Dear Trust Supervisor,

Please verify page (5) of enclosed "In Forma Pauperis" per courts attached order. And forward immediately to the court in the enclosed S.A.S.E from the court. And give me notice that the required certification has been facilitated please. Thank you for your time and assistance in this legal matter.

Sincerely

*Richard Geary Hall* (signature)

cc:

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your complaint has been filed as civil case number _____

Your complaint is deficient because:

1. ____ You did not pay the appropriate filing fee of $350.00. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety.

2. ✓ The In Forma Pauperis Application you submitted is insufficient because:

   ____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   ____ Your In Forma Pauperis Application was not completed in its entirety.

   ____ You did not sign your In Forma Pauperis Application.

   ____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ✓ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   ____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning:** If you do not respond within **THIRTY DAYS** from the filing date stamped above, your action will be dismissed and the file closed. If you submit the application, you will automatically be liable for the full filing fee, regardless of your present ability to pay the full amount of the fee.

Sincerely,
RICHARD W. WIEKING, Clerk

By _____
Deputy Clerk

rev. 4/9/06

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S
IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

**A.    Non-habeas Civil Actions**

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

**If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.**

**B.    Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER (Rev. 4/06)