```
 1  RICHARD GARY HALL, JR. C-07278
    CORRECTIONAL TRAINING FACILITY
 2  P.O. BOX 705 - WB133UP
    SOLEDAD, CA 93960-0705
 3
 4  IN PRO SE
```

FILED

2007 SEP 12 P 3: 56

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD GARY HALL, JR. | CASE #: 5:07-CV-03233-RMW |
| PLAINTIFF, | LETTER OF INQUIRY TO THE |
| V. | CLERK OF THE COURT. |
| JAMES TILTON, ET. AL. | |
| DEFENDANTS | |

NOW COMES. RICHARD GARY HALL, JR. PLAINTIFF IN THE ABOVE ENTITLED CAUSE OF ACTION. PLAINTIFF RESPECTFULLY REQUESTS THAT THE CLERK OF THE COURT PROVIDE HIM CLARITY IN REGARDS TO THE ISSUANCE OF THE 'SUMMONS' UPON ALL DEFENDANTS IN THE ABOVE ENTITLED CAUSE OF ACTION. WILL THE COURT ISSUE THE SUMMONS BY WAY OF THE U.S. MARSHALS SERVICE UPON ALL DEFENDANTS DO TO THE PLAINTIFF'S DISADVANTAGED POSITION OF INCARCERATION? OR DOES THE COURT REQUIRE THE PLAINTIFF TO SERVE THE SUMMONS AND COMPLAINT UPON ALL DEFENDANTS DESPITE PLAINTIFF IS A PRISON INMATE?

DATE: SEPTEMBER 9, 2007

RESPECTFULLY SUBMITTED:

_Richard Gary Hall, Jr._
RICHARD GARY HALL, JR.
IN PRO SE / PLAINTIFF

# DECLARATION OF SERVICE BY MAIL

1

2

3  CASE NAME: _Hall v. Tilton, et. al_

4  CASE NO.: _5:07-CV-03233-RMW_

5

6  I, _Richard Gary Hall, Jr_, declare that I am over the age of eight-

7  teen (18) years; (I am)/am not a party to the attached action; I

8  served the attached document entitled:

9  _Letter of Inquiry to the Clerk of the Court_

10

11  on the persons/parties specified below by placing a true copy of

12  said document into a sealed envelope with the appropriate postage

13  affixed thereto and surrendering said envelope(s) to the staff of

14  the Correctional Training Facility entrusted with the logging and

15  mailing of inmate legal mail addressed as follows:

16  _U.S. District Court_                    _Mr. Edmund G. Brown, Jr._
    _Northern District_                     _Attorney General_
17  _280S First St. #2112_                  _455 Golden Gate Ave, Suite #11000_
    _San Jose, CA 95113-3008_               _San Francisco, CA 94102-3664_
18  _ATTN: Clerk of the Court_

19

20

21  There is First Class mail delivery service by the United States

22  Post Office between the place of mailing and the addresses indi-

23  cated above. I declare under the penalty of perjury under the laws

24  of the United States and the State of California that the foregoing

25  is true and correct and that I executed this service this _9_

26  day of _Sept, 2007_, in Soledad, CA.

27                                                  _/s/ Richard Gary Hall_
                                                    Declarant
28