Richard Gary Hall, Jr. C-07278
Correctional Training Facility (C.T.F.)
P.O. Box 705 - WB-339 UP
Soledad, CA 93960-0705

IN PRO SE

**Filed**

NOV 15 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD GARY HALL, JR.
    PLAINTIFF

V.

JAMES TILTON, ET. AL.
    DEFENDANTS

CIVIL ACTION #5:07-CV-03233-RMW

"AFFIDAVIT"

NOW COMES, RICHARD GARY HALL, JR. PLAINTIFF IN THE ABOVE ENTITLED CIVIL ACTION. ON OCTOBER 29, 2007, PLAINTIFF FILED IN THE COURT A MOTION ENTITLED - "MOTION TO SUBMIT ADDENDUM." WHERE IN PLAINTIFF SUBMITTED A COPY OF APPEAL GRIEVANCE HE DID IN FACT SUBMIT TO HIS PRISON CASEWORKER VIA LEGAL MAIL ON OR AROUND OCTOBER 24, 2007. PLAINTIFF MADE KNOWN TO THE COURT THAT A CLANDESTINE EFFORT WAS BEING IN FACT TO DISPLACE HIS PERSON AND PRISON CENTRAL FILE BY TRANSFERRING HIM IN ORDER TO OBSTRUCT PENDING INVESTIGATIONS. AND TO RETALIATE AGAINST HIM FOR EXERCISING HIS FIRST AMENDMENT RIGHT TO FILE APPEAL GRIEVANCES, AND PETITIONS IN STATE AND FEDERAL COURT TO SEEK REDRESS.

1. 2. PLAINTIFF'S PROTECTABLE LIBERTY INTEREST WAS VIOLATED WHEN HIS PRISON CASEWORKER, CCI(A)-J. MAJANO ABRUPTLY FORCED HIM BEFORE A UNIT-CLASSIFICATION COMMITTEE WITHOUT PROVIDING HIM 72 HOURS MANDATORY WRITTEN NOTICE OF A HEARING SCHEDULED FOR NOVEMBER 5, 2007 IN COMPLIANCE WITH CAL. CODE REGS. TIT. 15, SECTION 3375 (F)(1).

2. 3. THE SUBVERSIVE AND RETALIATORY CLASSIFICATION HEARING WAS CONDUCTED BY ACTING COMMITTEE CHAIR-PERSON, CCII AFRA. PLAINTIFF GAVE CCII AFRA FORTH-WITH KNOWLEDGE REGARDING HIS PENDING LAWSUIT; HIS PENDING LITIGATION FILED IN THE SUPREME COURT OF CALIFORNIA CHALLENGING THE WITHHOLDING OF HIS CLASSIFICATION DOCUMENTS FROM A SUBVERSIVE HEARING CONDUCTED ON 7/25/06; AND PENDING INVESTIGATIONS REGARDING 3 TO 4 YEARS OF MISSING OFFICIAL STATE DOCUMENTS FROM HIS PRISON CENTRAL FILE; AND ADMINISTRATIVE MALFEASANCE REGARDING THE REPEAT MISPROCESSING OF HIS CASE AT TAX-PAYER-S EXPENSE TO BE PRESENTED BEFORE THE BOARD OF PRISON HEARINGS. PLAINTIFF FORWARD A COPY OF HIS COMPLAINT TO THE BELOW LISTED PARTIES:

    1. MR. MATTHEW L. CATE - INSPECTOR GENERAL
    2. PRISON LAW CLINIC - U.C. DAVIS.
    3. HON. JUDGE THELTON E. HENDERSON, U.S. DIST. CT. N.D.CA.
    4. MR. MATT GRAY - ATTORNEY-AT-LAW
    5. MRS. AGNES BUNDY - SCANLAN - ATTORNEY-AT-LAW.

4. Plaintiff then requested acting committee chairperson CCII AFRA provide him with copies of his CDC-128/G CSR-action chronos from the year 2000 to present day verifying unit-6 classification officials had in compliance with mandatory classification regulations submitted his central file to Department Headquarters Classification Staff Representatives (CSR) requesting Level-III overrides to retain him as a Level-II inmate under higher/more restrictive security level conditions for over seven (7) years. CCII AFRA could not provide plaintiff such requested documentation, simply because such documentation did not exist because no (such) (CSR) approval had ever been sought or given.

5. Plaintiff has repeatedly received official documentation indicating he has been housed at "Salinas Valley State Prison", not the Correctional Training Facility (C.T.F.) where a CSR endorsed him to be housed in 1994 as a Level-II inmate. Plaintiff has contacted the below listed U.S. Department of Justice (F.B.I.) officials to verify his current location. As well as the Clerk of the Sixth Appellate District Court of Appeals:

    1. Chief, F.O.I./P.A. Section, RM 6296 JEH, Washington, D.C.
    2. Ms. Charlene Thornton - Special Agent in Charge. c/o Tamara Neiman - Supervisory Special Agent U.S.D.O.J., Campbell, CA - Office.

6. Plaintiff requested his case be transferred from CTF-North Level-III-Unit-6, to the Institution Classification Committee (I.C.C.) which is chaired by CTF-Warden (A)-Ben Curry due to the serious nature of Plaintiff's situation. CCII Afra refused. CCI(A)-J. Maciano and CCII Afra were fully aware they were violating Plaintiff's federal civil rights, obstructing investigations pending, and facilitating retaliatory measures against Plaintiff for filing appeal grievances/petitions in state court and a federal lawsuit against the collegues. Yet, they did not stand down.

I declare under penalty of perjury the foregoing is true and correct to the best of my knowledge.

Date: November 5, 2007

Respectfully submitted:

Richard Gary Hall, Jr.
Plaintiff/Affiant

## DECLARATION OF SERVICE BY MAIL

CASE NAME: HALL V. TILTON, ET AL

CASE NO.: 5:07-CV-03233-RMW

I, RICHARD GARY HALL JR, declare that I am over the age of eighteen (18) years; I am/am not a party to the attached action; I served the attached document entitled:

AFFIDAVIT

on the persons/parties specified below by placing a true copy of said document into a sealed envelope with the appropriate postage affixed thereto and surrendering said envelope(s) to the staff of the Correctional Training Facility entrusted with the logging and mailing of inmate legal mail addressed as follows:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
280S FIRST ST, #2112
SAN JOSE, CA 95113-3008
ATTN: CLERK

MR. EDMUND BROWN, JR.
ATTORNEY GENERAL
455 GOLDEN GATE AVE, SUITE 11000
SAN FRANCISCO, CA 94102-3664

There is First Class mail delivery service by the United States Post Office between the place of mailing and the addresses indicated above. I declare under the penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that I executed this service this 13 day of November, 2007 in Soledad, CA.

_____
Declarant