1  RICHARD GARY HALL, JR. C-07278
   SALINAS VALLEY STATE PRISON
2  P.O. BOX 705- W8- 339UP
   SOLEDAD, CA 93960-0705
3

4  IN PRO SE

5

6              IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9  RICHARD GARY HALL, JR.         CIVIL ACTION NO: 5:07-CV-03233-RMW

10         PLAINTIFF                MOTION TO SUBMIT A SECOND

11 V.                               ADDENDUM

12 JAMES TILTON, ET. AL

13

14 NOW COMES, RICHARD GARY HALL, JR. PLAINTIFF IN THE ABOVE ENTITLED
15 ACTION. PLAINTIFF RESPECTFULLY REQUESTS THAT THE COURT
16 GRANT HIS 'MOTION TO SUBMIT A SECOND ADDENDUM' ON THE FOR-
17 -THCOMING GROUNDS. ON OCTOBER 28, 2007, PLAINTIFF FORWARDED AN
18 INFORMATION REQUEST PURSUANT TO TITLE 5, UNITED STATES CODES,
19 SECTIONS 552 AND 552(A) TO THE U.S. DEPARTMENT OF JUSTICE (F.B.I
20 ) CHIEF, F.O.I/P.A. SECTION, RM. 6296 JEH- WASHINGTON, D.C 20535-
21 -0001. PLAINTIFF OFFICIALLY REQUESTED VERIFICATION FROM THE
22 DEPARTMENTS DATABASE RECORDS REGARDING HIS CURRENT
23 PENAL HOUSING LOCATION. ON NOVEMBER 19, 2007, PLAINTIFF
24 WAS NOTIFIED BY DAVID M. HARDY, SECTION CHIEF_ RECORDS INFORM-
25 -ATION SECTION_ DISSEMINATION SECTION - RECORDS MANAGEMENT DIVISION.
26 THE OFFICIAL RESPONSE WAS FORWARDED TO PLAINTIFF A "SALINAS
27 VALLEY STATE PRISON" NOT THE "CORRECTIONAL TRAINING FACILITY"
28 THEREFORE VERIFYING PLAINTIFF'S ACTUAL HOUSING LOCATION.

1. On October 19, 2007, Plaintiff's Petition For A Writ Of Habeas
2. Corpus Case Number H032130 was denied in the Court of Appeal
3. of the State of California, Sixth Appellate District. The
4. Court forwarded its denial to Plaintiff at 'Salinas Valley
5. State Prison,' Not the 'Correctional Training Facility (CTF),'
6. Again verifying Plaintiff's actual housing location. Based
7. upon such newly garnered documentary evidence which
8. is clearly relevant to the above entitled civil action. The
9. Plaintiff prays the Court will grant his motion.

11. Date: December 12, 2007

Respectfully Submitted:

Richard Gary Hall Jr.
Plaintiff

ADDENDUM

Case 5:07-cv-03233-RMW   Document 18   Filed 12/17/2007   Page 3 of 8



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

November 19, 2007

Mr. Richard Hall, Jr.
**C-07278
Salinas Valley State Prison
Post Office Box 705-WB/339UP
Soledad, CA 93960-0705

Dear Requester:

This is in reference to your Freedom of Information Act (FOIA) request concerning miscellaneous documents. The FOIA does not require federal agencies to answer inquiries, create records, conduct research, or draw conclusions concerning queried data. Rather the FOIA requires agencies to provide access to reasonably described, nonexempt records. The questions posed in the referenced letter are not FOIA requests because they do not comply with the FOIA and its regulations.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
 Dissemination Section
Records Management Division

1. U.S. DEPARTMENT OF JUSTICE / F.B.I.
2. CHIEF, F.O.I./P.A. SECTION, RM: 0296 UEH
   WASHINGTON, D.C. 20535-0001
3.
4. Mr. RICHARD GARY HALL, JR. C-07270
5. P.O. BOX 705-WB/339UP
   SOLEDAD, CA 93960-0705
6.
7. DEAR SIR/MADAME,
8. I AM WRITING TO REQUEST THE FOLLOWING INFORMATION
9. PURSUANT TO TITLE 5, UNITED STATES CODE, SECTIONS 552,
10. 552A: "WHETHER OR NOT I AM ENTERED INTO THE U.S. DEPART-
11. -MENT OF JUSTICE DATA BASE AS BEING HOUSED AT
12. SALINAS VALLEY STATE PRISON OR THE CORRECTIONAL
13. TRAINING FACILITY IN SOLEDAD, CA." SEE ENCLOSURES.
14.
15. THE REQUESTED INFORMATION IS TO VERIFY MY CORRECT
16. HOUSING LOCATION FOR CASE #5:07-CV-03233-RMW.
17.
18. I REQUEST A WAIVER OF ANY DUPLICATION FEES RELATED
19. TO THIS REQUEST DUE TO THE FACT I AM INDIGENT.
20.
21. IF YOUR AGENCY DENIES THIS REQUEST IN WHOLE OR IN PART,
22. PLEASE SPECIFY THE EXEMPTIONS UNDER TITLE 5 UNITED
23. STATES CODE, SECTION 552 ON WHICH THE DENIAL IS BASED.
24.
25. I LOOK FORWARD TO RECEIVING A RESPONSE TO THIS REQUEST
26. WITHIN TWENTY (20) WORKING DAYS, AS REQUIRED BY
27. STATUTE. THANK YOU FOR YOUR ASSISTANCE.
28.

RESPECTFULLY SUBMITTED:

*Richard Gary Hall*

RICHARD GARY HALL, JR.
REQUESTING PARTY.

1  DECLARATION OF SERVICE BY MAIL

2

3  CASE NAME: _____

4  CASE NO.: _____

5

6  I, *Richard Gary Hallner*, declare that I am over the age of eight-

7  teen (18) years; (I am)/am not a party to the attached action; I

8  served the attached document entitled:

9  *Freedom of Information Request*

10

11  on the persons/parties specified below by placing a true copy of

12  said document into a sealed envelope with the appropriate postage

13  affixed thereto and surrendering said envelope(s) to the staff of

14  the Correctional Training Facility entrusted with the logging and

15  mailing of inmate legal mail addressed as follows:

16  *U.S. Department of Justice/ F.B.I.*
17  *Chief, F.O.I / P.A. Section, RM. 6296 JEH*
18  *Washington, D.C. 20535-0001*

19

20

21  There is First Class mail delivery service by the United States

22  Post Office between the place of mailing and the addresses indi-

23  cated above. I declare under the penalty of perjury under the laws

24  of the United States and the State of California that the foregoing

25  is true and correct and that I executed this service this __28__

26  day of *October, 2007*, in Soledad, CA.

27                                                  _____
28                                                          Declarant

H032130

Richard Gary Hall
CDC:C-07278
Salinas Valley State Prison
P.O. Box 705 - WB/339UP
Soledad, CA 93960

Party Role Code:  pet



IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SIXTH APPELLATE DISTRICT



OCT 19 2007

MICHAEL J. YERLY, Clerk

By _____ DEPUTY

In re RICHARD GARY HALL,

on Habeas Corpus.

H032130
(Monterey County
Super. Ct. No. HC5710)

BY THE COURT:

The petition for writ of habeas corpus is denied.

(Premo, Acting P.J., Elia, J., and Duffy, J., participated in this decision.)

Dated  OCT 19 2007          PREMO, J. _____ Acting P.J.