MR. RICHARD G. HALL, JR. C-07278
P.O. BOX 705-W6-339UP
SOLEDAD, CALIFORNIA
93960-0705

LEGAL MAIL

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST ST., RM. 2112
SAN JOSE, CALIFORNIA 95113-3095



02 1M
0004229613
MAILED FROM ZIPCODE 93960
$ 00.75⁰
DEC 14 2007
PITNEY BOWES
UNITED STATES POSTAGE