NC

1  Richard Gary Hall. Jr. C-07278
2  Salinas Valley State Prison
   P.O. Box 705-WB-339up
3  Soledad, CA 93960-0705

4  IN PRO SE


Filed
2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

6          IN THE UNITED STATES DISTRICT COURT
7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  Richard Gary Hall, Jr          Civil Action No: 5:07-CV-03233-RMW
10         Plaintiff                Letter to the Clerk of the
11  V.                              Court.
12  James Tilton, et. al

14  Now comes, Richard Gary Hall, Jr. Plaintiff in the above entitled
15  civil action. Plaintiff respectfully requests that the clerk of
16  the court reference his 'Amended' Complaint filed on July
17  10, 2007. Wherein the clerk shall verify the plaintiff did
18  include James Tilton - Secretary of the California Department
19  of Corrections and Rehabilitation.(C.D.C.R.). Therefore, the
20  case name should rightfully be amended to reflect
21  'Hall v. Tilton, et. al. On the grounds Ben Curry is merely
22  the acting warden in the above entitled civil action.
23  While on the otherhand, as Secretary of the entire
24  California prison system. James Tilton is legally resp-
25  -onsible for the operations of all state prisons therein.

27  Date: December 12, 2007         Respectfully submitted
28                                  [signature]
                                    Richard Gary Hall, Jr
                                    Plaintiff

**Defendant**

L. Trexler

**Defendant**

J. G. Arceo

**Defendant**

James Tilton

**Defendant**

R. Stoneburg

**Defendant**

J. Aboytes

**Defendant**

P. G. Dennis

**Defendant**

R. Pope

| Date Filed | # | Docket Text |
|---|---|---|
| 07/24/2007 | 9 | Letter re Amended Complaint from Richard Gary Hall. (gm, COURT STAFF) (Filed on 7/24/2007) (Entered: 07/25/2007) |
| 07/19/2007 | 8 | Letter from Richard Gary Hall re: Informa Pauperis application; certificate of funds in prisoner's account. (cv, COURT STAFF) (Filed on 7/19/2007) (Entered: 07/25/2007) |
| 07/19/2007 | 7 | Certificate of Funds in Prisoner's Account by Richard Gary Hall. (dhm, COURT STAFF) (Filed on 7/19/2007) (Entered: 07/20/2007) |
| 07/10/2007 | 6 | EXHIBITS in support of [5] Amended Complaint, filed by Richard Gary Hall. (Related document(s)[5]) (dhm, COURT STAFF) (Filed on 7/10/2007) (Entered: 07/11/2007) |
| 07/10/2007 | 5 | AMENDED COMPLAINT against James Tilton, R. Stoneburg, J. Aboytes, P. G. Dennis, R. Pope, A. P. Kane, L. Trexler, J. G. Arceo, Ben Curry, J. C. Sisk, W. A. Cohen, D. Levorse, C. Plymesser, R. Quintero, W. B. Childress; Jury Demand Filed by Richard Gary Hall. (dhm, COURT STAFF) (Filed on 7/10/2007) (Entered: 07/11/2007) |
| 06/19/2007 |  | CASE DESIGNATED for Electronic Filing. (dhm, COURT STAFF) (Filed on 6/19/2007) (Entered: 06/22/2007) |
| 06/19/2007 | 4 | EXHIBITS re [1] Complaint filed by Richard Gary Hall. (Related document(s)[1]) (dhm, COURT STAFF) (Filed on 6/19/2007) (Entered: 06/22/2007) |

DECLARATION OF SERVICE BY MAIL

CASE NAME: Hall v. Tilton, et. al

CASE NO.: 5:07-CV-03233-RMW

I, RICHARD GARY HALL, JR., declare that I am over the age of eighteen (18) years; (I am) am not a party to the attached action; I served the attached document entitled:

MOTION TO SUBMIT          LETTER TO THE CLERK
SECOND 'ADDENDUM'         OF THE COURT

on the persons/parties specified below by placing a true copy of said document into a sealed envelope with the appropriate postage affixed thereto and surrendering said envelope(s) to the staff of the Correctional Training Facility entrusted with the logging and mailing of inmate legal mail addressed as follows:

OFFICE OF THE CLERK                    MR. EDMUND BROWN, JR.
UNITED STATES DISTRICT COURT           ATTORNEY GENERAL
NORTHERN DISTRICT OF CALIFORNIA        455 GOLDEN GATE AVE, SUITE #11000
280 SOUTH FIRST ST, RM: 2112           SAN FRANCISCO, CA 94102-3664
SAN JOSE, CALIFORNIA
95113-3095

There is First Class mail delivery service by the United States Post Office between the place of mailing and the addresses indicated above. I declare under the penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that I executed this service this 13 day of DECEMBER, 2007, in Soledad, CA.

_____
Declarant