1  Richard Gary Hall, Jr. C-07278
   Salinas Valley State Prison
2  P.O. Box 705-WB-339up
   Soledad, Ca 93960-0705
3

4  IN PRO SE

5

FILED

2008 JAN -3 P 3:16

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9  RICHARD GARY HALL, JR.              CIVIL ACTION # 5:07-CV-03233-RMW
10          PLAINTIFF                   MOTION TO SUBMIT ADDENDUM
11  V.                                  TO BE CONSOLIDATED WITH THE
12  JAMES TILTON, ET. AL.               ABOVE ENTITLED CIVIL ACTION.
13          DEFENDANTS

14

15  Now Comes, Richard Gary Hall, Jr. Plaintiff in the above entitled civil
16  action. Plaintiff respectfully requests that the Court grant
17  his Motion entitled -'Motion to Submit Addendum to be Consol-
18  -idated with the above entitled civil action on the following
19  grounds: On November 28, 2007, Plaintiff's Petition For a Writ of Hab-
20  -eas Corpus, Case Number 'S-157730' was denied without explan-
21  -ation in the Supreme Court of California. Because Plaintiff
22  's petition challenge malfeasance facilitated by classific-
23  -ation officials at the prison he has been unlawfully hous-
24  -ed at for over Seven(7) years. And because the above
25  entitled civil action pertains to over Seven(7) years of
26  corruptions facilitated against Plaintiff by classifi-
27  -cation officials at the prison he has been unlawfully
28  housed at for over (Seven(7)) years. Plaintiff has in fact

1  EXHAUSTED ALL CLAIMS MADE IN CASE NUMBER S-157730
2  WITH THE STATE. WHEREIN PLAINTIFF MAY RIGHTFULLY PROCEED
3  BY FILING ANOTHER 42 U.S.C.A SECTION 1983 ACTION IN THE
4  UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT
5  OF CALIFORNIA FOR THE FEDERAL COURT TO REVIEW AND
6  ADJUDICATE THE CLAIMS DENIED IN THE SUPREME COURT
7  OF CALIFORNIA IN RE S-157730. PLAINTIFF CONTENDS HE
8  IS AN INDIGENT PRISONER WITHOUT THE FINANCIAL MEANS
9  TO FILE A SECOND CIVIL ACTION IN THE FEDERAL COURT.
10 NONETHELESS, THE ISSUES RAISED, AND THE PATTERNS OF
11 MALFEASANCE FACILITATED BY PRISON CLASSIFICATION OFF-
12 -ICIALS AGAINST PLAINTIFF ILLUSTRATED IN DENIED CASE #
13 S-157730. ARE INDUBIOUSLY CONCOMITANT WITH EVIDENCE
14 PRESENTED THIS COURT IN THE ABOVE ENTITLED CIVIL-
15 ACTION. THEREFORE PLAINTIFFS MOTION SHOULD BE GRANT-
16 -ED.
17 PLAINTIFF WISHES TO RESPECTFULLY BRING TO THE ATTENTION OF THE COURT
18 THAT HE IS CURRENTLY PREVENTED FROM SECURING A XEROX COPY
19 OF THIS MOTION TO PROVIDE THE OFFICE OF THE ATTORNEY-
20 GENERAL. THIS IS SO BECAUSE THIS PRISONS NORTH LAW LIB-
21 -RARY HAS BEEN CLOSED DOWN INDEFINITELY BY THIS PRISONS
22 ADMINISTRATION. AND PLAINTIFF HAS NOT BEEN PROVIDED
23 AN ALTERNATIVE MEANS TO SECURE NEEDED COPIES TO
24 EXTEND THE OFFICE OF THE ATTORNEY GENERAL. ALSO, THIS
25 PRISONS CLASSIFICATION OFFICIALS PLAN TO EXECUTE THEIR
26 RETALIATORY TRANSFERANCE OF PLAINTIFFS PERSON BETW-
27 -EEN DECEMBER 31, 2007 AND JANUARY 2, 2008. AS OF
28 8:00 A.M. 12/31/07. PLAINTIFF HAS RECEIVED NO WRITTEN

NOTICE (DUCAT/PASS) TO TURN IN HIS PROPERTY TO THE CENTRAL FACILITY RECEIVING AND RELEASE. THE TRANSFER CHRONO ISSUED PLAINTIFF IN MANDATORY LANGUAGE COMMANDS THAT: "THIS TRANSFER <u>MUST</u> OCCUR PRIOR TO 1/2/08." IN THE SUCH A TRANSFER IS MIRACULOUSLY FACILITATED. PLAINTIFF WILL LOSE POSSESSION OF ALL HIS LEGAL MATERIAL INCLUDING THE MOTION/PETITIONS. AND THERE IS NO CERTAINTY WHEN AND IF PLAINTIFF'S LEGAL MATERIALS WILL BE RETURNED TO HIM. THEREFORE, PLAINTIFF HAS NO ALTERNATIVE BUT TO TAKE THIS EMERGENCY COURSE OF ACTION FOR GOOD CAUSE.

DATE: <u>DECEMBER 31, 2007</u>

RESPECTFULLY SUBMITTED:

RICHARD GARY HALL, JR
PLAINTIFF

State of California  
Department of Corrections  
CDC 128-G

No. C-07278              NAME: HALL

Comment:    SQ-II endorsed. CS = 19.

LIFE Prisoner Status is noted. Next BPT hearing currently scheduled for 04/2008. This transfer must occur prior to 1/2/2008. If the inmate has not actually transferred by this date, case is to be re-presented to CSR for review. At that time, the CSR will either rescind the transfer and approve retention at the current facility or, if the BPT scheduling desk has been contacted and arrangements have been made to accommodate the transfer, the CSR will reaffirm the endorsement with proper documentation. Inmate is NCF per CDC 128-C2 of 9-24-02. Violent history noted (VIO). TB Code is 32. CDC 812 is clear. Confidential file is noted.

B. Crawford, CSR

Date: 11/16/2007              Classification - CSR ACTION              CTF