NC

1   Richard Gary Hall, Jr. C-07278
2   Salinas Valley State Prison
    P.O. Box 705-WB-339up
3   Soledad, Ca 93960-0705
4   In Pro Se

FILED
2008 JAN -4 A 7:03
RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

6   IN THE UNITED STATES DISTRICT COURT
7   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   Richard Gary Hall, Jr.          Civil Action #5:07-CV-03233-RMW
10              Plaintiff.          Motion to Submit Addendum
11  V.
12  James Tilton, et. al.
13              Defendants.

15  Now comes, Richard Gary Hall, Jr. Plaintiff in the above entitled
16  civil action. Plaintiff respectfully requests that the court
17  grant his motion entitled: "Motion to Submit Addendum" on
18  the forthcoming grounds: In late November 2007, Plaintiff
19  was issued compelling official state documentation regard
20  -ing the results of the subversive/retaliatory Unit-6
21  Classification hearing chaired by Correctional Counselor
22  (CCII) M. Arfa; attended by Plaintiff's Acting (A) Caseworker
23  Correctional Counselor (CCI) J. Mavano-Recorder; and
24  also attended by Correctional Counselor (CCI) M. Botello.
25  The specific official state documentation is: one (1) CDC-
26  Form-128/G- Classification Chrono, dated November 5, 2007.
27  In comparison to all CDC-Form-128/G- Classification Chr-
28  -onos provided this court in Exhibit-(C) of the above ent-

(1)

-ITLED CIVIL ACTION, DATED NOVEMBER 2, 2001; ALSO IN EXHIBIT-(G), DATE AND CLASSIFICATION OFFICIALS NAMES AND OFFICIAL STATUS WERE ADMINISTRATIVELY REMOVED FROM CDC-FORM-128/G-CLASSIFICATION CHRONO FOR SEPTEMBER 12, 2002-UNIT-6 CLASSIFICATION HEAR--ING; ALSO IN EXHIBIT-(N), DATED-DECEMBER 9, 2003; PROVIDED IN PROPOSED ADDENDUM DATED-JANUARY 6, 2006 AND JULY 25,--2006.

THE CDC-FORM-128/G- CLASSIFICATION CHRONO, DATED 11/5/07 REVEALS THAT UNIT-6 CLASSIFICATION OFFICIALS REFERRED PLAINTIFF'S CASE TO THE 'CLASSIFICATION STAFF REPRESENTATIVE' (CSR) FOR REVIEW TO BE TRANSFERRED (TX) TO SAN QUENTIN (S.Q) STATE PRISON-LEVEL-II WITH NO ALTERNATE. YET NO CLASSIFICATION COMMITTEE PRIOR TO 11/5/07 REFERRED PLA--INTIFF'S CASE TO THE (CSR) REQUESTING HE BE EITHER TR--ANSFERRED TO A PRISON WITH A CLASSIFICATION / SECURITY LEVEL CONSISTENT WITH HIS LEVEL-II PLACEMENT SCORE IN COMPLIANCE WITH CAL. CODE REGS, TIT. 15, SECTION 3375.1, SUBDIV. (A)(2) AND 3379, SUBDIV. (A)(1)(B)-PLACEMENT IN LEVEL; OR HE BE APPROVED VIA APPROPRIATE OFFICIAL DOCUMENTAT--ION BY THE (CSR) TO BE RETAINED AT THE LEVEL-III INSTITUTION / FACILITY AS A LEVEL-II INMATE IN COMPLI--ANCE WITH CAL. CODE REGS, TIT. 15, SECTION 3375.2, SUBDIV. (A),(1/4),-(LIF)

2) PLAINTIFF ALSO WAS ISSUED A 'CDC-FORM-840.(RECLASSIFICATI--ON SCORE SHEET), DATED-11/5/07 BY HIS ACTING CASEWORKER . J. MACJANO. WHEREIN THE OFFICIAL STATE DOCUMENT VERIFIES THAT ON NOVEMBER 16, 2007. CSR - ■ CRAWFORD APPROVED THE PLAINTIFF TO BE TRANSFERRED FROM 'CTF-III TO S.Q-II UNIT

