UNITED STATES POSTAGE

$ 01.310
JAN 02 2008

02
0004238613
MAILED FROM ZIP CODE 93960

MR. RICHARD O. HALL, SR. C-07278
P.O. BOX 705- WB- 339UR
SOLEDAD, CALIFORNIA
93960-0705