DECLARATION OF SERVICE BY MAIL

**FILED**
2008 JAN -4 A 7:42
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

CASE NAME: HALL V. TILTON, ET. AL.

CASE NO.: 5:07-CV-03233-RMW

I, RICHARD GARY HALL, JR., declare that I am over the age of eighteen (18) years (I am) am not a party to the attached action; I served the attached document entitled:

MOTION TO SUBMIT ADDENDUM

on the persons/parties specified below by placing a true copy of said document into a sealed envelope with the appropriate postage affixed thereto and surrendering said envelope(s) to the staff of the Correctional Training Facility entrusted with the logging and mailing of inmate legal mail addressed as follows:

OFFICE OF THE CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CA.
280 SOUTH FIRST ST, RM# 2112
SAN JOSE, CA 95113-3095

MR. EDMUND BROWN, JR.
ATTORNEY GENERAL
455 GOLDEN GATE AVE, SUITE 11000
SAN FRANCISCO, CA 94102-3664
(HANDWRITTEN COPY)

There is First Class mail delivery service by the United States Post Office between the place of mailing and the addresses indicated above. I declare under the penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that I executed this service this 1 day of JANUARY 2008 in Soledad, CA.

Richard Gary Hall, Jr.
Declarant