NC

1  Richard Gary Hall, Jr. C-07278
2  Salinas Valley State Prison
   P.O. Box 705-WB/339UP
3  Soledad, CA 93960-0705

4  IN PRO SE

FILED

2007 DEC 14 P 3: 24

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Richard Gary Hall, Jr            Civil Action # 5:07-CV-03233-RMW

        Plaintiff                AFFIDAVIT

v.

James Tilton, Secretary, et.al.

        Defendants

Now comes, Richard Gary Hall, Jr. Plaintiff in the above entitled civil action. The Plaintiff hereby declares: On the morning of November 5, 2007, he was taken before a subversive unit classification hearing without providing him mandatory 72 hours written notice. The acting committee chairperson was Correctional Counselor (CCII) M. Arfa of the socalled Correctional Training Facility (CTF)-North Facility-Unit-6. Aside from targeting Plaintiff for a retaliatory transfer for exercising his constitutional rights to seek redress in the court, Plaintiff was targeted to displace him and his Central File record in order to cover up the fact that three to four years of official state documents were missing from Plaintiff's official records.

1

1. DURING THE KANGEROO HEARING IT WAS OFFICIALLY REVEALED
2. THAT PLAINTIFF HAD BEEN UNLAWFULLY RETAINED AT CTF-NO-
3. -RTH FACILITY. LEVEL III AS A LEVEL II INMATE WITHOUT OFFICIAL
4. APPROVAL FROM DEPARTMENT HEADQUARTERS FOR OVER SEVEN
5. (7) YEARS.
6. PLAINTIFF PERSONALLY ASKED CCII ARFA TO PROVIDE HIM
7. COPIES OF HIS CDC-FORM-128/G CSR-ACTION CHRONOS
8. FROM THE YEAR 2000 TO 2007. SIMPLY TO VERIFY IF IN
9. FACT UNIT-6 CLASSIFICATION OFFICIALS HAD COMPLIED WITH
10. THE DEPARTMENTS CLASSIFICATION SYSTEM REGULATORY
11. MANDATES. THUS COULD PRODUCE LEVEL-III OVERRIDES FOR
12. A SEVEN YEAR PERIOD TO JUSTIFY PLAINTIFFS HIGHER SECURITY
13. LEVEL RETENTION AS A LOW LEVEL INMATE. CCII M. ARFA COULD
14. NOT PRODUCE SUCH NECESSARY DOCUMENTATION FROM THE
15. PLAINTIFFS CENTRAL FILE RECORD.
16.
17. ON NOVEMBER 12, 2007. PLAINTIFF FORWARDED AN INFORMAL
18. WRITTEN INQUIRY TO CCII M. ARFA REQUESTING HE PROVIDE HIM
19. WITH AN OFFICIAL MEMORANDUM STIPULATING THE ABOVE
20. MENTIONED DISCOVERY OF NOVEMBER 5, 2007. ON NOVEMBER
21. 15, 2007. CCII M. ARFA FORWARDED PLAINTIFF A NEBULOUS
22. DESK MEMO INSTEAD. NOWHERE IN HIS STONEWALLING
23. MEMORANDUM DID CCII M. ARFA MENTION THAT PLAINTIFF
24. HAD BEEN UNLAWFULLY HOUSED AT 'SALINAS VALLEY STATE
25. PRISON' WITHOUT ANY DEPARTMENTAL APPROVAL. ON OCTOBER
26. 4, 1994, PLAINTIFF WAS APPROVED TO BE TRANSFERRED TO THE
27. CORRECTIONAL TRAINING FACILITY - LEVEL-II. SALINAS VALLEY
28. STATE PRISON HAD NOT BEEN BUILT WHEN PLAINTIFF ARRIVED

1. at the Correctional Training Facility-North in October
2. of 1994.
3. Plaintiff serendipitously secured numerous pieces of
4. documentary evidence that appears to verify that
5. without any official announcement, CTF-North Facility
6. was annexed to 'Salinas Valley State Prison' while
7. he was still housed therein.
8.
9. On Febuary 6, 2006, a major race riot erupted on
10. the CTF-North Facility - B/Yard where plaintiff
11. was housed. According to local television station
12. - KION channel 46, the public was informed the above
13. mentioned race riot took place at 'Salinas Valley State
14. Prison.'
15. On Febuary 6, 2006, Plaintiff received a legal letter
16. from Special Agent in Charge- Charlene Thornton of the
17. U.S. Department of Justice placing him at 'Salinas
18. Valley State Prison.' Not the Correctional Training
19. Facility.
20. On March 1, 2007, Plaintiff received another legal letter
21. from a U.S. Department of Justice official placing
22. him at 'Salinas Valley State Prison.' Not the Correction-
23. -al Training Facility.'
24. On October 24, 2007, Plaintiff received a Notice of Denial
25. in re Case # H032130 from the Sixth Appellate District
26. Court of Appeal in San Jose, Ca. The court placed the
27. plaintiff at 'Salinas Valley State Prison.' Not the
28. Correctional Training Facility.

1. On October 28, 2007, Plaintiff forwarded an information
2. request pursuant to Title 5, United States Code, Sections
3. 552, and 552(a) to the 'Chief, F.O.I./P.A. Section, RM6296
4. JEH - U.S. Department of Justice, Washington, D.C.' Plain-
5. -tiff requested information to verify his correct hous-
6. -ing location for Case # 5:07-CV-03233-RMW. More
7. specific, to confirm via the U.S.D.O.J. Data Base
8. whether Plaintiff was officially housed at 'Salinas
9. Valley State Prison' or 'The Correctional Training Fac-
10. -ility (CTF).
11. On November 26, 2007, Plaintiff received a legal letter
12. dated November 19, 2007 from David M. Hardy - Section
13. Chief. The correspondance was forwarded to Plaintiff
14. at 'Salinas Valley State Prison.'

15. 
16. I declare under the penalty of perjury that the fore-
17. -going is true and correct.
18. 
19. Date: November 28, 2007              Respectfully Submitted:
20.                                      _____
21.                                      Richard Gary Hall, Jr.
                                         Plaintiff / Affiant

4

DECLARATION OF SERVICE BY MAIL

CASE NAME: _Hall v. Curry, et al_

CASE NO.: _5:07-CV-03233-RMW_

I, _Richard Gary Hall, Jr._, declare that I am over the age of eighteen (18) years, (I am)/am not a party to the attached action; I served the attached document entitled:

_Affidavit_

on the persons/parties specified below by placing a true copy of said document into a sealed envelope with the appropriate postage affixed thereto and surrendering said envelope(s) to the staff of the Correctional Training Facility entrusted with the logging and mailing of inmate legal mail addressed as follows:

Office of the Clerk
United States District Court
Northern District of California
280 South First St, Rm #2112
San Jose, California
95113-3095

Mr. Edmund Brown, Jr.
Attorney General
455 Golden Gate Ave, Suite #11000
San Francisco, California
94102-3664

There is First Class mail delivery service by the United States Post Office between the place of mailing and the addresses indicated above. I declare under the penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that I executed this service this _12_ day of _December, 2007_, in Soledad, CA.

_[signature]_
Declarant