Mr. Richard G. Hall. Jr. C-07278
P.O. Box 705- WB-359up
Soledad, CA 93960-0705



Office of the Clerk
United States District Court
Northern District of California
280 South First St, RM#2112
San Jose, California
                    95113-3095

Legal Mail