1  Richard Gary Hall, Jr. C-07278
   Correctional Training Facility
2  P.O. Box 689 - YW-343 UP
   Soledad, CA 93960-0689
3

4  IN PRO SE

5

FILED

2008 FEB -6 P 3: 17

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

6         IN THE UNITED STATES DISTRICT COURT

7         FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9  Richard Gary Hall, Jr.              Civil Action #5. 07-CV-03233-RMW

10         Plaintiff                    'Notice of Address Change'

11  V.

12  James Tilton, Et. Al.

13         Defendants

14

15  Now comes, Richard Gary Hall, Jr. Plaintiff in the above

16  entitled civil action. Plaintiff respectfully notifies the

17  Court that he was subversively transferred from

18  'Salinas Valley State Prison'-North Facility in Soledad,

19  Ca on January 25, 2008. Plaintiff now resides at

20  the Correctional Training Facility (CTF)-Central,

21  P.O. Box 689 - YW-343, UP, Soledad, CA 93960-0689.

22  Plaintiff was not classified nor endorsed for the

23  aforesaid transfer in compliance with sections

24  3375, subdiv (F)(1)(d) and 3379.(a)(1) of the Cal-

25  -ifornia Code of Regulations, Title 15.

26

27  Date: January 31, 2008                    Richard Gary Hall, Jr.
                                                  Plaintiff
28

DECLARATION OF SERVICE BY MAIL

CASE NAME: *Hall v. Tilton, et. al*

CASE NO.: *5:07-CV-03233-RMW*

I, *Richard Gary Hall* declare that I am over the age of eight-
teen (18) years; I am/am not a party to the attached action; I
served the attached document entitled:

*Notice of Address Change*

on the persons/parties specified below by placing a true copy of
said document into a sealed envelope with the appropriate postage
affixed thereto and surrendering said envelope(s) to the staff of
the Correctional Training Facility entrusted with the logging and
mailing of inmate legal mail addressed as follows:

*Office of the Clerk*
*U.S. District Court*
*Northern District of CA.*
*280 South First St, Rm#2112*
*San Jose, CA 95113-3095*

There is First Class mail delivery service by the United States
Post Office between the place of mailing and the addresses indi-
cated above.  I declare under the penalty of perjury under the laws
of the United States and the State of California that the foregoing
is true and correct and that I executed this service this ___*3*___
day of *February, 2008*, in Soledad, CA.

_____
Declarant



OFFICE OF THE CLERK
U.S. DISTRICT COURTHOUSE
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST ST RM # 2112
SAN JOSE, CA 95113-3095

Mr. RICHARD C. HALINE CHOPRE
P.O. BOX 689 - YW.343 UP
SOLEDAD, CA 93960-0700

LEGAL MAIL