1  Richard Gary Hall, Jr. C-07278
   Correctional Training Facility
2  P.O. Box 689 - YW-343UP
   Soledad, CA 93960-0689
3

4  IN PRO SE

5

6            IN THE UNITED STATES DISTRICT COURT
7            FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9  Richard Gary Hall, Jr.              Civil Action No: 5:07-CV-03233-RMW
10        Plaintiff                    Affidavit
11  v.
12  James Tilton, Secretary, et al.
13        Defendants

14

15 Now comes, Richard Gary Hall, Jr., Plaintiff in the above entitled civil
16 action. The Plaintiff previously filed affidavits in this court
17 in the above entitled civil action to provide this court with
18 forthwith knowledge regard Unit-6 classification officials
19 effort to retaliate against him for exercising his constitut-
20 -ional right to seek redress in the courts. The Plaintiff
21 hereby declares: On November 16, 2007, Plaintiff was officially
22 endorsed by Classification Staff Representative (CSR), B. Craw-
23 -ford to be transferred to San Quentin State Prison (SQ-
24 -II). B. Crawford stipulated in mandatory language in the
25 CDC-128-G/CSR-Action Chrono that such a transfer MUST
26 occur prior to 1/2/2008. It did not. Plaintiff was issued
27 a transpack ducat on 1/1/08 to turn in his property on
28 1/2/08 to be transferred on 1/3/08. As it stands, the

FILED
'08 FEB 13 A ...
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

1. PLAINTIFF WAS NOT INFORMED THAT THE TRANSFER HAD BEEN
2. CANCELLED UNTIL AFTER HE PACKED AND TRANSPORTED HIS PROPER-
3. -TY TO THE NORTH PATIO.
4. A DAY OR SO LATER, THE PLAINTIFF RECEIVED A DUCAT ASSIGN-
5. -ING HIM AS A HOUSING UNIT PORTER DURING THE THIRD WATCH
6. - WHITNEY HALL / B-SIDE.
7. ON THE AFTERNOON OF JANUARY 24, 2008, PLAINTIFF WAS APP-
8. -ROACHED IN HIS CELL BY CORRECTIONAL OFFICER (C/O) C.M. GONZALES.
9. C/O GONZALES TOLD PLAINTIFF THAT PER ORDER OF UNIT-6 FACILITY
10. CAPTAIN, J. SARELI. ALL LEVEL-II LIFE-TERM INMATES WERE TO
11. BE ORDERED TO IMMEDIATELY MOVE INTO THE FACILITY'S OPEN
12. DORMITORIES. IF SUCH AN ORDER WAS REFUSED, SERIOUS DISCI-
13. -PLINARY ACTION WOULD BE TAKEN AGAINST SUCH INMATES.
14. THE PLAINTIFF INFORMED C/O GONZALES THAT PER HEADQUARTERS
15. DIRECTIVE, DATED 11/16/98. IT WAS PROHIBITED TO HOUSE
16. HIM IN ANY DORM LOCATED WITHIN NORTH FACILITY DUE
17. TO HIS LIFE-SENTENCE. AND THE FACT NORTH FACILITY HAS
18. NO ELECTRIFIED FENCE. NOR HAD PLAINTIFF BEEN PROVIDED
19. A MANDATORY CLASSIFICATION HEARING PER SECTION 3375,
20. SUBDIVISIONS (F)(1)(d) TO INVOLUNTARILY REMOVE HIM
21. FROM HIS ASSIGNED JOB/ HOUSING PROGRAM. DOCUMENTAT-
22. -ION IS PROVIDED IN THE ABOVE ENTITLED CIVIL ACTION REGARD-
23. -ING DEPARTMENT PROTOCOL CONCERNING THE ELECTRIFIED
24. FENCE PERIMETER AND HOUSING PROHIBITIONS REGARDING INMA-
25. -TES SENTENCE TO LIFE-TERMS (SUCH AS PLAINTIFF.
26. DOCUMENTATION IS ALSO PROVIDED IN THE FORM OF A
27. MODIFICATION ORDER IN RE CTF APPEAL # CTF-N-02-01493.
28. WHICH VERIFIES THE PLAINTIFF MUST BE CLASSIFIED PRIOR TO

