PROOF OF SERVICE BY MAIL
BY PERSON IN STATE CUSTODY
(C.C.P. §§ 1013(A), 2015.5)

**Filed**
MAR 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

I, _Richard Gary Hall, Jr._, declare:

I am over 18 years of age and I am party to the action. I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterrey, State of California. My prison address is:

_Richard G. Hall, Jr._, CDCR #: _C-07278_
CORRECTIONAL TRAINING FACILITY
P.O. BOX 689, CELL #: _YW-343L_
SOLEDAD, CA 93960-0689.

On _March 10, 2008_, I served the attached:

_Motion Requesting Extension of Time to Submit Second Amended Complaint._

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows:

Office of the Clerk
United States District Court
Northern District of California
280 S. First Street, Rm #2112
San Jose, California
95113-3095

Mr. Edmund Brown, Jr.
Attorney General
455 Golden Gate Ave, Suite #11000
San Francisco, CA 94102-3664

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _March 10, 2008_.

_Richard Gary Hall, Jr._
Declarant

Mr. Richard G. Hall, Jr. C-07278
P.O. Box 705-WB/339UP
Soledad, CA 93960-0705

LEGAL MAIL

OFFICE OF THE CLERK)
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South First Street, Room 2112
San Jose, California 95113-3095



PITNEY BOWES
02 1M
0004229613  $00.92⁰
MAR 11 2008
MAILED FROM ZIPCODE 93960