*E-FILED - 3/25/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD GARY HALL, JR., | ) | No. C 07-3233 RMW (PR) |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| vs. | ) | |
| JAMES TILTON, et al., | ) | (Docket No. 28) |
| Defendants. | ) | |

Good cause appearing, plaintiff's request for an extension of time, **to and including April 25, 2008**, in which to file a second amended complaint is GRANTED.

Failure to file a second amended complaint within the designated time and in accordance with the February 25, 2008 order granting leave to amend will result in the court reviewing only the claims and allegations in the first amended complaint.

This order terminates Docket No. 28.

IT IS SO ORDERED.

DATED: 3/21/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Extension of Time
G:\PRO-SE\SJ.Rmw\CR.07\Hall233eot.wpd

1