**PROOF OF SERVICE BY MAIL**
**BY PERSON IN STATE CUSTODY**
(C.C.P. §§ 1013(A), 2015,5)

FILED

I, _Richard Gary Hall, Jr_ 2008 MAR 26 D 3:1 declare:

I am over 18 years of age and I am party to this action. I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterrey, State of California. My prison address is:

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

_Richard Gary Hall, Jr_, CDCR #: _C-07278_
CORRECTIONAL TRAINING FACILITY
P.O. BOX 689, CELL #: _YW-343up_
SOLEDAD, CA 93960-0689.

On _March 24, 2008_, I served the attached:

_Second Amended Complaint - Civil Action #©07-3233-RMW-(PR)_

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows:

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 S. FIRST ST, RM # 2112
SAN JOSE, CA 95113-3095

MR. EDMUND BROWN, JR.
ATTORNEY GENERAL
455 GOLDEN GATE AVE, SUITE #11000
SAN FRANCISCO, CA 94102-3664

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _March 24, 2008_.

_Richard Gary Hall, Jr._
Declarant