BOARD OF PRISON TERMS
LIFE PRISONER HEARING – EXTRAORDINARY ACTION AND DECISION

STATE OF CALIFORNIA
BPT 1001A (Rev. 10/89)

| ACTION TYPE (select one) | ☐ Waiver of Appearance | ☐ Request for Postponement | ☐ Waiver of Parole Consideration Hearing– Stipulation of Unsuitability |
|---|---|---|---|

| HEARING TYPE (select one) | ☒ Parole Consideration | ☐ Progress | ☐ Rescission | Hearing Date: |
|---|---|---|---|---|

## WAIVER OF RIGHT TO ATTEND HEARING

I understand that I am scheduled for the Board of Prison Terms hearing indicated above.

☐ I do not wish to attend my Board hearing and do not wish to be represented at the hearing. The hearing will be held in my absence.

☐ I do not personally wish to attend my hearing but I do wish to be represented by counsel at the hearing.

    ☐ I will employ counsel to represent me at the hearing.

    ☐ I cannot afford counsel and wish counsel appointed to represent me.

**FILED**

APR 15 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## POSTPONEMENT

I understand that I am scheduled for the Board of Prison Terms hearing indicated above.

☐ I hereby request that the hearing indicated above be Postponed to _____.

The reasons for my request for postponement are stated below.

## WAIVER OF HEARING AND STIPULATION TO UNSUITABILITY

I understand that I am scheduled for the Board of Prison Terms Hearing Indicated above.

☑ I waive my right to a parole consideration hearing and I waive the right to have an attorney represent me at a hearing in by absence. I find that I am unsuitable for parole based on my reasons given on this form and therefore request that you find me unsuitable.

☐ One-year Denial    ☐ Two-year Denial    ☐ Three-year Denial

**PRISONER'S REASON(S) FOR REQUEST:**
(For example: Psychiatric Evaluation Not Supportive, Programming Inadequate, Cat H Incomplete, etc.)

*NEED MORE TIME TO WORK ON PAROLE PLANS.*
*AND TO REMAIN DISCIPLINARY FREE! TOO MANY*
*CDC-115's IN 2002*

| Signature of Prisoner *Richard C. Hall* | Date *5-28-03* |
|---|---|
| Signature of Attorney (if applicable) | Date |
| Signature and Title of Witness (CDC) *C.W. Vy* | Date *5-28-03* |

| NAME HALL, RICHARD | CDC NUMBER C07278 | INSTITUTION CTF - SOLEDAD | CALENDAR 10/1/03 | DATE |
|---|---|---|---|---|

11
19

BOARD OF PRISON TERMS
LIFE PRISONER HEARING – EXTRAORDINARY ACTION AND DECISION
STATE OF CALIFORNIA
BPT 1001A (Rev. 10/89)

[X] I certify to the best of my knowledge and information, the foregoing reasons as stated by the prisoner are accurate, and that the prisoner was capable of making a knowledgeable decision regarding his/her hearing.

The following information is submitted for the Board's consideration in making their decision:

_____

_____

_____

C&PR Signature
_Cyllwasse  C&PR_

FOR BOARD OF PRISON TERMS USE ONLY
Date 9-22-03

## DECISION / ORDER

### WAIVER OF RIGHT TO ATTEND HEARING

1. [ ] Request is denied.

   [ ] Request is granted. Hearing will be conducted in absence of prisoner.

### POSTPONEMENT

2. [ ] Request is denied.

   [ ] Request is granted. Grant based on a finding of good cause. Place on _____ calendar.

### WAIVER OF HEARING AND STIPULATION TO UNSUITABILITY

3. [ ] Request is denied.

   Request is granted. The Board agrees to enter into the stipulation, on a finding of good cause, offered by the prisoner on the waiver of his/her Life Parole Consideration Hearing and orders a:

   [ ] One-year denial      [ ] Two-year denial*      [X] Three-year denial**

*  The Board must find it unreasonable to expect that the prisoner would be eligible for parole during the second, or second and third year, and the Board must state the reasons for its finding.

** In addition to the above (*), the prisoner must have been convicted of more than one offense which involves the taking of a life.

(The basis of the finding of good cause for postponement or multiple-year denial must be stated below.)

[X] Good cause based on the reasons given by the prisoner.

Other comments (if applicable):

_per inmate request._

_____

Signature of BPT Commissioners
1. _Carol R. Moore_

2. _N. Corell Blan_

My WAIVER WAS
GRANTED

Date

Date

BPT Action Taken At:      [ ] BPT Headquarters      [ ] Institution

NAME
HALL, RICHARD

CDC NUMBER
C07278

INSTITUTION
CTF - SOLEDAD

CALENDAR
10/1/03

DATE

33

*How OFTEN DOES THIS HAPPEN? AND, TO HOW MANY PEOPLE ... AT WHAT EXPENSE TO TAXPAYERS.*

Board of Prison Terms                                         ate of California

DATE: DECEMBER 12, 2                                          OF HEARING

                                                             ife Prisoner Initial Parole
                                                             onsideration Hearing
                                                             .C. 3041, 3041.7, &

TO:    ATTORNEY AT LA
       DANIEL COLIN                                          e Prisoner Subsequent
       PO BOX 1301
       ESCONDIDO  CA 92025                                   Consideration Hearing
                                                             (P.C. 3041, 3041.7, *3042)

                                                                                    *129*

                                                     ☐  Extended Term Hearing
                                                        (P.C. 1170.2(b) )

                                                     ☐  Other

RE: Name:  HALL, RICHARD              CDC No.:  C-07278

Court Case No.:  CRN5046               PD/SO No.:  77305-213708      *THE WHO KNOWS HOW MUCH QUESTION.*

DOB: 9/23/58                           Received:  8/1/79             *I MY WAIVER WAS GRANTED ON 9-25-03...*

OFFENSE:  MURDER 1ST                   Date of Offense  10/21/77     *WHO SCHEDULED ME FOR*

Location of Offense:  328 WETZEL ST APT 4                            *A PAROLE HEARING FOR*

The named inmate will appear before the Board of Prison Terms for a hearing as indicated above. The hearing    *2/6/04? AND,*

will be held during the week of   FRIDAY FEBRUARY 6, 2004 AT 8:30 A.M..                                         *NOT, I ALSO*

                                                                                                               *WAIVED ATTORNEY.*
Your comments and recommendations regarding this case are respectfully invited for presentation to the Board of Prison
Terms. Please submit your written response on the reverse side or by attachment to this notice no later than ten days prior to    *So, WHO SENT*
the Monday of the hearing week. If you have documents or reports which includeinformation
about the prisoner, the prisoner's offense(s), or the prisoner's prior criminal history, you are encouraged to submit    *OUT A NOTICE*
those along with your comments and recommendations.                                                              *OF HEARING UNDER*

A representative of the District Attorney's Office may attend this hearing as provided in Title 15, Division 2, Cal.    *THE COLOR OF LAW TO*
Adm. C. §2030. If a prosecutor wishes to attend, please notify the person named below at least two weeks prior to the
Monday of the hearing week. Failure to provide notice of attendance may result in denial of access to the institution for the    *DAN COLIN ON 12-12-03?*
hearing. Information not available in the hearing file must be received in writing no later than ten days before the Monday of
the hearing week even if a prosecutor plans to attend the hearing.