1  AS OFFICIAL DOCUMENTARY EVIDENCE NOW EXISTS VERIFYING
2  PLAINTIFF WAS RECENTLY ENDORSED TO BE TRANSFERRED
3  FROM A LEVEL-III PRISON TO A LEVEL-II PRISON. LIKE-
4  -WISE, OFFICIAL DOCUMENTARY EVIDENCE MUST ALSO EXIST
5  TO VERIFY THAT THE SAME CSR ENDORSED PLAINTIFF
6  TO BE RETAINED AT CTF-II AS A LEVEL-II INMATE AS
7  WELL FROM THE YEAR 2000 TO 11/5/07. DOCUMENTARY
8  EVIDENCE PROVIDED IN EXHIBIT-(C) OF THE ABOVE EN-
9  -TITLED CIVIL ACTION — CDC-FORM-840 (RECLASSIFICATION
10 SCORE SHEET), DATED 11/2/01, VERIFIES NO CSR REVIEW
11 OR ACTION WAS EVER FACILITATED; LIKEWISE, THE SAME
12 OFFICIAL FORMS IN EXHIBITS-(G),(N),(O), AND THIS PROPOSE-
13 -D ADDENDUM, DATED 1/6/06 AND 7/25/06 LEAVE NO
14 DOUBT THAT PLAINTIFF'S CASE HAD NEVER BEEN SUB-
15 -MITTED TO THE CSR BY PRISON CLASSIFICATION OFFICI-
16 -ALS UNTIL 11/5/07.
17 3) PLAINTIFF WAS ALSO ISSUED A 'CDC-FORM-128/G-CSR-
18 -ACTION CHRONO. DATED 11/16/07. WHEREIN THE SAME
19 CSR (B. CRAWFORD) WHO ENDORSED PLAINTIFF TO BE TRA-
20 -NSFERRED FROM CTF-II TO S.Q-II VIA CDC-FORM-840
21 (RECLASSIFICATION SCORE SHEET) ALSO DATED 11/16/07.
22 B. CRAWFORD INCONTROVERTIBLY STIPULATED IN MAND-
23 -ATORY TERMS: "THIS TRANSFER <u>MUST</u> OCCUR PRIOR TO
24 1/2/2008. (IT DID NOT). IF THE INMATE HAS NOT ACTUALLY
25 TRANSFERRED BY THIS DATE. CASE IS TO BE RE-PRESENTED
26 TO CSR FOR REVIEW. AT THAT TIME, THE CSR WILL EITHER
27 RESCIND THE TRANSFER AND <u>APPROVE RETENTION AT THE CU-</u>
28 <u>-RRENT FACILITY:</u>" WHEREIN B. CRAWFORD VERIFIES THAT

1. IN ORDER TO LEGALLY HOUSE PLAINTIFF AT THE LEVEL-III
2. PRISON FOR OVER (SEVEN (7)) YEARS AS A LEVEL-II INMATE
3. CLASSIFICATION OFFICIALS HAD TO PRESENT HIS CASE TO
4. THE CSR FOR REVIEW AND APPROVAL OF SUCH RET-
5. -ENTION. AND NEVER DID. PLAINTIFF HAS ALREADY POIN-
6. -TED OUT IN EXHIBIT-(N) OF THE ABOVE ENTITLED CIVIL
7. ACTION THAT DEFENDANT R. QUINTERO UNLAWFULLY
8. ACTED AS A "CSR."
9. BASED UPON THE AFORESAID SYLLOGISTICAL REASONING
10. PLAINTIFF'S MOTION SHOULD BE GRANTED IN THE INTEREST
11. OF JUSTICE.

DATE: JANUARY 1, 2008

RESPECTFULLY SUBMITTED:

*Richard Gary Hall*
RICHARD GARY HALL, JR.
PLAINTIFF

(4)

ADDENDUM

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

NAME: HALL  CDCR #: C07278  BED: N-WB-339U

## COMMITTEE ACTION SUMMARY

CONTINUE PRESENT PROGRAM, REFER TO CSR TX SQ-II/ NO ALTERNATE.

## COMMITTEE'S COMMENTS

Inmate HALL appeared before 's Unit Classification Committee (UCC) today for his AnnualReview. HALL stated that his health was good and was willing to proceed. HALL received his 72-hour notice for the purpose of this review. Prior to committee reviewing and discussing this case, HALL was introduced to the committee members. HALL has a Life commitment and his instant offense of Murder 1st meets the criteria for Automatic Exclusion for VIO P code and has been applied a mandatory determinant classification score of 19.