1  REMOVING HIM FROM AN ASSIGNED PROGRAM.
2
3  ON JANUARY 25, 2008, AT APPROXIMATELY 10:00A.M. PLAINTIFF
4  WAS AGAIN APPROACHED BY C/O C.M. GONZALES IN HIS CELL.
5  PLAINTIFF WAS INFORMED HE WAS BEING TRANSFERRED TO
6  CENTRAL FACILITY LATER THAT SAME DAY. FOR FEAR THAT
7  FURTHER RETALIATION WOULD BE EXACTED AGAINST HIM
8  SHOULD HE REFUSE TO WAIVE HIS CONSTITUTIONAL RIGHT
9  TO BE AFFORDED SUBSTANTIVE DUE PROCESS AND EQUAL
10 PROTECTION OF THE LAW PRIOR TO SUCH TRANSFER IN
11 COMPLIANCE WITH CCR, TITLE 15, SECTION 3375(F)(1)(d)
12 AND THE MODIFICATION ORDER PROVIDED THIS COURT.
13 PLAINTIFF WAS FORCED TO SUBMIT TO THE SUBVERSIVE
14 FACILITATION. PLAINTIFF WAS TRANSFERRED FROM NORTH
15 FACILITY, WB-339UP TO CENTRAL FACILITY, YW-135UP ON
16 1/25/08.
17 ON JANUARY 26, 2008, PLAINTIFF RECEIVED A SERIOUS RULES
18 VIOLATION REPORT GENERATED BY C/O C.M. GONZALES. IT
19 WAS APPROVED BY A RELIEF CORRECTIONAL SERGEANT, A.
20 R. DAYS. AND MISCLASSIFIED BY CORRECTIONAL LIEUTENANT
21 L. CHAVEZ, JR. PLAINTIFF WAS ACCUSED OF VIOLATING CCR,
22 TITLE 15, SECTION 3005(b). FOR THE SPECIFIC ACT OF: "
23 REFUSING A DIRECT ORDER TO MOVE TO TORO DORM." PLAINTIFF
24 NOTED THAT NO MENTION WAS MADE BY C/O C.M. GONZALES
25 IN HIS REPORT THAT HE TOLD PLAINTIFF THAT PER
26 ORDER OF UNIT-C, FACILITY CAPTAIN, J. SARELI, ALL LEVEL
27 -II LIFERS WERE TO BE ORDERED TO MOVE INTO THE
28 FACILITYS DORMS. AND IF INMATES FAILED TO DO SO,