Please mail reply to:

                        D.S. Levorse, C & PR
                        Board Of Prison Terms
                        CTF Soledad
                        P.O. Box 686
                        Soledad, Ca 93960

*** To confirm by telephone, please contact the BPT desk at 831-678-3951 EXT 4332 OR 4333 ***

'T 1087A (Rev. 1/1/81)

*20*|*2*



IMAGINE THAT, 10
YEARS PRIOR TO
THE 12-12-03
NOTICE WAS SENT,
DAN COLINS
P.O. BOX WAS
CLOSED. WOW

NOTE THE
"RETURN TO SENDER"
LABEL.

OPENED IN ERROR.
EVEN THOUGH "LEGAC MAIL"
APPEARS ON THE ENVELOPE
PLAIN AS DAY.



OUTTA SHEER CURIOSITY.
I WROTE DAN COLIN
3-YEARS LATER. JUST
TO SEE WHAT WOULD
HAPPEN. LIKE ELVIS SANG
... RETUURRNN TO
SENDER... ADDRESS
UNKNOWN.

NOTICE THE POSTAL
STAMPING. ESPECIALLY
THE LABEL. NOW,
CHECK OUT THE
1st ONE.
A MAJOR DIFFERENCE.
HUH.

SAN JOSE CA 951
02 OCT 2006 PM 3 T

MR. DANIEL COLIN
ATTORNEY-AT-LAW
P.O. BOX 1301
ESCONDIDO, CA 92025

MR. RICHARD G. HALLER C.02278
P.O. BOX 705 WR/359UP
SOLEDAD, CA 93960-0705

NIXIE    921    1    OC 10/19/08

NOT DELIVERABLE AS ADDRESSED
RETURN TO SENDER
UNABLE TO FORWARD

BC: 93960070505    *1556-00065-02-38

131

LEGAL MAIL

22
14

oard of Parole Hearings                                                    State of Californi

## NOTICE OF HEARING
### Pursuant to Penal Code Section 3042

DATE:     FEBRUARY 16, 2007

TYPE OF HEARING

□ Life Prisoner Initial Parole
Consideration Hearing
(P.C. 3041, 3041.7, & 3042)

*SERENDIPITY, HUH*

☒ Life Prisoner Subsequent Parole
Consideration Hearing SUBSEQUENT #14
(P.C. 3041, 3041.7, *3042)

*✓ MARCIA HURST
REPRESENTED ME*

TO:     DANIEL COLIN
ATTORNEY AT LAW
COUNTY OF SAN DIEGO
PO BOX 1301
ESCONDIDO  CA 92025

□ Extended Term Hearing
(P.C. 1170.2(b) )

*So, WHO SENT
AN OFFICIAL*

□ Other

*NOTICE TO A
LAWYER WE KNOW DOESN'T EXIST.*

RE:     Name:          HALL, RICHARD          CDC NO.:     C-07278

Court Case No.: CRN5046          PD/SO No.:     77305-213708          *133*

DOB:          9/23/58          Received:     8/1/79

Offense:     MURDER 1ST          Date of Offense:     10/21/77

Location Of Offense:     328 WETZEL ST APT 4

The named inmate will appear before the Board of Parole Hearings for a hearing as indicated above. The hearing will be held
on **FRIDAY, APRIL 6, 2007 AT 10:30 AM PANEL A**

Your comments and recommendations regarding this case are respectfully invited for presentation to the Board of Parole
Hearings. Please submit your written response on the reverse side or by attachment to this notice no later than ten days prior
to the Monday of the hearing week. If you have documents or reports, which include information about the prisoner, the
prisoner's offense(s), or the prisoner's prior criminal history, you are encouraged to submit those along with your comments
and recommendations.

A representative of the District Attorney's Office may attend this hearing as provided in Title 15, Division 2, Cal. Adm. C.
§2030. If a prosecutor wishes to attend, please notify the person named below at least two weeks prior to the Monday of the
hearing week. Failure to provide notice of attendance may result in denial of access to the institution for the hearing.
Information not available in the hearing file must be received in writing no later than ten days before the Monday of the
hearing week even if a prosecutor plans to attend the hearing.

Please mail reply to:                    D.S. Levorse, C & PR
Board of Parole Hearings
CTF Soledad
P.O. Box 686
Soledad, CA  93960

Fax: (831) 678-5905
e-mail: jay.powell@cdcr.ca.gov

*** To confirm by telephone, please contact the BPH desk at 831-678-3951 EXT 4332 OR 4333 ***

*READY R. 124*
*15*

Γ 1087C (Rev. 1/1/81)



MR. RICHARD G. HALL NR. C-07278
P.O. BOX 705-WB/33UP
SOLEDAD, CA 93960-0705

SAN JOSE CA 951

24 APR 2007 PM 8 L

MR. DANIEL COLIN
ATTORNEY AT LAW
COUNTY OF SAN DIEGO
P.O. BOX 1301
ESCONDIDO, CA 92025

134

NIXIE      921    DA 1      QQ 05/08/07
           RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD
BC: 939600705    *2956-22573-24-38

92025+1301
939600705

LEGAL MAIL

42

25

EX

MR. RICHARD G. HALLOCK, C-07278
P.O. Box 705 - WB (339up)
SOLEDAD, CA 93960 0705

MR. DANIEL COL.
ATTORNEY- AT- LAW
P.O. Box 1301
ESCONDIDO, CA 92025

REC'D 9/10/07

LEGAL MAIL

135

UNITED STATES POSTAGE
$ 00.410
TWO RIVER'S
02 1M
0004229813    AUG 30 2007
MAILED FROM ZIP CODE 93960

REC'D 9/10/07

OO  09/06/07

NIXIE    921    DE  1

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 9396007050505    *2055-05930-30-43

9396007050705

c/3

24

BOARD OF PRISON TERMS

STATE OF CALIFORNIA

## LIFE PRISONER: NOTICE OF HEARING RIGHTS

| Date of Hearing | Time of Hearing | Type of Hearing |
|---|---|---|
| | | **SUBSEQUENT** |

Please complete and return as instructed by staff as soon as possible but no later than 5 days after receipt.

### REQUEST FOR ATTORNEY

[☑] I request the assistance of an attorney at my hearing. ⬅

1. [ ] I have or can retain my own attorney. The attorney is:

| Attorney's Name | Telephone |
|---|---|
| | |

Attorney's Address

2. [☑] I wish to have the state provide an attorney to assist me. I declare under penalty of perjury that I am indigent (I have less than $1,500 in cash and/or accounts, (Title 15 CCR §2256(c)) and cannot afford an attorney.

*12*

| Signature of Prisoner | CDC Number | Date |
|---|---|---|
| Michael Ray Hall | C-07278 | 6/29/06 |

### WAIVER OF ATTORNEY

[ ] I waive my right to have an attorney.

On _____ (Date), I was informed that I have been scheduled to appear before the BOARD OF PRISON TERMS for a hearing. I was also informed of my right to be represented by an attorney at my Board hearing. I know that if I am indigent and cannot afford to retain an attorney the state will appoint an attorney to represent me at state expense. Knowing this, I have decided that I DO NOT wish the assistance of an attorney at my Board hearing.

| Signature of Prisoner | CDC Number | Date |
|---|---|---|
| | | |

### WITHDRAWAL OF REQUEST FOR AN ATTORNEY

[ ] I withdraw my request for an attorney.