Due to the HDSP facility B mission change as per memorandum dated 10/03/07 UCC elects to refer to CSR RX TX SQ-II/ with no alternate.

Case has been reviewed per CCR 3375.2 and level II housing is appropriate. Transfer is non adverse in nature and it was explained to inmate HALL that today's UCC action is based on case factors assessment per policy and not intended to punish him. Inmate to retain MED A Custody and A1/A WG/PG upon transfer.

HALL'S next BPT Panel Hearing is in APRIL 2008 calendar date.

Based upon a review of HALL'S Central File, case factors, and through discussion with him, committee elects to: Continue Present Program, Refer to CSR TX SQ-II/ No Alternate.

At the conclusion of this review, HALL was informed of his Appeal Rights with regards to this committee's actions. HALL acknowledged his understanding and disagreement with committee's actions.

STAFF ASSISTANT

Not Assigned: (Issues not complex and non-participant in MHSDS)

## INMATE'S CASE FACTORS

| CUSTODY | PS/LEVEL | WG/PG & EFF. DATE | RELEASE DATE | GPL | RECLASS | AGE | ETHNIC | TERMER | NEXT BPT & DATE |
|---|---|---|---|---|---|---|---|---|---|
| MED A | 19/II | A1A - 12/22/1987 | MEPD 12/17/1983 | 10.4 (R) | 7/25/2008 | 49 | BLA | 1st | |

| RECEIVED CTF | RECEIVED FROM & TYPE OF TX | RECEIVED CDCR | COUNTY OF COMMITMENT | SENTENCE | RESTITUTION |
|---|---|---|---|---|---|
| 10/29/1994 | CTF  C - | 8/1/1979 | San Diego | LIFE | |

| COMMITMENT OFFENSE |
|---|
| Controlling: Murder 1st |

| PRIOR ARREST HISTORY | DISCIPLINARY HISTORY |
|---|---|
| Instant Offense Murder 1st | ,Refusing Move, Failure to Obey OrdersFailure to Report, Taking Unauthorized Medication, Failure to Work, Misuse of Cooking Pots. |

| SEX OFFENSES | ARSON OFFENSES | ESCAPES |
|---|---|---|
| Clear as of 10/23/2007 | Clear as of 10/23/2007 | Clear as of 10/23/2007 |

| ENEMIES | GANG/TIP | CONFIDENTIAL |
|---|---|---|
| | | Noted & Reviewed |

| MEDICAL | TB - DATE 128C | DENTAL | DPP | SUBSTANCE ABUSE |
|---|---|---|---|---|
| Full Duty | 32 - 9/5/2007 | UNK | N/A | |

| PSYCH | MDO | DDP |
|---|---|---|
| Clear | Doesn't Meet MDO Criteria | NCF |

| HOUSING | CELL STATUS | CAMP, MSF, CCF, MCCF, SAP, REST. CENTER, & COCF ELIGIBILITY / VIO Review | | |
|---|---|---|---|---|
| Dorm/Cell | | Camp Eligible: No VIO - | MCCF Eligible: No VIO - | COCF Eligible: No VIO - |
| INTEGRATION | Double Cell | MSF Eligible: No VIO - | SAP Eligible: Yes - | |
| | | CCF Eligible: No VIO - | Rest. Center Eligible: No VIO - | VIO Review Date: |

| FPTTP | HWD | JOB ASSIGNMENT |
|---|---|---|
| | | SSAD    SHASTA SWC AD |

| COUNTY OF LAST LEGAL RESEIDENCE | NOTICES AND REGISTRATIONS | ARCHIVE REVIEW |
|---|---|---|
| | | |

## COMMITTEE MEMBERS

MEMBERS
M. Botello, CCI

M. Arfa, FC  
*CHAIRPERSON*

J. Majano, CCI  
*RECORDER*

Committee Date: 11/5/2007  **ANNUAL REVIEW**  Committee:

NUMBER: C-07278     NAME: HALL     HOUSING: WB-339 UP     CDC-128-G (Rev. 4/74)

Summary: ANNUAL    CPP (YARD CREW), DOUBLE CELL/DORM APPROVED, DOES NOT MEET MDO
IN ABSENTIA:       REFERRAL CRITERIA.

| | | | |
|---|---|---|---|
| Custody: MED A | Release: NEXT BPT 9/2006 | | Fac. Level: III |
| GPL: 10.4 | Reclass: 8/1/06 | I/M's Age: 47 | CS / Level: 19 / II |
| Work Group: A1 | Privilege Group: A (Eff:. 12/22/87) | | RPS: LIFER |