1. SERIOUS DISCIPLINARY ACTION WAS TO BE TAKEN AGAINST
2. THEM. PLAINTIFF DID NOT INFORM C/O C.M. GONZALES THAT
3. HE WOULD MOVE TO CENTRAL FACILITY."
4.
5. ON FEBUARY 6, 2008, PLAINTIFF WAS SEEN BY CORRECTIONAL
6. LIEUTENANT, RIVERIO (SPELLING MAY NOT BE CORRECT). LT. RIVERIO
7. IDENTIFIED HIMSELF AS THE 'SENIOR HEARING OFFICER' (SHO), AND
8. SAID HE WAS FROM UNIT-5, NOT UNIT-6 (NORTH FACILITY
9. WHERE PLAINTIFF HAD BEEN PREVIOUSLY HOUSED. PLAINTIFF
10. WAS WRONGFULLY FOUND GUILTY OF CDC-115-RVR, LOG #
11. VI-01-08-003B. HE WAS ASSESSED 30 DAYS LOSS OF
12. CREDITS DESPITE THE FACT HE HAS NO ESTABLISHED PAR-
13. -OLE RELEASE DATE. PLAINTIFF'S RED PRIVILEGE CARD
14. WAS CONFISCATED BY LT. RIVERIO DESPITE THE FACT
15. HE WAS ASSIGNED TO ANOTHER FACILITY. PLAINTIFF'S
16. PRIVILEGES WERE SUSPENDED FOR 90 DAYS, AND HE
17. IS TO BE PLACED ON (IN) PRIVILEGE GROUP -C. PLAIN-
18. -TIFF INFORMED LT. RIVERIO THAT PER HEADQUARTER DIRE-
19. -CTIVE, DATED 11/16/88, HE WAS NOT AUTHORIZED TO
20. MOVE INTO ANY DORM LIVING UNIT AT NORTH
21. FACILITY BECAUSE IT HAS NO ELECTRIFIED FENCE
22. PERIMETER. PLAINTIFF ALSO INFORMED LT. RIVERIO THAT
23. TO HIS KNOWLEDGE OTHER INMATES WHO WERE ISSUED
24. THE SAME CALIBER OF DISCIPLINARY INFRACTIONS HAD
25. THEIRS DISMISSED IN THE INTEREST OF JUSTICE.
26. STILL, LT. RIVERIO REFUSED TO INVESTIGATE THESE
27. FACTS AND CLAIM. PLAINTIFF IS SCHEDULED TO APPEAR
28. BEFORE THE PAROLE BOARD ON APRIL 1, 2008. UNIT-

1. -6 IS FULLY AWARE OF THIS. AND IS ALSO AWARE THAT
2. PLAINTIFF WILL SUFFER FURTHER RAMIFICATIONS AT THE
3. HANDS OF BOARD OF PRISON HEARINGS (BPH) OFFIC-
4. -IALS AS A RESULT OF THE ISSUANCE AND GUILTY
5. FINDING OF THE MALICIOUS AND EGREGIOUS CDC-115
6. -RVR GENERATED AGAINST HIM. THE INMATE WHO
7. WAS SEEN DIRECTLY BEHIND PLAINTIFF BY C.T. RIVERIO
8. FOR THE SAME CALIBER OF DISCIPLINARY INFRACTION.
9. RECEIVED FAR LESS PUNISHMENT. THEREFORE, PLAINTIFF
10. WAS ALSO VICTIMIZED VIA ADMINISTRATIVE DELIBERATE
11. INDIFFERENCE.
12. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGO-
13. -ING IS TRUE AND CORRECT.
14.
15. DATE: FEBUARY 7, 2008        RESPECTFULLY SUBMITTED:
16.                               _Richard Gary Hall_
17.                               RICHARD GARY HALL, JR.
                                  PLAINTIFF

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

# RULES VIOLATION REPORT

T.A.B.E. Score is **12.6**

| CDC NUMBER | INMATE'S NAME | RELEASE/BOARD DATE | INST | HOUSING | LOG NO. |
|---|---|---|---|---|---|
| C-07278 | HALL | | CTF-NOR | WB-339U | VI-01-08-0038 |

| VIOLATED RULE NO(S). | SPECIFIC ACTS | LOCATION | DATE | TIME |
|---|---|---|---|---|
| CCR §3005(b) | Refused A Direct Order To Move To Toro Dorm | Whitney B-Side | 1/24/2008 | 1236 Hours |

**CIRCUMSTANCES**

On 1/24/2008, at approximately 1236 hours, while I was assigned as Whitney B-Side Officer, I ordered Inmate **HALL**, C07278, WB339U, to move to Toro Dorm. Inmate **HALL** refused to move and stated, "I will move to Central." I informed Inmate **HALL** that he would be receiving a CDC-115 for refusing to move.