I have reconsidered my request for an attorney at my Board hearing and have decided that I DO NOT wish to have the assistance of an attorney at my Board hearing. This decision to withdraw my request for an attorney is not being made as a result of any promises or duress. I know that if I withdraw my request for an attorney, I will not be able to later request an attorney again for this hearing

| Signature of Prisoner | CDC Number | Date |
|---|---|---|
| | | |

| NAME | CDC NUMBER | INSTITUTION |
|---|---|---|
| **HALL, RICHARD** | **C07278** | **CTF-SOLEDAD** |

C-07278          B

| CDC# ~~C07278~~ | Name: HALL, RICHARD | Cell: NW 339U | CCI MARTINEZ |

DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA
## RECORD INFORMATION RELEASE AUTHORIZATION
CDC 833 (6/90)

THIS RELEASE IS VOID 30 DAYS PAST SIGNED AUTHORIZATION DATE, OR IN THE TIME LIMIT AGREED TO BY THE INDIVIDUAL IN THE WRITTEN CONSENT.

I AUTHORIZE THE DEPARTMENT OF CORRECTIONS TO DISCLOSE DESIGNATED INFORMATION FROM MY CASE RECORDS TO:

NAME OF PERSON, AGENCY ORGANIZATION

**Inmate Copy**

ATTORNEY AT LAW
WAIVED

INFORMATION TO BE DISCLOSED

C-FILE REVIEW                                                                 11

PURPOSE OF DISCLOSURE

LIFER PAROLE CONSIDERATION HEARING

| INMATE'S SIGNATURE | | CDC NUMBER | DATE |
| WITNESS' SIGNATURE | TITLE | INSTITUTION | DATE 9/27/06 |

CANDICE CHRISTENSEN INFORMED ME THAT I WAS THE ONLY LIFER ON HERE OFFICIAL LIST OF 13 THE BPH DID NOT SEND HER A NOTICE TO RETAIN TO REPRESENT ME AT THE HEARING SCHEDULED FOR 11-3-06. WHICH WAS POSTPONED WITHOUT REASON

SO I RECEIVED AN ATTORNEY VISIT AT TAXPAYERS EXPENSE WHO REFUSED TO REPRESENT ME

| INMATE PASS | | CDC# | HOUSING |
| INMATE'S NAME: | HALL | C-07278 | NW 339U |
| ISSUED BY: P. A Santiago | | DATE 10/13/2006 | PASS FROM: TIME: 1130 |
| PASS TO: BPT COMPLEX RM #333 | | | |
| REASON: TERRY M. | ATTORNY VISIT | RECORDED BY: |
| ARRIVAL TIME: | | TIME: | RECORDED BY: |
| DEPART TO: | | | |

(9)

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE HALL, C07278                          Date: February 22, 2008
Current Housing: CFYWT3000000343U

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: CTF-S-08-00644

ASSIGNED STAFF REVIEWER: C&PR
APPEAL ISSUE: CASE INFO./RECORDS
DUE DATE: 04/04/2008

Inmate HALL, this acts as a notice to you that your appeal has been sent to the
above staff for FIRST level response.  If you have any questions, contact the
above staff member. If dissatisfied, you have 15 days from the receipt of the
response to forward your appeal for SECOND level review.

J.F. Aboytes, CCII / P.G. Dennis, CCII
Appeals Coordinators,
Correctional Training Facility

*INTERVIEWED BY C.A.FRYE ON 3/20/08*

2/18/08

DEAR APPEALS COORDINATOR;

PLEASE PROCESS AND ASSIGN THIS SUBMITTED
ON 2/18/08 - CDC-602 REGARDING 'INFORMATION
PRACTICES' ISSUE. THANK YOU.

I/M HALL

STATE OF CALIFORNIA

**INMATE/PAROLEE APPEAL FORM**

CDC 602 (12/87)

DEPARTMENT OF CORRECTIONS

| Location: | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| 1. | | 1. | |
| 2. | | 2. | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| RICHARD G. HALL, JR. | C-07278 | UNASSIGNED | 4W-343UP |

A. Describe Problem: ON 2/5/08, APPELLANT RECEIVED OFFICIAL CDC-128/B - GENERAL CHRONOS DATED 1/31/08 AND 1/29/08. (SEE EX-A). PURSUANT TO CCR, TITLE 15, (SECTIONS 3084.1(Cd); APPELLANT CONTENDS THE OFFICIAL STATE OF CALIFORNIA CHRONO GENERATED AFTER HE WITHDREW HIS 'STAFF COMPLAINT' (CTF-APPEAL # CTF-S-07-04714) AGAINST BPH-COORDINATOR, CCI M.TERRY APPEARS TO BE REPRISALISTIC IN NATURE. PURSUANT TO CCR, TITLE 15, (SECTION 3450, DOM-SUBSECTION 86050.1 (INFORMATION PRACTICES) THIS APPEAL IS BEING WAGED. FURTHERMORE, DUE TO THE DUALISTIC INFORMATION CONTAINED

If you need more space, attach one additional sheet.

B. Action Requested: PROVIDE APPELLANT WITH A WRITTEN RETRACTION REGARDING FALSE ALLEGATIONS DIRECTED AT HIM VIA CDC-128/B CHRONOS, DATED 1/2/08 AND 1/31/08. IMMEDIATELY EXPUNGE SUCH FRAUDULENT AND REPRISALISTIC DOCUMENTS FROM APPELLANTS CENTRAL FILE RECORD PER CCR 3450.

Inmate/Parolee Signature: _Richard Gary Hall_    Date Submitted: 2/18/08

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

REMAINS IN APPELLANTS CENTRAL FILE RECORD TO PAINT HIM IN A NEGATIVE/DISHONORABLE LIGHT. BPH-COORDINATOR, CCI M. TERRY CLEARLY ILLUSTRATES AN EMBELLISHED ANIMUS AGAINST APPELLANT.

IN HIS REPRISALISTIC CHRONO. CCI TERRY CHOSE TO PROVIDE INFORMATIONS WHICH SIMULTANEOUSLY FOOTS THE JUDICIAL AND ADMINISTRATIVE REALMS. HE MYOPICALLY CLAIMED APPELLANTS 'DECLARATION' OF 9/4/07 CONTAINED SEVERAL MISREPRESENTATIONS, INCLUDING A FALSE ACCUSATION REGARDING A DUCAT HE SENT TO APPELLANT. THIS REVIEW HAS BEEN PROVIDED A COPY OF THE 'DECLARATION' INITIALLY SENT TO LISTED ATTORNEY'S, AS WELL AS M. TERRY. IT IS INDUBIOUS, NOT A WORD IS MENTIONED ABOUT ANY DUCAT SENT TO APPELLANT BY CCI, M. TERRY. APPELLANT DID IN FACT FORWARD M. TERRY A 602 ON 8/23/07 AS STIPULATED IN HIS DECLARATION. M. TERRY FAILED TO RESPOND TO APPELLANTS APPEAL IN COMPLIANCE WITH CCR, TITLE 15, SECTION 3084.6(B)(1).