HALL's case factors were reviewed before Unit VI U.C.C. today for Annual Classification. HALL's written request dated 1/4/06 requested that his Annual Classification to held in absentia because he is satisfied with his program and wishes to continue the present program at CTF-NORTH in the B-yard crew. His custody was reviewed and MED A custody remains appropriate. The classification score of 19 reflects a mandatory minimum score due to violence and lifer status. HALL had 2 period(s) with no serious CDC-115s and 2 period(s) of satisfactory assigned programming. HALL is currently assigned to the B-yard crew. TB Code: 32, 128c dated 5/9/05. All other case factors remain the same as reflected on CDC-128G dated 7/25/79. COMMITTEE ACTIONS: Continue the present program (YARD CREW). Double cell approved. COMMENTS: Committee's actions are not adverse and the action was taken at the inmate's written request. HALL will be notified of the Committee's action.

CHAIRPERSON: J. FRYE FACILITY CAPTAIN(A)         Recorder: R. QUINTERO CCI
Panel:    J. FRYE FACILITY CAPTAIN(A): M. BOTELLO CCI: R. QUINTERO CCI /rrq

Dist.: C-File
       Inmate

DATE: 1/6/06              Classification: ANNUAL/IN ABSENTIA         Inst: CTF-N

NUMBER: C-07278    NAME: HALL          HOUSING: WB-339U              CDC-128-G (Rev. 4/74)

Summary: ANNUAL REVIEW:   CPP YARD CREW.

   Custody: MED-A          Release:  SUB-13  10/06           Fac. Level:  III
      GPL: 10.4             Reclass:  8/1/06    I/M's Age: 47     CS / Level:  19 / II
  Work Group: A1          Privilege Group:  A  (Eff:. 12/22/87)        RPS:  N/A

Inmate HALL appeared before Unit VI U.C.C. today for Annual Classification. His custody was reviewed and MED-A custody remains appropriate. The Classification Placement Score has been adjusted to 19 points reflecting no period(s) of minimum custody, two period(s) of no serious CDC-115s and two period(s) of satisfactory assigned programming. The inmate is currently assigned to Yard Crew. CASE FACTORS: TB Code: 32, CDC 128-C dated 5/9/05. All other case factors remain the same as reflected on CDC 128-G dated 7/25/79. COMMITTEE ACTIONS: CPP Yard Crew. COMMENTS: The inmate actively participated in today's U.C.C. and acknowledged his understanding and agreement with the Committee's actions. The inmate was advised of his right to appeal the Committee actions and was informed his next scheduled annual classification would be during 8/07. 72 hour written notification was provided per CCR 3375(f) (1), CDC 128-B-1 on file.

CHAIRPERSON: S. M. CARAVELLO, F. C. (A)              Recorder: D. MARTINEZ, CC-I
Panel:  S. M. CARAVELLO, F. C. (A): D. MARTINEZ, CC-I; M. J. BOTELLO, CC-I.

Dist.:  C-File
      Inmate

DATE: 7/25/06           Classification: ANNUAL REVIEW             Inst: CTF-III

STATE OF CALIFORNIA  
CDC 840 (Rev. 12/02)  
DEPARTMENT OF CORRECTIONS  
Original - Central File  
Canary - OIS  
Green - Inmate

## CDC RECLASSIFICATION SCORE SHEET

**4. DATE OF LAST SCORE SHEET**  MO / DAY / YR — 7 / 25 / 06 — 18

**5. FORM IDENTIFICATION (ENTER X in a, b or c)**  
a) NEW [X] 24 — b) CORRECTION [ ] 25 — DATE CORRECTED MO/DAY/YR — 26 — c) DELETE [ ] 32

### B. ANNUAL / 6 MONTH REVIEW PERIOD DATES
1. REVIEW PERIOD BEGINNING DATE: MO 2 / DAY 1 / YR 06 — 33
3. (Enter X) Annual [X] 39
2. REVIEW PERIOD ENDING DATE: MO / DAY / YR — 40
4. Number of Full Review Periods

### E. CORRECTION TO CDC 840 SCORE SHEET (Prior to Rev. 07/02)
1. Use this section to correct a CDC 840 score sheet with a form revision date prior to 07/02. TOTAL CORRECTION = (+ OR -) — 70