Inmate **HALL** is aware of this CDCR-115 RVR and the specific charge. Inmate **HALL** is not a mental health patient / participant at any level of care.

| REPORTING EMPLOYEE (Typed Name and Signature) | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|
| ▶ C. M. Gonzales, Correctional Officer | | Whitney B-Side Officer, 2/W | S/S |

| REVIEWING SUPERVISOR'S SIGNATURE | DATE | ☐ INMATE SEGREGATED PENDING HEARING | | |
|---|---|---|---|---|
| ▶ A. R. Days, Correctional Sergeant | | DATE | | LOC. |

| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO |
|---|---|---|---|---|
| ☐ ADMINISTRATIVE ☒ SERIOUS | "F" 0-30 | | ▶ L. Chavez, Jr., Correctional Lieutenant | ☐ HO  ☒ SHO  ☐ SC  ☐ FC |

**COPIES GIVEN TO INMATE BEFORE HEARING**

| ☐ CDC 115 | BY: (STAFF'S SIGNATURE) ▶ | DATE | TIME | TITLE OF SUPPLEMENT | | |
|---|---|---|---|---|---|---|
| ☐ INCIDENT REPORT LOG NUMBER: | BY: (STAFF'S SIGNATURE) ▶ | DATE | TIME | BY: (STAFF'S SIGNATURE) ▶ | DATE | TIME |

**HEARING:**

| ACTION BY: (TYPED NAME) ▶ | | SIGNATURE ▶ | | DATE | TIME |
|---|---|---|---|---|---|
| REVIEWED BY: (TYPED NAME) ▶ | DATE | CHIEF DISCIPLINARY OFFICER'S SIGNATURE ▶ | | DATE | |
| ☐ COPY OF CDC 115 GIVEN TO INMATE AFTER HEARING | | BY: (STAFF'S SIGNATURE) ▶ | | DATE | TIME |

CDCR 115 (7/88)
115 TB       115 HB

# SERIOUS RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | VIOLATED RULE NO(S). | DATE | INSTITUTION | LOG NO. |
|---|---|---|---|---|---|
| C-07278 | HALL | CCR§ 3005(b) | 1/24/2008 | CTF-NORTH | VI-01-08-0038 |

REFERRAL FOR FELONY PROSECUTION IS LIKELY IN THIS INCIDENT  ☐ YES  ☐ NO

## POSTPONEMENT OF DISCIPLINARY HEARING

☐ **I DO NOT REQUEST** my hearing be postponed pending outcome of referral for prosecution

INMATE'S SIGNATURE ▶           DATE

☐ **I REQUEST** my hearing be postponed pending outcome of referral for prosecution

INMATE'S SIGNATURE ▶           DATE

DATE NOTICE OF OUTCOME RECEIVED        DISPOSITION

☐ **I REVOKE** my request for postponement

INMATE'S SIGNATURE ▶           DATE

## STAFF ASSISTANT

STAFF ASSISTANT    ☐ REQUESTED    ☐ WAIVED BY INMATE

INMATE'S SIGNATURE ▶           DATE

☐ ASSIGNED    DATE    NAME OF STAFF

☐ NOT ASSIGNED    REASON

## INVESTIGATIVE EMPLOYEE

INVESTIGATIVE EMPLOYEE    ☐ REQUESTED    ☐ WAIVED BY INMATE

INMATE'S SIGNATURE ▶           DATE

☐ ASSIGNED    DATE    NAME OF STAFF

☐ NOT ASSIGNED    REASON

EVIDENCE / INFORMATION REQUESTED BY INMATE:

## WITNESSES

WITNESSES REQUESTED AT HEARING (IF NOT PRESENT, EXPLAIN IN FINDINGS)
☐ REPORTING EMPLOYEE  ☐ STAFF ASSISTANT  ☐ INVESTIGATIVE EMPLOYEE  ☐ OTHER_____  ☐ NONE

| WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED | WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED |
|---|---|---|---|---|---|
| _____ | ☐ | ☐ | _____ | ☐ | ☐ |
| _____ | ☐ | ☐ | _____ | ☐ | ☐ |

INVESTIGATIVE REPORT: Investigative Employees must interview the inmate charges, the reporting employee, and any others who have significant information, documenting the testimony of each person interviewed. Review of files, procedures, and other documents may also be necessary.