CCI M. TERRY CONCOCTED A TOTALLY INAPPROPRIATE STATE OF CALIFORNIA MEMORANDUM HE ISSUED APPELLANT, DATED NOV 7, 2007. WHICH WAS EXACTED SOME (2) MONTHS AFTER APPELLANT PROVIDED M. TERRY WITH A COPY OF HIS 7/4/07 'DECLARATION' AS WELL AS ATTORNEY'S LISTED IN SAID DECLARATION. M. TERRY MADE SIMILAR ALLEGA-TIONS IN HIS 11/7/07 MEMORANDUM, AS IN HIS REPRISALISTIC CDC-128/B, DATED 1/31/08. YET IN [2] NEITHER OFFICIAL STATE DOCUMENT DOES HE PROVE ON THE WHOLE WHAT HE WAS REFERR-ING TO. ESPECIALLY CONSIDERING APPELLANTS DECLARATION SPANS 1½ PAGES. (SEE EXH-B)

M. TERRY CITED CCR, 3084.1 AND PER PENAL CODE SECTION 148.6 IN HIS REPRISALISTIC CHRONO. AS IT STANDS, M. TERRY WAS APPARENTLY IGNORANT TO THE FACT THE FEDERAL COURT ORDERED THE EXACT LANGUAGE HE USED IN HIS CHRONO TO BE DELETED FROM CCR, TITLE 15. SECTIONS 3084.1 AND 3391. (SEE EXH-C). THEREFORE, M. TERRY MADE TOTALLY FALSE AND INTIMIDATING CLAIMS TOWARDS APPELLANT IN AN OFFICIAL CAPACITY.

M. TERRY ALSO CLAIMED HE CONSULTED THE LITIGATION COORDINATOR TO VERIFY WHETHER OR NOT APPELLANT HAD PENDING LITIGATION INVOLVING CCI M. TERRY. AND IT WAS FOUND APPELLANT HAD NO (SUCH PENDING LITIGATION. WHICH IS UNTRUE. THE SUPERIOR COURT OF MONTEREY COUNTY, CASE # 5710; THE SIXTH DISTRICT COURT OF APPEAL, CASE # H 032130; (SUPREME COURT OF CALIFORNIA, CASE # S-157730 WILL VERIFY OTHERWISE. (SEE EXH-D)

LASTLY, APPELLANT RECEIVED AN EARLY CDC-128/ B-GENERAL CHRONO, DATED 1/2/08. WHEREIN

CDC-128B (Rev 4/74)

NAME and NUMBER          HALL          C07278

On 12-21-07, at approximately 13:00 hrs I interviewed Inmate hall regarding a citizen complaint he filed regarding CCI (A) M. Terry.

After beginning the interview I informed Inmate Hall that CCI Terry had only been the acting CCI in BPH since July 2007 and that several of the issues that he had regarding BPH and CCI (A) Terry were when CCI (A) Terry was not assigned to BPH but was assigned as a Correctional Officer.

I pointed out several instances where I could prove that CCI (A) Terry was in fact a Correctional officer at the time. Inmate Hall stated that he wished to withdraw the Citizen Complaint and noted it on the 602 Appeal form and on the Staff Complaint form that he was withdrawing his citizen complaint.

Per discussion with the CTF Appeals Coordinator, P. Santiago, This CDC 128-B is being completed to note the withdraw of the citizen complaint and no further action is required.

Noted: _____ AW

_____
J.H. FRYE
ASST C&PR

DATE: 01-02-08                    INST: CTF-Soledad                    GENERAL CHRONO

HE'S AFFILIATED
WITH THE BPH DESK.
A COLD LIAR.

Department of Corrections and Rehabilitation

State of California

# Memorandum

Date : October 2, 2006  ←  *ONLY SINCE July 2007, HUH.*

To : : I/M HALL (C07278)  WB-339U

Subject : YOUR ATTACHED LETTER

I've personally contacted the State attorney, Candice Christensen, assigned to cover the week of October 30th, which covers your calendar'd BPT hearing of November 3rd. I explained your need for research by your legal representative.

If you would like to follow this up with a personal letter to her send it to me and I will have it forwarded to her.   *OFFER REFUSED*

Should you have questions, please contact me through your CCI at ext. 4333 or via institutional mail.

Respectfully,

M. Terry   CCI
BPH Coordinator

State : California                                                                    Department of Corrections and Rehabilitation

# Memorandum

Date    :    October 05, 2006   ←——  *Wow.*

To      :    I/M HALL (C07278)  WB-339U

Subject :    **ATTACHED CORRESPONDENCE**

As a final courtesy, I will relay the explanations and instructions that I have received.

1. A BPT-1073 form is not an official notification of an exact date for a BPT hearing.
2. If you will look closely at the copy of the 1073 that you provided it does NOT say 9/20/06 is says 9/2006, which is an estimated time frame not a specific one.
3. Unfortunately, I cannot base my scheduling upon whether or not a date is agreeable to you.  I have any number of constraints that I must satisfy as it stands.  If you are given a date that is unacceptable, you need to contact your CCI and officially request a postponement or stipulation.
4. Any correspondence between you and your currently assigned attorney Candice Christiansen or any other attorney will not be done through this office but through the Institution's Legal Mail system.
5. As direct involvement with inmates is not a function of the BPH Coordinator's desk, any further questions or discussions concerning this material will be done through your assigned CCI.
6. Please let your CCI know that I will be glad to help him in any way I can.

Respectfully,

M. Terry   CCI(A)
BPH Coordinator

CDC 1617 (3/89)

**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**Correctional Training Facility**
**Soledad, California**

**SUPPLEMENTAL PAGE**

*WHEN I RESUBMITTED
THIS APPEAL FOR A
SECOND LEVEL REVIEW,
OVER A WEEK LATER
THE CTF-APPEALS
COORDINATOR SENT
IT BACK UNPROCESSED
NO SCREEN-OUT
... NOTHING*

<u>RE:</u>    CTF APPEAL LOG NO.    *CTF-S-07-04955*
First Level Reviewer's Response

**NAME:    HALL**          **CDC#:    C07278**          **HOUSING:    YW 343u**

<u>APPEAL DECISION:</u>    **DENIED**

<u>APPEAL ISSUE:</u>    **COPIES OF BPH TRANSCRIPTS AND BPH PSYCH REPORT**

In your appeal you state that you were approached by CCI Majano who attempted to rush you to sign your BPH rights packet.  You also state that there were errors in the addendum and that CCI Majano did not interview you prior to drafting the report.

<u>ACTION REQUESTED:</u>

You request copies of the BPH transcripts for the 4/6/07 hearing and a copy of the Psychological report dated 2/20/07.

<u>ADDITIONAL INFORMATION:</u>

It is noted that the problem description in this appeal has little relevance to the requested remedy/action.  Per the interview on 2/5/08, the requested action will remain the focus of this response.