### F. COMPUTATION OF SCORE
1. PRIOR PRELIMINARY SCORE (Preliminary Score from 839/New Preliminary Score from 840 or 841) = 73
2. Net Change in Score (D. 8 minus C. 4) = (+ or -) 76
3. PRELIMINARY SCORE SUBTOTAL (Not less than 0) =
4. Change in Term Points (T/P) (x 2) - Old T/P ___ - New T/P ___ = (+ or -) 79
5. NEW PRELIMINARY SCORE (Not less than 0) = 82

### C. FAVORABLE BEHAVIOR SINCE LAST REVIEW
1. Continuous Minimum Custody ___ x 4 = ___ 46
2. No Serious Disciplinary ___ x 2 = ___ 48
3. Average or Above Performance in Work, School or Vocational Program ___ x 2 = ___ 50
4. TOTAL FAVORABLE POINTS =

### D. UNFAVORABLE BEHAVIOR SINCE LAST REVIEW
SERIOUS DISCIPLINARIES — Number of
1. Div. A-1/A-2 Dates: ___ x 8 = ___ 52
Div. B, C & D Dates: ___ x 6 = ___ 54
Div. E & F Dates: ___ x 4 = ___ 56
2. Battery or Attempted Battery on a Non-Prisoner Dates: ___ x 8 = ___ 58
3. Battery or Attempted Battery on an Inmate Dates: ___ x 4 = ___ 60
4. Distribution of Drugs Dates: ___ x 4 = ___ 62
5. Possession of a Deadly Weapon Dates: ___ x 16 = ___ 64
6. Inciting a Disturbance Dates: ___ x 4 = ___ 66
7. Battery Causing Serious Injury Dates: ___ x 16 = ___ 68
8. TOTAL UNFAVORABLE POINTS =

### G. PLACEMENT
MANDATORY MINIMUM SCORE FACTOR CODES AND SCORES

| CODE | | SCORE | CODE | | SCORE |
|---|---|---|---|---|---|
| [A] | Condemned | 52 | [E] | Warrants "R" Suffix | 19 |
| [B] | Life Without Possibility of Parole | 52 | [F] | Violence Exclusion | 19 |
| [C] | CCR 3375.2(a)(7) Life Inmate | 28 | [G] | Public Interest Case | 19 |
| [D] | History of Escape | 19 | [H] | Other Life Sentence | 19 |

1. SCORE FACTOR CODE (Assess Only Highest Factor) — 85
2. MANDATORY MINIMUM SCORE — 86
3. PLACEMENT SCORE — ENTER NEW PRELIMINARY SCORE OR MANDATORY MINIMUM SCORE WHICHEVER IS GREATER — 19 — 88

### H. SPECIAL CASE FACTORS
1. HOLDS, WANTS and DETAINERS (Enter A, P or *) — Felony 91 — USINS 92
2. RESTRICTED CUSTODY SUFFIX (Enter R or *) 93
3. ELIGIBLE FOR RESTITUTION CENTER (Enter Y or N) 94
4. LEVEL IV DESIGN a) 180 Status (Y/N) ___ b) Reason Code ___
5. US ARMED FORCES (Enter Y or N) 95
6. CURRENT INSTITUTION AND FACILITY — 96
7. COUNTY OF LAST LEGAL RESIDENCE — 103
8. CASEWORKER'S NAME — FI — 106

### I. CLASSIFICATION STAFF REPRESENTATIVE
1. LAST NAME — 115
2. DATE OF ACTION MO / DAY / YR — 123
3. LEVEL IV DESIGN a) 180 Status (Enter Y or *) 129 b) Reason Code 130
4. MINIMUM CUSTODY a) Eligibility (Enter E, L or P) 132 b) Reason Code 133
5. CCRC ELIGIBILITY (Enter REN, REX or *) 136
6. DEVELOPMENTAL DISABILITY PROGRAM (DDP) CODE — N__ 139
7. DISABILITY PLACEMENT PROGRAM (DPP) CODE(S) a)(*) Primary (affects placement) 142 b)(*) 146 c)(*) 150 d)(*) 154
8. ADMINISTRATIVE DETERMINANT CODE(S) a)(*) 158 b)(*) 162 c)(*) 166 d)(*) 170 e)(*) 174
9. MENTAL HEALTH LEVEL OF CARE (Enter C or E) CCCMS EOP — 178
10. INSTITUTION APPROVED — 179
11. REASON FOR ADMINISTRATIVE OR IRREGULAR PLACEMENT — 186