INVESTIGATOR'S SIGNATURE ▶           DATE

☐ COPY OF CDC 115A GIVEN INMATE    BY: (STAFF'S SIGNATURE) ▶    TIME    DATE

*------ If additional space is required use supplemental pages ------*

CDCR 115-A(7/88)

State of California                                                                                     Department of Corrections
                                                                                                                    CDC 128-G

No. C-07278                      NAME:   HALL

*Comment*:    **SQ-II endorsed. CS = 19.**

LIFE Prisoner Status is noted. Next BPT hearing currently scheduled for 04/2008. This transfer must occur prior to 1/2/2008. If the inmate has not actually transferred by this date, case is to be re-presented to CSR for review. At that time, the CSR will either rescind the transfer and approve retention at the current facility or, if the BPT scheduling desk has been contacted and arrangements have been made to accommodate the transfer, the CSR will reaffirm the endorsement with proper documentation. Inmate is NCF per CDC 128-C2 of 9-24-02. Violent history noted (VIO). TB Code is 32. CDC 812 is clear. Confidential file is noted.

                              B. Crawford, CSR

**Date: 11/16/2007**           **Classification - CSR ACTION**           **CTF**

## CORRECTIONAL TRAINING FACILITY - SOLEDAD
### RECEIVING AND RELEASE

NAME: _____Hall_____ NUMBER: ____C07278____ HOUSING: ____WB-339U____

Due to your being transferred to ____SQ____ on ____1/3/2008____ at ____4:00 AM____ hours, you are

directed to report to Central Receiving and Release / North Patio on ____1/2/2008____ at ____8:00 AM____ hours with

ALL OF YOUR PROPERTY for transfer processing. Any property NOT turned in at this time WILL NOT BE SHIPPED WITH

YOU. DO NOT ACCEPT CANTEEN, SPECIAL CANTEEN OR QUARTERLY PACKAGES AFTER THIS DATE _____

Current regulations state that you can only take SIX (6) CUBIC FEET of personal property. All excess property must be sent

home, donated or destroyed prior to your leaving CTF.

*CTF - Central R&R*

**PRIORITY PASS**

_____
R & R Property Officer
CTF Tri - Plex         Departed R&R _____ Hrs

_____
Property Officer

CTF-769 (rev. 7/98)

**PROOF OF SERVICE BY MAIL**
BY PERSON IN STATE CUSTODY
(C.C.P. §§ 1013(A), 2015,5)

FILED
2008 FEB 13 A 7:21
RICHARD W. ~~deelare~~
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

I, _RICHARD GARY HALL, JR._ declare:
I am over 18 years of age and I am party to this action. I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterrey, State of California. My prison address is:

_RICHARD G. HALL, JR_, CDCR #: _C-07278_
CORRECTIONAL TRAINING FACILITY
P.O. BOX 689, CELL #: _YW-343u_
SOLEDAD, CA 93960-0689.

On _FEBUARY 7, 2008_, I served the attached:

_AFFIDAVIT_

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows:

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST ST, RM#2112
SAN JOSE, CA 95113-3095

MR. EDMUND BROWN, JR.
ATTORNEY GENERAL
455 GOLDEN GATE AVE, SUITE #11000
SAN FRANCISCO, CA 94102-3664

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on _FEBUARY 7, 2008_.

_Richard Gary Hall Jr._
_RICHARD GARY HALL, JR._
Declarant

Mr. Richard G. Hall, Jr. C-07278
P.O. Box 689 - YW-343up
Soledad, CA 93960-0689

LEGAL MAIL

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST ST, RM# 2112
SAN JOSE, CA 95113-3095

UNITED STATES POSTAGE
$01.31⁰
MAILED FROM ZIP CODE 93960
FEB 11 2008