<u>APPEAL RESPONSE:</u>

You were interviewed by CCII Dixon on 2/5/08 for a first level response.  In that interview you stated that half of the requested action has already been granted to you as you have been given a copy of your BPH transcript from the hearing dated 4/6/07.  You also stated that you were interviewed by a Psychologist on 2/20/07 and that you have not received a copy of that report. Mr. Hall your Central File has been thoroughly reviewed and there is no indication of a psychological report from that date.  In addition, the BPH scheduling desk has no record of a Psychological Report generated from that date.  The Sacramento BPH SSA, R. Esquivel has

**February 5, 2008**
**Supplemental Page**
**FIRST LEVEL APPEAL**
**CTF-S-07-04955**
Page 2 of 2

indicated that they have no record of this interview or report but that they will continue to look into the situation. The Nurse Assistant for Medical Records at CTF has checked your medical file and there is no entry indicating an interview on that date or on any date in February 2007. The Psych Technician M. Licea has checked the computerized appointment records and has indicated that you did not have an appointment for anytime in February 2007, but you did have an appointment on January 2, 2007 and that you did not report for that appointment. M. Licea also said that if you had an appointment this computerized record would show the appointment. As a result, Mr. Hall, we cannot give you a copy of the report you requested until we first verify that it exists and then locate it. We can notify the BPH of the situation and request that the report be located or a new report be completed. This has been done via e-mail on 2/6/08.

## SUMMARY / CONCLUSION

The balance of your request in this appeal, a copy of the Psychological Report, is being denied due to the reasons noted above. A copy of this appeal has been forwarded to the BPH, Mental Health scheduling desk.

_____          _____
                                                            Date
**S. DIXON**
Correctional Counselor II, Unit VI
CTF-North Facility


_____          _____
                                                            Date
**J. SARELI**
Facility Captain, Unit VI
CTF-North Facility


cc:     Inmate's Central File
        Appeals File

APRIL 6, 2007 HEARING
TRANSCRIPT

4

1   kind for you or for anyone else in return for the

2   postponement?

3           INMATE HALL:  Not at all.

4           PRESIDING COMMISSIONER ENG:  Okay.  So are

5   you postponing freely and voluntarily?

6           INMATE HALL:  Yes, I am.

7           PRESIDING COMMISSIONER ENG:  Okay.  So

8   could you please state in your own words to the

9   Panel your reason for requesting a postponement

10  today?

11          INMATE HALL:  I was not served, there's a

12  lot of discrepancies as far my Board report is

13  concerned.  I haven't received the amended copy

14  of my psych report.  I've seen two psychologists.

15          PRESIDING COMMISSIONER ENG:  Oh.  All

16  right.

17          INMATE HALL:  So there's a lot of

18  problems.  It's been an ongoing situation.  This

19  is the third mishap.

20          PRESIDING COMMISSIONER ENG:  Okay.  Okay.

21  Yeah.  In order to, okay.  After we had some

22  discussions with your legal counsel and taking a

23  look at the files that's what we've understood.

24  Counsel, do you join your client's decision in

25  postponing today?

26          ATTORNEY HURST:  Yes, I do.

27          PRESIDING COMMISSIONER ENG:  Do you have

*APRIL 6, 2007 HEARING TRANSCRIPT*

5

1    anything to add?

2        **ATTORNEY HURST:** No, just that I've

3    written down the specifics there that he was not

4    properly, he was not served in a timely manner.

5    He was notified who his attorney of record was

6    only this week, April 4th, although I did see him

7    last week, but that, much to his surprise. So

8    there are many things that weren't done. One

9    thing I neglected to mention is that lack of the

10    amended psych report. But the Board report

11    wasn't given to him until March 28th, although

12    it's dated September '06 and there are some,

13    clearly some factual errors in that.

14        **PRESIDING COMMISSIONER ENG:** Right. Okay.

15    What I've done, well, I don't understand, is

16    there going to be another amendment to the

17    11-1-06 psych report?

18        **INMATE HALL:** Yes, ma'am.

19        **PRESIDING COMMISSIONER ENG:** Is that what

20    you're stating?

21        **INMATE HALL:** Yes, indeed.

22        **PRESIDING COMMISSIONER ENG:** Okay. Which

23    none of us were aware of that I believe.

24        **ATTORNEY HURST:** And he, I think he has

25    seen the doctor, right?

26        **INMATE HALL:** Yes, I did. On February --

27        **DEPUTY COMMISSIONER SHIELDS:** He's been

*APRIL 6, 2007 HEARING*
*TRANSCRIPT*

6

1    interviewed again?

2         INMATE HALL:  -- the 20th I spoke with him

3    up here.

4         PRESIDING COMMISSIONER ENG:  Okay.  Okay.

5    I was not aware of that because even on our

6    hearing checklist it doesn't state that there's a

7    pending psychological evaluation awaiting.

8    However, in light of everything else and the

9    documents that your legal counsel did provide to

10   us she did show us that you had received

11   notification about your legal counsel on April

12   4th and the fact that this September 2006 Board

13   report looks like was delivered to you on March

14   28th of '07.

15        INMATE HALL:  Yes, ma'am.

16        PRESIDING COMMISSIONER ENG:  We also

17   noted, and actually didn't need you to point this

18   out because I had circled it on, within my Board

19   report about your future plans and it refers back

20   to the prior Board report, which actually goes

21   back to 2003 and that one's incorrect because it

22   references that you want, that you still plan to

23   reside with your mother --

24        INMATE HALL:  Yes.

25        PRESIDING COMMISSIONER ENG:  -- who

26   unfortunately, and we're very sorry, had been

27   deceased even at that time.  So I have pulled out

*APRIL 6, 2007 HEARING*
*TRANSCRIPT.*

7

1    from your copy and circled this and I'm going to

2    attach it to the paperwork so hopefully it'll get

3    the attention of whomever or maybe your counselor

4    to make the proper corrections for your next

5    hearing.  And also, when they do interview you

6    make sure that, you know, for the counselor's

7    report, make sure that they do try to correct

8    that.  Do whatever you can and --

9        INMATE HALL:  I will.

10        PRESIDING COMMISSIONER ENG:  -- we'll

11    try and maybe by, from both ends we'll be able to

12    do --

13        INMATE HALL:  All right.

14        PRESIDING COMMISSIONER ENG:  -- to get an

15    accurate document here.  So, this is a violation

16    of your rights, sir, and it's only fair that the

17    Panel does grant your request to postpone.  So we

18    are doing that.

19        INMATE HALL:  I appreciate that.

20        PRESIDING COMMISSIONER ENG:  And we've

21    written everything out and --

22        INMATE HALL:  Thank you.

23        PRESIDING COMMISSIONER ENG:  -- I got to

24    tell you, I apologize on behalf of the whole

25    process that this has been happening to you,

26    because it really is inexcusable.  And I hope

27    that by the time that you do get notification for

1      INMATE HALL:  Yes, that's about right.

2      DEPUTY COMMISSIONER HARMON:  Is this right?

3      INMATE HALL:  Yes, Sir.

4      PRESIDING COMMISSIONER MARTINEZ:  And I have in

5  my packet, in regards to waiting on documents, which was

6  the Hearing Rights, so evidently that did not transpire

7  as well.  The current Hearing Rights, so.

8      INMATE HALL:  We're like, we're still at the X

9  from the last hearing, basically, Sir.

10      PRESIDING COMMISSIONER MARTINEZ:  All right.  So

11  with that, again, is that what you wish to do here

12  today, Mr. Hall?