### A. IDENTIFYING INFORMATION
1. CDC NUMBER — 1
2. INMATE'S LAST NAME — 7
3. DATE COMPLETED MO / DAY / YR — 12

OSP 05 91488

WB 339U

STATE OF CALIFORNIA
CDC 840 (Rev. 12/02)

DEPARTMENT OF CORRECTIONS
Original - Central File
Canary - OIS
Green - Inmate

## CDC RECLASSIFICATION SCORE SHEET

**4. DATE OF LAST SCORE SHEET**
MO `10` DAY `26` YR `04`  18

**5. FORM IDENTIFICATION (ENTER X in a, b or c)**
a) NEW `X` 24   b) CORRECTION  25   DATE CORRECTED MO __ DAY __ YR __  26   c) DELETE __ 32

### B. ANNUAL/6 MONTH REVIEW PERIOD DATES

1. REVIEW PERIOD BEGINNING DATE — MO `8` DAY `1` YR `04`  33   3. (Enter X) Annual `X` 39

2. REVIEW PERIOD ENDING DATE — MO `7` DAY `31` YR `05`  40   4. Number of Full Review Periods `2`

### E. CORRECTION TO CDC 840 SCORE SHEET (Prior to Rev. 07/02)

1. Use this section to correct a CDC 840 score sheet with a form revision date prior to 07/02.    TOTAL CORRECTION = (+ OR -) __ 70

### F. COMPUTATION OF SCORE

1. PRIOR PRELIMINARY SCORE (Preliminary Score from 839/New Preliminary Score from 840 or 841) = `8` 73
2. Net Change in Score (D. 8 minus C. 4)  (+ or -) `-8` 76
3. PRELIMINARY SCORE SUBTOTAL (Not less than 0) = `0`
4. Change in Term Points (T/P) (x 2) - Old T/P ___ + New T/P ___  (+ or -) __ 79
5. NEW PRELIMINARY SCORE (Not less than 0) = `0` 82

### C. FAVORABLE BEHAVIOR SINCE LAST REVIEW

1. Continuous Minimum Custody ___ x 4 = __ 46
2. No Serious Disciplinary `2` x 2 = `4` 48
3. Average or Above Performance in Work, School or Vocational Program `2` x 2 = `4` 50
4. TOTAL FAVORABLE POINTS = + `8`

### G. PLACEMENT

MANDATORY MINIMUM SCORE FACTOR CODES AND SCORES

| CODE | | SCORE | CODE | | SCORE |
|---|---|---|---|---|---|
| [A] | Condemned | 52 | [E] | Warrants "R" Suffix | 19 |
| [B] | Life Without Possibility of Parole | 52 | [F] | Violence Exclusion | 19 |
| [C] | CCR 3375.2(a)(7) Life Inmate | 28 | [G] | Public Interest Case | 19 |
| [D] | History of Escape | 19 | [H] | Other Life Sentence | 19 |

1. SCORE FACTOR CODE (Assess Only Highest Factor) `E` 85
2. MANDATORY MINIMUM SCORE `19` 86
3. PLACEMENT SCORE — ENTER NEW PRELIMINARY SCORE OR MANDATORY MINIMUM SCORE WHICHEVER IS GREATER `19` 88

### D. UNFAVORABLE BEHAVIOR SINCE LAST REVIEW

SERIOUS DISCIPLINARIES — Number of

1. Div. A-1/A-2 Dates: ___ x 8 = __ 52
   Div. B, C & D Dates: ___ x 6 = __ 54
   Div. E & F Dates: ___ x 4 = __ 56
2. Battery or Attempted Battery on a Non-Prisoner Dates: ___ x 8 = __ 58
3. Battery or Attempted Battery on an Inmate Dates: ___ x 4 = __ 60
4. Distribution of Drugs Dates: ___ x 4 = __ 62
5. Possession of a Deadly Weapon Dates: ___ x 16 = __ 64
6. Inciting a Disturbance Dates: ___ x 4 = __ 66
7. Battery Causing Serious Injury Dates: ___ x 16 = __ 68
8. TOTAL UNFAVORABLE POINTS = + ___