13      INMATE HALL:  Yes, Sir.

14      PRESIDING COMMISSIONER MARTINEZ:  All right.

15  Again, I do note that evidently we have been on the

16  phone with the C and PR, Mr. Terry, and that he

17  indicated that there was documentation in reference to a

18  psychological evaluation that was received on February

19  20th of 2007, given to a clerk.  However, we don't know

20  the whereabouts of this particular psychological

21  evaluation.  Now again, Mr. Hall, you are indicating

22  that in February you were interviewed by a psychologist?

23      INMATE HALL:  On that very day, Sir.

24      PRESIDING COMMISSIONER MARTINEZ:  All right.

25      INMATE HALL:  I don't know how you receive a

10

1    report on the day --

2        DEPUTY COMMISSIONER HARMON:  Excuse me,

3    Commissioner, just to add a little, a little more to

4    this situation.  Counsel has provided me with a copy of

5    an inmate pass for this gentleman back on February 20th,

6    which is the same day that he's claiming the doctor came

7    to meet with him.  It does show that he was to report to

8    the BPT complex room at ten o'clock in the morning.  So,

9    --

10       PRESIDING COMMISSIONER MARTINEZ:  Okay.

11       DEPUTY COMMISSIONER HARMON:  -- that's according

12   to your own pass, Mr. Hall.

13       INMATE HALL:  Yes, Sir.

14       DEPUTY COMMISSIONER HARMON:  Yeah.  So --

15       INMATE HALL:  Mr. Gordon Hill was in front of me,

16   Sir.

17       DEPUTY COMMISSIONER HARMON:  Yeah.  So anyway, I

18   want to make sure you keep that, since that seems to be

19   the only one around.

20       INMATE HALL:  All right.

21       DEPUTY COMMISSIONER HARMON:  That's all I have.

22       PRESIDING COMMISSIONER MARTINEZ:  All right, with

23   that, then Mr. Hall, I'm going to ask you a series of

24   questions related to your decision to postpone here

25   today.  Do you understand that you have the absolute

94

BOARD OF PRISON TERMS                                         STATE OF CALIFORNIA
LIFE PRISONER HEARING – EXTRAORDINARY ACTION AND DECISION    BPT 1001A (Rev. 10/89)

| ACTION TYPE (select one) | ☐ Waiver of Appearance | ☒ Request for Postponement | ☐ Waiver of Parole Consideration Hearing– Stipulation of Unsuitability |
|---|---|---|---|

| HEARING TYPE (select one) | ☒ Parole Consideration | ☐ Progress | ☐ Rescission | Hearing Date: 4/6/07 |
|---|---|---|---|---|

## WAIVER OF RIGHT TO ATTEND HEARING

I understand that I am scheduled for the Board of Prison Terms hearing indicated above.

☐ I do not wish to attend my Board hearing and do not wish to be represented at the hearing. The hearing will be held in my absence.

☐ I do not personally wish to attend my hearing but I do wish to be represented by counsel at the hearing.

☐ I will employ counsel to represent me at the hearing.

☐ I cannot afford counsel and wish counsel appointed to represent me.

## POSTPONEMENT

I understand that I am scheduled for the Board of Prison Terms hearing indicated above.

☐ I hereby request that the hearing indicated above be Postponed to _Next available Calendar_  91

The reasons for my request for postponement are stated below.

## WAIVER OF HEARING AND STIPULATION TO UNSUITABILITY

I understand that I am scheduled for the Board of Prison Terms Hearing Indicated above.

☐ I waive my right to a parole consideration hearing and I waive the right to have an attorney represent me at a hearing in by absence. I find that I am unsuitable for parole based on my reasons given on this form and therefore request that you find me unsuitable.

☐ One-year Denial        ☐ Two-year Denial        ☐ Three-year Denial

PRISONER'S REASON(S) FOR REQUEST:
(For example: Psychiatric Evaluation Not Supportive, Programming Inadequate, Cat H Incomplete, etc.)

_I I/M was not served ( notice of rights etc), was not_
_notified who was representing him until 4/4/07 and_
_did not receive updated Board report ( which contains_
_factual errors) until 3/28_

| Signature of Prisoner X _Richard Guy Hill_ | Date 4/6/07 |
|---|---|
| Signature of Attorney (if applicable) _Marcia Nural_ | Date 4/6/07 |
| Signature and Title of Witness (CDC) | Date |

| NAME | CDC NUMBER | INSTITUTION | CALENDAR | HEARING DATE |
|---|---|---|---|---|
| HALL RICHARD | C07278 | CTF SOLEDAD | 03/2005 04/06 | 4/6/07 |

P

24
31

BOARD OF PRISON TERMS                                                        STATE OF CALIFORNIA
LIFE PRISONER HEARING – EXTRAORDINARY ACTION AND DECISION          BPT 1001A (Rev. 10/89)

☐ I certify to the best of my knowledge and information, the foregoing reasons as stated by the
prisoner are accurate, and that the prisoner was capable of making a knowledgeable decision
regarding his/her hearing.

The following information is submitted for the Board's consideration in making their decision:

_____

_____

_____

_____

| C&PR Signature | Date |
|---|---|

FOR BOARD OF PRISON TERMS USE ONLY

## DECISION / ORDER

### WAIVER OF RIGHT TO ATTEND HEARING

1. ☐ Request is denied.

   ☐ Request is granted. Hearing will be conducted in absence of prisoner.

### POSTPONEMENT

2. ☐ Request is denied.

   ☒ Request is granted. Grant based on a finding of good cause. Place on *Next available* 92 _____ calendar.

### WAIVER OF HEARING AND STIPULATION TO UNSUITABILITY

3. ☐ Request is denied.

   ☐ Request is granted. The Board agrees to enter into the stipulation, on a finding of good cause,
   offered by the prisoner on the waiver of his/her Life Parole Consideration Hearing and orders a:

   ☐ One-year denial          ☐ Two-year denial*          ☐ Three-year denial**

   \*  The Board must find it unreasonable to expect that the prisoner would be eligible for parole
   during the second, or second and third year, and the Board must state the reasons for its finding.

   \*\*  In addition to the above (*), the prisoner must have been convicted of more than one offense
   which involves the taking of a life.

(The basis of the finding of good cause for postponement or multiple-year denial must be stated below.)

   ☒ Good cause based on the reasons given by the prisoner.

Other comments (if applicable):

*Inmate was conformed on 4/4/07 who his attorney was to be per letter from Sacramento. Inmate was not given any notice of hearing - no updated hearing right, et. 9/06 Board Rep. was given to inmate on 3/28/07 and incorrectly states that his parole plans are the same as previous reports when his mother has been dead since 2003.*

Signature of BPT Commissioners                                          Date 4/6/07
1. _____
                                                                       Date 4/6/07
2. _____

| BPT Action Taken At: | ☐ BPT Headquarters | ☒ Institution | | |
|---|---|---|---|---|
| NAME | CDC NUMBER | INSTITUTION | CALENDAR | HEARING DATE |
| **HALL, RICHARD** | **C07278** | **CTF-SOLEDAD** | **09/2006** | 4/6/07 |

4/2007

1/7
3/2

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**BOARD OF PAROLE HEARINGS**
**DECISION PROCESSING AND SCHEDULING UNIT**
**P.O. BOX 4036**
**SACRAMENTO, CA 95812-4036**



December 21, 2007

Richard Hall, C07278
Correctional Training Facility
Highway 101
Soledad, CA 93960

RE: Parole Consideration Hearing Transcript Request

Inmate Hall:

This will acknowledge your request to the Board of Parole Hearings concerning the hearing held on April 6, 2007.  Our records indicate that an initial copy of this transcript was sent to you on June 14, 2007. If you would like an additional copy, please remit $4.87 ($3.90 for the transcript and $0.97 for the postage).