### H. SPECIAL CASE FACTORS

1. HOLDS, WANTS and DETAINERS (Enter A, P or *)
   Felony __ 91   USINS __ 92
2. RESTRICTED CUSTODY SUFFIX (Enter R or *) __ 93
3. ELIGIBLE FOR RESTITUTION CENTER (Enter Y or N) __ 94
4. LEVEL IV DESIGN a) 180 Status (Y/N) ___   b) Reason Code ___
5. US ARMED FORCES (Enter Y or N) __ 95
6. CURRENT INSTITUTION AND FACILITY `CTF - III` 96
7. COUNTY OF LAST LEGAL RESIDENCE ___ 103
8. CASEWORKER'S NAME `QUINTERO R` 106

### I. CLASSIFICATION STAFF REPRESENTATIVE

1. LAST NAME ____ 115
2. DATE OF ACTION MO __ DAY __ YR __ 123
3. LEVEL IV DESIGN a) 180 Status (Enter Y or *) __ 128   b) Reason Code __ 130
4. MINIMUM CUSTODY a) Eligibility (Enter E, L or P) __ 132   b) Reason Code __ 133
5. CCRC ELIGIBILITY (Enter REN, REX or *) __ 136
6. DEVELOPMENTAL DISABILITY PROGRAM (DDP) CODE __ 139
7. DISABILITY PLACEMENT PROGRAM (DPP) CODE(S)
   a) (*) Primary (affects placement) __ 142   b) (*) __ 146   c) (*) __ 150   d) (*) __ 154
8. ADMINISTRATIVE DETERMINANT CODE(S)
   a) (*) __ 158   b) (*) __ 162   c) (*) __ 166   d) (*) __ 170   e) (*) __ 174
9. MENTAL HEALTH LEVEL OF CARE (Enter C or E) CCCMS EOP __ 176
10. INSTITUTION APPROVED __ 179
11. REASON FOR ADMINISTRATIVE OR IRREGULAR PLACEMENT __ 186

### A. IDENTIFYING INFORMATION

1. CDC NUMBER `C07278` 7
2. INMATE'S LAST NAME `HACK`
3. DATE COMPLETED MO `11` DAY `6` YR `06` 12

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS
CDC 840 (Rev. 12/02)

- Central File
- OIS
- Inmate

## CDC RECLASSIFICATION SCORE SHEET

**4. DATE OF LAST SCORE SHEET**: MO `1` - DAY `6` - YR `06`  
**5. FORM IDENTIFICATION** (ENTER X in a, b or c): a) NEW `X`  b) CORRECTION  DATE CORRECTED  c) DELETE

### B. ANNUAL/6 MONTH REVIEW PERIOD DATES

1. REVIEW PERIOD BEGINNING DATE: MO `8` - DAY `1` - YR `05`
3. (Enter X) Annual: `X`
2. REVIEW PERIOD ENDING DATE: MO `7` - DAY `31` - YR `06`
4. Number of Full Review Periods: `2`

### E. CORRECTION TO CDC 840 SCORE SHEET (Prior to Rev. 07/02)
1. Use this section to correct a CDC 840 score sheet with a form revision date prior to 07/02. TOTAL CORRECTION = (+ or -)

### F. COMPUTATION OF SCORE
1. PRIOR PRELIMINARY SCORE (Preliminary Score from 839/New Preliminary Score from 840 or 841) = `0`
2. Net Change in Score (D. 8 minus C. 4) = (+ or -) `-8`
3. PRELIMINARY SCORE SUBTOTAL (Not less than 0) = `0`
4. Change in Term Points (T/P) (x 2) = (+ or -)  - Old T/P ___ + New T/P ___
5. NEW PRELIMINARY SCORE (Not less than 0) = `0`

### C. FAVORABLE BEHAVIOR SINCE LAST REVIEW
1. Continuous Minimum Custody  ___ x 4 = 
2. No Serious Disciplinary  `2` x 2 = `4`
3. Average or Above Performance in Work, School or Vocational Program  `2` x 2 = `4`
4. TOTAL FAVORABLE POINTS = `-8`

### G. PLACEMENT

MANDATORY MINIMUM SCORE FACTOR CODES AND SCORES

| CODE | | SCORE | CODE | | SCORE |
|---|---|---|---|---|---|
| [A] | Condemned | 52 | [E] | Warrants "R" Suffix | 19 |
| [B] | Life Without Possibility of Parole | 52 | [F] | Violence Exclusion | 19 |
| [C] | CCR 3375.2(a)(7) Life Inmate | 28 | [G] | Public Interest Case | 19 |
| [D] | History of Escape | 19 | [H] | Other Life Sentence | 19 |