Please make the check or money order payable to the State of California and mail it to the above address.

Sincerely,

*Eleanor Sandoval*

Eleanor Sandoval
Office Services Manager I

jp

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

| | Location: Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| | 1. _____ | 1 _____ | _____ |
| | 2. _____ | 2 _____ | _____ |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Richard G. Hall, Jr. | C-07278 | B-Yard | WB-339up |

A. Describe Problem: ON THE MORNING OF 12/27/07, APPELLANT WAS CAPRICIOUSLY SUMMONED TO BE SEEN BY HIS CASEWORKER, CCI J. MAVANO. CCI MAVANO ATTEMPTED TO RUSH APPELLANT TO SIGN A BLANK HEARING RIGHTS PACKET AND AN INCOMPLETE/ERRONEOUS EVALUATION REPORT ADDENDUM ALREADY SIGNED AND DATED BY HIM. AT NO TIME DID CCI MAVANO COMPETENTLY INTERVIEW APPELLANT PRIOR TO THE DRAFTING OF SUCH ADDENDUM. FURTHERMORE, APPELLANT DID NOT REFUSE, BUT RESPECTFULLY REQUESTED THAT CCI MAVANO

If you need more space, attach one additional sheet.

B. Action Requested: CCI J. MAVANO PROVIDE APPELLANT WITH HIS COPY OF BPH TRANSCRIPTS SENT TO HIM ON 6/14/07 FROM BPH FOR 4/6/07 HEARING; PROVIDE APPELLANT WITH STILL UNRECEIVED PSYCH REPORT FROM 2/20/07 INTERVIEW; CORRECT ADDENDUM TO REFLECT PROCESSING CREDITS FROM 6/29/06 TO PRESENT.

Inmate/Parolee Signature: _____   Date Submitted: 12/27/07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

HANDWRITTEN COPY

Staff Signature: _____   Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____
_____
_____
_____

Signature: _____   Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

1   REQUESTED THAT CCI MANANO AFFORD HIM SUBSTANTIVE
2   DUE PROCESS FINALLY. AND FIRST LOCATE HIS STILL
3   MISSING PSYCHOLOGICAL REPORT OF 2/20/07. AS
4   WELL AS HIS 'MISSING' TRANSCRIPTS FORWARDED
5   FROM BPH-HEADQUARTERS ON 6/14/07 FOR
6   HIS 4/6/07 POSTPONED HEARING FOR STARTERS.
7   ONCE SUCH DEPRIVATIONS ARE RECTIFIED AND
8   OTHER DOCUMENTATION & PROFICIENTLY
9   CORRECTED. APPELLANT INFORMED CCI V. MANANO
10  IT WOULD THEN BE APPROPRIATE FOR
11  HIM TO SIGN NEW HEARING RIGHTS
12  DOCUMENTATION.

13
14  CC: BOARD OF PRISON HEARINGS,
15      KEITH WATTLEY, ESQ. PRISON LAW OFFICE
16
17
18
19
20
21
22
23
24
25
26
27
28

DATE: 12/27/07.

DEAR APPEALS COORDINATOR,

PLEASE PROCESS AND ASSIGN THE ENCLOSED CDC 602 APPEAL. THANK YOU FOR YOUR TIME AND ASSISTANCE IN THIS MATTER

RESPECTFULLY SUBMITTED:
    INMATE HALL, C-07278, WB-339UP.

STATE OF CALIFORNIA

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

DEPARTMENT OF CORRECTIONS

Location: Institution/Parole Region: **CTF-S**

Log No. **07-04955**    Category **6-3**

FEB 8 - 2008

1. _____ 1. _____
2. _____ 2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

Y-3434

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Richard O. Hall Jr. | C-67278 | B-Yard | WB-330T |

A. Describe Problem: On the morning of 12/27/07, appellant was capriciously summoned to be seen by his case worker, CCI V. Majano. CCI Majano attempted to rush appellant to sign a blank hearing rights packet and an incomplete/erroneous evaluation report addendum already signed and dated by him. At no time did CCI Majano competently interview appellant prior to the drafting of such addendum. Furthermore, appellant did not refuse, but respectfully requested

If you need more space, attach one additional sheet.

B. Action Requested: CCI V. Majano provide appellant with his copy of BPH transcripts sent to him on 6/14/07 from BPH for 4/6/07 hearing; provide appellant with still unreceived psych report from 2/20/07 interview; correct addendum to reflect processing status from 6/29/06 to present.

Inmate/Parolee Signature: _____ Date Submitted: 12/27/07.

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: **BYPASS**

Staff Signature: _____ Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

**BYPASS**

Signature: _____ Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

RECEIVED
3 1 2007
CTF APPEALS

**07-04955**

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**BOARD OF PAROLE HEARINGS**
**DECISION PROCESSING AND SCHEDULING UNIT**
**P.O. BOX 4036**
**SACRAMENTO, CA 95812-4036**



January 11, 2008

Richard Hall, C07278
Correctional Training Facility
Highway 101
Soledad, CA 93960

RE: Parole Consideration Hearing Transcript Request

Inmate Hall:

This will acknowledge your request to the Board of Parole Hearings concerning the hearing held on April 6, 2007.

Enclosed is a copy of the above mentioned hearing transcript.

Sincerely,

*Eleanor Sandoval*

Eleanor Sandoval
Office Services Manager I

Enclosure

jp

*IF I HADN'T SENT HER A COPY OF THE 602 I FILED ON MY CASEWORKER, I'D PROBABLY STILL NOT HAVE MY TRANSCRIPT.*

STATE OF CALIFORNIA--CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION          ARNOLD SCHWARZENEGGER, GOVERNOR

**BOARD OF PAROLE HEARINGS**
Post Office Box 4036
Sacramento, CA 95812-4036



November 1, 2007

Mr. Nicholas Agbo
Attorney at Law
 7901 Oakport St.
Suite #4900

Oakland, CA 94621

*THE 1st STORY*

                          Re :  HALL,RICHARD,GARY
                                C07278

Dear Mr.Agbo:

This is your confirmation to represent the above individual as follows:

              Type of Hearing:  Subsequent #14
              Date of Hearing:  Tuesday,April 1, 2008
                        Time:  03:30 PM
                       Place:  Correctional Training Facility
                               Soledad
      Attorney Retained by:  State

Please make arrangments to interview your client and review his/her file at
least two weeks prior to the hearing. To ensure that arrangements will be
made for your client to report promptly for the interview, contact the
Institution Hearing Coordinator no later than 48 hours before the
interview.

Institution Hearing Coordinator:      (831) 678 - 3951 ext. 4340

You should anticipate that a representative from the district
attorney's office will participate in the hearing, either by sending a
representative to the institution or via video conference. In
addition, participation by the victim of the crime or the victim's
next of kin may also occur with their appearance at the hearing or via
video conference.

If you have any questions regarding this matter, please contact Sandra
Maciel at (916) 324-1931.