1. SCORE FACTOR CODE (Assess Only Highest Factor): `F`
2. MANDATORY MINIMUM SCORE: `19`
3. PLACEMENT SCORE (ENTER NEW PRELIMINARY SCORE OR MANDATORY MINIMUM SCORE WHICHEVER IS GREATER): `19`

### D. UNFAVORABLE BEHAVIOR SINCE LAST REVIEW

SERIOUS DISCIPLINARIES  Number of

1. Div. A-1/A-2  Dates:  ___ x 8 =
   Div. B, C & D  Dates:  ___ x 6 =
   Div. E & F  Dates:  ___ x 4 =
2. Battery or Attempted Battery on a Non-Prisoner  Dates:  ___ x 8 =
3. Battery or Attempted Battery on an Inmate  Dates:  ___ x 4 =
4. Distribution of Drugs  Dates:  ___ x 4 =
5. Possession of a Deadly Weapon  Dates:  ___ x 16 =
6. Inciting a Disturbance  Dates:  ___ x 4 =
7. Battery Causing Serious Injury  Dates:  ___ x 16 =

8. TOTAL UNFAVORABLE POINTS = + ___

### H. SPECIAL CASE FACTORS

1. HOLDS, WANTS and DETAINERS (Enter A, P or *)  Felony ___  USINS ___
2. RESTRICTED CUSTODY SUFFIX (Enter R or *) ___
3. ELIGIBLE FOR RESTITUTION CENTER (Enter Y or N) ___
4. LEVEL IV DESIGN  a) 180 Status (Y/N) ___  b) Reason Code ___
5. US ARMED FORCES (Enter Y or N) ___
6. CURRENT INSTITUTION AND FACILITY: `CTF` - `111`
7. COUNTY OF LAST LEGAL RESIDENCE: ___
8. CASEWORKER'S NAME: `MARTINEZ D` FI ___

### CLASSIFICATION STAFF REPRESENTATIVE

1. LAST NAME: ___
2. DATE OF ACTION: MO ___ DAY ___ YR ___
3. LEVEL IV DESIGN  a) 180 Status (Enter Y or *) ___  b) Reason Code ___
4. MINIMUM CUSTODY  a) Eligibility (Enter E, L or P) ___  b) Reason Code ___
5. CCRC ELIGIBILITY (Enter REN, REX or *) ___
6. DEVELOPMENTAL DISABILITY PROGRAM (DDP) CODE ___
7. DISABILITY PLACEMENT PROGRAM (DPP) CODE(S): a) (*) Primary (affects placement) ___  b) (*) ___  c) (*) ___  d) (*) ___
8. ADMINISTRATIVE DETERMINANT CODE(S): a) (*) ___  b) (*) ___  c) (*) ___  d) (*) ___  e) (*) ___
9. MENTAL HEALTH LEVEL OF CARE (Enter C or E) CCCMS EOP ___
10. INSTITUTION APPROVED ___
11. REASON FOR ADMINISTRATIVE OR IRREGULAR PLACEMENT ___

### A. IDENTIFYING INFORMATION

1. CDC NUMBER: `C 07278`
2. INMATE'S LAST NAME: `HALL`
3. DATE COMPLETED: MO `7` - DAY `25` - YR `06`

OSP 03 80179

State of California

Department of Corrections
CDC 128-G

No. C-07278              NAME:  HALL

Comment:    SQ-II endorsed.  CS = 19.

LIFE Prisoner Status is noted.  Next BPT hearing currently scheduled for 04/2008.  This transfer must occur prior to 1/2/2008.  If the inmate has not actually transferred by this date, case is to be re-presented to CSR for review.  At that time, the CSR will either rescind the transfer and approve retention at the current facility or, if the BPT scheduling desk has been contacted and arrangements have been made to accommodate the transfer, the CSR will reaffirm the endorsement with proper documentation.  Inmate is NCF per CDC 128-C2 of 9-24-02.  Violent history noted (VIO).  TB Code is 32.  CDC 812 is clear.  Confidential file is noted.

B. Crawford, CSR

Date:  11/16/2007           Classification - CSR ACTION                CTF