Sincerely,

John Monday
Executive Officer (A)

*Laura Wong*

BY:
Sandra D. Maciel,Manager
Hearing Support Unit

cc: C-File, Inmate

REC'D 11/7/08

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION          ARNOLD SCHWARZENEGGER, *GOVERNOR*

# BOARD OF PAROLE HEARINGS

P. O. Box 4036
Sacramento, CA 95812-4036



November 14, 2007

Richard Hall, Jr. C-07278
Correctional Training Facility-Soledad
P.O. Box 686
Soledad, CA 93960

*THE 2ND STORY*

Dear Mr. Hall:

This is in response to your letter dated November 1, 2007, regarding the processing your parole consideration hearing.

The Board of Parole Hearings (Board) records reflect your October 3, 2007, parole consideration hearing was postponed; your next parole consideration hearing is due January 2008.

At your parole consideration hearing, you will be given the opportunity to address the Board's panel with any concerns you may have.

The Board will forward a copy of your letter and the attachments to CTF Records Unit for placement in your central file. The Board considers all materials contained within the central file at the parole consideration hearings.

Effective May 1, 2004, the Board of Parole Hearings Appeals section (15 CCR § 2050-2056) was repealed by Administrative Directive No. 04/01. The Board of Prison Terms (now the Board of Parole Hearings) no longer has an Appeals Unit; therefore, the decisions or actions regarding the issues listed below **cannot be appealed** and will no longer be addressed by the Board, regardless of whether the issues are written on a BPT 1040, a CDC 602, or in letter format:

- Due process (including hearing scheduling/postponements)
- Hearing panel issues
- Mitigating factors of parole suitability
- CDCR clerical errors regarding date/time/credit calculations
- CDCR staff related issues (prison transfers, programming)
- Parole consideration (grant/denial of parole)
- Psychological/psychiatric evaluations, Board reports
- Court issues (recall of sentence)
- Attorney representation

RICHARD HALL
November 14, 2007
PAGE 2


<u>You may go directly to the courts</u> per California Department of Corrections, 15 CCR § 3160, Inmate Access to the Courts. Forms are available at the institution's law library.

Issues concerning clerical errors on the BPT 1001 Life Prisoner Decision Face Sheet form related to Board decisions, and other rules of law, can be reviewed by the Board. You can submit these concerns via correspondence to the Board of Parole Hearings, P.O. Box 4036, Sacramento, California, 95812-4036.

Sincerely,

S. LABARE
Staff Services Manager


Cc: CTF Records Office – Board Desk

tg

# MEMORANDUM

**DATE:**  December 24, 2007

**TO:**  **INMATE HALL**
CDC C07278
CTF-North Facility

*THE 3RD STORY.*

**SUBJECT:**  **BPH HEARING**

Per our discussion at CTF-North on December 21, 2007, I have reviewed the BPH tracking system and it reflects that you are tentatively scheduled for your BPH hearing on 04-02-08. As a reminder BPH in Sacramento schedules all BPH hearings and your actual hearing date could change.

CCI Majano has been notified of the urgent need for new hearing rights to be complted along with the required BPH addendum report that will cover from 09-06 until the present.

**J.H. Frye**
Asst C&PR
CTF-Central

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY                                        Arnold Schwarzenegger, *Governor*

**DEPARTMENT OF CORRECTIONS**
P.O. Box 686
Soledad, CA  93960
**(831) 678-3951**

January 28, 2008

R. G. Hall Jr., C-07278
WB – 339U

RE:  **Board of Parole Hearing concerns**

Dear Inmate Hall:

This is in response to your letter dated December 27, 2007.  In your letter you make a number of allegations relative to CCI Majano and his delivery method of the necessary documents to accomplish a BPH hearing.  You further express confusion of when your next BPH hearing is scheduled and address an "official memorandum" that I authored requesting a copy be placed in your central file and a copy be faxed to L. Labare of the BPH in Headquarters.

I cannot address what CCI Majano did or did not do in the process of delivering your hearing rights.  With regard to the "official memorandum" you mention, I need you to be more specific.  Once I can identify this document I'm certain I can accommodate the request to place a copy in your central file.  However, I will not be faxing a copy of the document to BPH staff at your request.   To clarify our next Board of Parole Hearing, you are scheduled to appear before the BPH on April 2, 2008.

Be advised any inmate under the department's jurisdiction may appeal any departmental decision, action, condition, or policy which you can demonstrate as having an adverse effect upon your welfare.  Additionally, any inmate desiring to appeal a discretionary act by the Board must file directly with the court.  Due process, grant of parole, attorneys appointed for a hearing, witnesses, early discharge, or good cause decisions, etc., all are "discretionary".  Non-discretionary acts of the Board will be answered on a correspondence "quality control" basis only.  If you believe one of your concerns fall into these categories, I encourage you to take the appropriate action and identify each concern clearly and separately.

Should you have further questions or concerns you can contact your assigned caseworker.

J. Frye, CCII
Assistant Classification and Parole Representative
Correctional Training Facility

cc: c-file

BPH C-07278

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**BOARD OF PAROLE HEARINGS**
P.O. BOX 4036
SACRAMENTO, CA 95812-4036



January 17, 2008


Richard Hall  C-07278
Correctional Training Facility
Highway 101
P.O. Box 686
Soledad, CA  93960-0686

Dear Mr. Hall:

This is in response to your CDC 602 appeal dated December 27, 2007, but received at the Board of Parole Hearings (Board) on January 17, 2008, requesting the Board to forward you a copy of your postponed June 14, 2007, parole consideration hearing transcript, a copy of your February 20, 2007, psychological evaluation interview, and to correct an addendum.

The Board's records reflect your parole consideration hearing is scheduled for April 2, 2008.

The Board's Decision Processing Unit processed your transcript request on January 4, 2008.  Your central file is located at the institution.  Please see your counselor to inquire about the process of requesting copies from your file.

Effective May 1, 2004, the Board of Parole Hearings Appeals section (15 CCR § 2050-2056) was repealed by Administrative Directive No. 04/01.  The Board of Prison Terms (now the Board of Parole Hearings) no longer has an Appeals Unit; therefore, the decisions or actions regarding the issues listed below **cannot be appealed** and will no longer be addressed by the Board, regardless of whether the issues are written on a BPT 1040, a CDC 602, or in letter format:

- Due process (including hearing scheduling/postponements)
- Hearing panel issues
- Mitigating factors of parole suitability
- CDCR clerical errors regarding date/time/credit calculations
- CDCR staff related issues (prison transfers, programming)
- Parole consideration (grant/denial of parole)
- Psychological/psychiatric evaluations, Board reports
- Court issues (recall of sentence)
- Attorney representation

RICHARD HALL
January 17, 2008
Page 2


You may go directly to the courts per California Department of Corrections, 15
CCR § 3160, Inmate Access to the Courts.    Forms are available at the
institution's law library.

Issues concerning clerical errors on the BPT 1001 Life Prisoner Decision Face
Sheet form related to Board decisions, and other rules of law, can be reviewed
by the Board.  You can submit these concerns via correspondence to the Board
of Parole Hearings, P.O. Box 4036, Sacramento, California, 95812-4036.

These issues in your letter will not be responded to in future correspondence.

Sincerely,



S. LABARE
Staff Services Manager I

tg