

**Superior Court of California**
**County of Monterey**

TO:        Richard Gary Hall

FROM:      Phillip McCoun, Deputy Court Clerk III

DATE:      February 15, 2008

RE:        HC6033

---

We are sending you a copy of your petition (HC6033) *without* exhibits. This petition was filed on January 3, 2008, and is currently pending.

FILED

FEB 2 0 2008

CONNIE MAZZEI
CLERK OF THE SUPERIOR COURT
_____ DEPUTY
PHILLIP McCOUN

SUPERIOR COURT OF CALIFORNIA

COUNTY OF MONTEREY

1

2

3

4    In re

5        Richard Gary Hall, Jr.

6            On Habeas Corpus.

) Case No.: HC 6033
) NEED 6034
) ORDER
)
)
)
)

7

8        Given the complexity of the issues raised and the need for a thorough examination of the

9    file, the high number of habeas corpus petitions filed in the recent past, and staffing issues, the

10    court requires additional time to review this matter before rendering a decision.

11        Good cause appearing, pursuant to California Rules of Court, Rule 4.551(h), the court, on

12    its own motion, extends the time in which it is to issue an order to and including May 2, 2008.

13    IT IS SO ORDERED.

14    Dated: 2|20|08

15

16                                Hon. Larry E. Hayes
                                  Judge of the Superior Court

17

18

19

20

21

22

23

24

25

1

# EXHIBIT D

C-07278

B

CDC# C07278 | Name: HALL, RICHARD    Cell NW-339U    CCI MARTINEZ

DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA
RECORD INFORMATION RELEASE AUTHORIZATION
CDC 833 (6/90)

THIS RELEASE IS VOID 30 DAYS PAST SIGNED AUTHORIZATION DATE, OR IN THE TIME LIMIT AGREED TO BY THE INDIVIDUAL IN THE WRITTEN CONSENT.

I AUTHORIZE THE DEPARTMENT OF CORRECTIONS TO DISCLOSE DESIGNATED INFORMATION FROM MY CASE RECORDS TO:

NAME OF PERSON, AGENCY ORGANIZATION

Inmate Copy

ATTORNEY AT LAW
WAIVED

INFORMATION TO BE DISCLOSED

C-FILE REVIEW

PURPOSE OF DISCLOSURE

LIFER PAROLE CONSIDERATION HEARING

| INMATE'S SIGNATURE | | CDC NUMBER | DATE |
|---|---|---|---|
| WITNESS' SIGNATURE | TITLE | INSTITUTION | DATE 9/27/06 |

| INMATE PASS | | | DEPARTMENT OF CORRECTIONS |
|---|---|---|---|
| INMATE'S NAME HALL | | CDC: G07278 | HOUSING # WB 339U |
| ISSUED BY P. A Santiago | | | PASS FROM |
| | | DATE 10/13/2006 | TIME 1130 |
| PASS TO BPT COMPLEX RM | | #333 | |
| REASON TERRY M ATTORNY VISIT | | | RECORDED BY |
| ARRIVAL TIME: | | TIME: | RECORDED BY: |
| DEPART TO: | | | |

(142)



## DECLARATION

1. 
2. I, RICHARD GARY HALL, JR. HEREBY DECLARE: ON AUGUST 23, 2007,
3. I DID IN FACT FORWARD VIA INSTITUTIONAL MAIL AN INMATE
4. APPEAL GRIEVANCE TO THE BOARD OF PRISON HEARINGS (BPH)
5. COORDINATOR, CCI(A) M. TERRY. PURSUANT TO CCR TITLE 15,
6. SECTION 3084.6(4)(1), M. TERRY HAD TEN(10) WORKING DAYS
7. TO RESPOND IN WRITING TO THE AFORESAID GRIEVANCE.
8. ON AUGUST 30, 2007, AT APPROXIMATELY 3:30 P.M., I WAS
9. (SEEN BY MY CASEWORKER CCI(A) R. RUDDELL FOR THE PURPOSE
10. OF COMPLETING AN OLSEN REVIEW OF MY CENTRAL FILE
11. RECORD. CCI(A) RUDDELL INFORMED ME THAT HE SPOKE TO
12. CCI(A) M. TERRY ON OR AROUND AUGUST 29, 2007, AT WHICH
13. TIME CCI(A) M. TERRY CLAIMED HE HAD NOT RECEIVED MY
14. INMATE APPEAL GRIEVANCE I FORWARDED TO HIM VIA
15. INSTITUTIONAL MAIL. CCI(A) M. TERRY ALSO CLAIMED THAT
16. I COULD NOT BE RESCHEDULED FOR A NEW HEARING FOR
17. AT LEAST SIX(6) MONTHS.
18. ON AUGUST 26, 2007, I DID IN FACT FORWARD A COMPLIMENTARY
19. COPY OF THE SAME INFORMAL INMATE APPEAL GRIEVANCE
20. I FORWARDED TO CCI(A) M. TERRY ON 8/23/07 TO THE
21. FOLLOWING ATTORNEY'S AT LAW:
22.     1) MRS. AGNES BUNDY SCANLAN, ESQ
23.     2) MR. DONALD SPECTOR, ESQ
24.     3) MR. THOMAS MASTER, ESQ
25.     4) MR. KEITH WATTLEY, ESQ
26.     5) MR. MATT GRAY, ESQ.
27. ON MARCH  2007, WHILE ACTING AS MY CASEWORKER CCI
28. (A) M. TERRY DID IN FACT (SERVE ME AN ERRONEOUS AND

1  INCOMPLETE BOARD REPORT UNDER UNSUBSTANTIATED
2  PREMISE. MY BPH HEARING OF APRIL 16, 2007 WAS OFFICIALLY
3  POSTPONED DUE TO SEVERAL DISCREPANCIES IN VIOLATION
4  OF MY DUE PROCESS RIGHTS. ONE OF WHICH WAS THE
5  SUSPECT BOARD REPORT SERVED ME BY C.C.(CA) N. TERRY.
6  LET THE RECORD REFLECT THAT REPORT IS MARKED AS
7  EXHIBIT "D" IN ACTIVE CASE NUMBER - HC-5710. THEREFORE
8  IT IS A MATTER OF JUDICIAL RECORD. A COPY OF THIS
9  DECLARATION HAS BEEN SERVED ON C.C.(CA) N. TERRY.
10
11 I DECLARE UNDER PENALTY OF PERJURY THAT THE FORE-                    2
12 -GOING IS TRUE AND CORRECT. EXECUTED ON Sept 4, 2007
13 AT THE CORRECTIONAL TRAINING FACILITY IN SOLEDAD, CA.
14
15                                         RICHARD GARY/HALTER.
16                                             DECLARANT
17
18
19
20
21
22
23
24
25
26
27
28

                                                                    34

# EXHIBIT F

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**BOARD OF PAROLE HEARINGS**
P.O. BOX 4036
SACRAMENTO, CA 95812-4036



February 27, 2008

Richard Hall, Jr. C-07278
Correctional Training Facility-Soledad
P.O. Box 686
Soledad, CA 93960

Dear Mr. Hall:

This is in response to your letter addressed to Timothy Lockwood, dated February 6, 2008, disputing the CDC 128-B general chrono written by Correctional Counselor I, M. Terry.

The Board's records reflect your parole consideration hearing is scheduled for April 2, 2008.

Effective May 1, 2004, the Board of Prison Terms section (15 CCR § 2050-2056) was repealed by Administrative Directive No. 04/01. The Board of Prison Terms (now the Board of Parole Hearings) no longer has an Appeals Unit; therefore, the decisions or actions regarding the issues listed below cannot be appealed and will no longer be addressed by the Board, regardless of whether the issues are written on a BPT 1040, a CDC 602, or in letter format:

- Due process (including hearing scheduled/postponements)
- Hearing panel issues
- Mitigating factors of parole suitability
- CDCR clerical errors regarding date/time/credit calculations
- CDCR staff related issues (prison transfers, programming)
- Parole consideration (grant/denial or parole)
- Court issues (recall of sentence)
- Attorney representation

You may go directly to the courts per California Department of Corrections, 15 CCR § 3160, Inmate Access to the Courts. Forms are available at the institution's law library.

REC'D
3/18/08

RICHARD HALL
MARCH 2, 2008
PAGE 2

Issues concerning clerical errors on the BPT 1001 Life Prisoner Decision Face Sheet form related to Board decision, and other rules of law, can be reviewed by the Board. You can submit these concerns via correspondence to the Board of Parole Hearings, P.O. Box 4036, Sacramento, California, 95812-4036.

This issue in your letter will not be responded to in future correspondence.

Sincerely,

S. LABARE
Staff Services Manager I

tg

Mr. Richard G. Hall, Jr. C-07278
P.O. Box 689 - YW-343 up
Soledad, Ca 93960-0689

February 6, 2008

Mr. Timothy Lockwood, Chief
Regulation and Policy Management Branch
P.O. Box 942883
Sacramento, Ca 94283-0001



RE: AMENDED CCR, TITLE 15, SECTIONS 3084.1 AND 3391 PER

FEDERAL COURT ORDER IN RE CHAKER v. CROGAN.


DEAR Mr. LOCKWOOD,

I HAVE A LEGITIMATE DISPUTE REGARDING THE OFFICIAL

AMENDMENT TO CCR, TITLE 15, SECTIONS 3084.1 AND

3391. THE ROOT OF MY DISPUTE IS A CDC-128-B CHRONO

GENERATED BY THE CTF-BOARD OF PRISON HEARINGS (B-

PH) COORDINATOR, CCI M. TERRY. I'VE PROVIDED YOU A

COPY OF SUCH DOCUMENTATION.


BECAUSE THE OFFICIAL USAGE OF LANGUAGE THE FEDERAL

COURT ORDERED DELETED FROM CCR, SECTIONS 3084.1 AND

3391 IS CLEARLY USED IN THE ENCLOSED CHRONO. AND, OF

COURSE, IN COMPLIANCE WITH THE 9TH CIRCUITS ORDER,

IN COMPLIANCE WITH MANDATES SET FORTH PURSUANT

TO THE ADMINISTRATIVE PROCEDURE ACT (APA). PER

NOTICE OF CHANGE TO REGULATIONS: No. 06 107-EFFECTIVE

11/6/06. THE LANGUAGE USED BY CCI M. TERRY WAS IN FACT

OFFICIAL DELETED FROM THE ABOVE CITED CCR, TITLE 15,

SECTIONS. AS IT STANDS, BECAUSE I WAS CLEARLY

1  THREATENED BY THE USE OF LANGUAGE NO LONGER
2  AUTHORIZED PER CCR, TITLE 15, SECTIONS 3084.1 AND
3  3391. THE VALIDITY OF THE CURRENT REGULATIONS
4  CODIFIED IN THE CCR TITLE 15 WARRANT OFFICIAL
5  CHALLENGE/DETERMINATION PER CAL. GOV. CODE SECTIONS
6  11347 AND 11350(A).
7  AS YOU KNOW, CALIFORNIA LAW DOES NOT REQUIRE ME TO
8  EXHAUST ANY ADMINISTRATIVE REMEDIES IN CASES
9  SUCH AS THIS, SIR. SEE HILLERY V. RUSHEN. 720 F. 2d 1132.
10 IN GOOD FAITH, I ELECT TO SEEK A DETERMINATION FROM
11 YOUR OFFICE RATHER THAN THE COURTS OR THE OFFICE
12 OF ADMINISTRATIVE LAW (OAL).
13
14 I AM OFFICIALLY REQUESTING THAT THE REGULATION
15 AND POLICY MANAGEMENT BRANCH (RPMB) VERIFY WHETH-
16 -ER OR NOT THE AMENDED VERSIONS OF CCR, TITLE
17 15, SECTIONS 3084.1 AND 3391 CODIFIED IN THE UP-
18 -DATED THROUGH 9/7/07 ADMINISTRATIVE MANUAL ARE
19 'VALID' REGULATIONS CONSISTENT WITH THE 9TH CIRCUITS
20 ORDER IN RE CHAVEZ V. CROGAN (9TH CIR. 2005) 428 F.3d
21 1215?
22 I AM ALSO REQUESTING THAT THE RPMB DETERMINE
23 WHETHER OR NOT IT WAS AUTHORIZED UNDER CALIFOR-
24 -NIA LAW FOR CCI M. TERRY TO USE LANGUAGE VIA
25 OFFICIAL STATE DOCUMENTATION THE FEDERAL COURT
26 AS WELL AS THE CDCR PROHIBITS?
27 THANK YOU FOR YOUR VALUABLE TIME AND REVIEW IN
28 THIS MATTER. I LOOK FORWARD TO GARNERING YOUR

OFFICIAL DETERMINATION IN THE NEAR FUTURE.

RESPECTFULLY SUBMITTED:

RICHARD GARY HALL, JR.
REQUESTER

CC:
BOARD OF PRISON HEARINGS (BPH)

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                ARNOLD SCHWARZENEGGER, GOVERNOR

**BOARD OF PAROLE HEARINGS**
P.O. BOX 4036
SACRAMENTO, CA 95812-4036



January 17, 2008


Richard Hall  C-07278
Correctional Training Facility
Highway 101
P.O. Box 686
Soledad, CA  93960-0686

Dear Mr. Hall:

This is in response to your CDC 602 appeal dated December 27, 2007, but received at the Board of Parole Hearings (Board) on January 17, 2008, requesting the Board to forward you a copy of your postponed June 14, 2007, parole consideration hearing transcript, a copy of your February 20, 2007, psychological evaluation interview, and to correct an addendum.

The Board's records reflect your parole consideration hearing is scheduled for April 2, 2008.

The Board's Decision Processing Unit processed your transcript request on January 4, 2008.  Your central file is located at the institution.  Please see your counselor to inquire about the process of requesting copies from your file.

Effective May 1, 2004, the Board of Parole Hearings Appeals section (15 CCR § 2050-2056) was repealed by Administrative Directive No. 04/01.  The Board of Prison Terms (now the Board of Parole Hearings) no longer has an Appeals Unit; therefore, the decisions or actions regarding the issues listed below **cannot be appealed** and will no longer be addressed by the Board, regardless of whether the issues are written on a BPT 1040, a CDC 602, or in letter format:

- Due process (including hearing scheduling/postponements)
- Hearing panel issues
- Mitigating factors of parole suitability
- CDCR clerical errors regarding date/time/credit calculations
- CDCR staff related issues (prison transfers, programming)
- Parole consideration (grant/denial of parole)
- Psychological/psychiatric evaluations, Board reports
- Court issues (recall of sentence)
- Attorney representation

RICHARD HALL
January 17, 2008
Page 2

<u>You may go directly to the courts</u> per California Department of Corrections, 15 CCR § 3160, Inmate Access to the Courts. Forms are available at the institution's law library.

Issues concerning clerical errors on the BPT 1001 Life Prisoner Decision Face Sheet form related to Board decisions, and other rules of law, can be reviewed by the Board. You can submit these concerns via correspondence to the Board of Parole Hearings, P.O. Box 4036, Sacramento, California, 95812-4036.

These issues in your letter will not be responded to in future correspondence.

Sincerely,


S. LABARE
Staff Services Manager I

tg

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

BOARD OF PAROLE HEARINGS
P. O. Box 4036
Sacramento, CA 95812-4036



November 14, 2007


Richard Hall, Jr. C-07278
Correctional Training Facility-Soledad
P.O. Box 686
Soledad, CA 93960


Dear Mr. Hall:

This is in response to your letter dated November 1, 2007, regarding the processing your parole consideration hearing.

The Board of Parole Hearings (Board) records reflect your October 3, 2007, parole consideration hearing was postponed; your next parole consideration hearing is due January 2008.

At your parole consideration hearing, you will be given the opportunity to address the Board's panel with any concerns you may have.

The Board will forward a copy of your letter and the attachments to CTF Records Unit for placement in your central file. The Board considers all materials contained within the central file at the parole consideration hearings.

Effective May 1, 2004, the Board of Parole Hearings Appeals section (15 CCR § 2050-2056) was repealed by Administrative Directive No. 04/01. The Board of Prison Terms (now the Board of Parole Hearings) no longer has an Appeals Unit; therefore, the decisions or actions regarding the issues listed below **cannot be appealed** and will no longer be addressed by the Board, regardless of whether the issues are written on a BPT 1040, a CDC 602, or in letter format:

- Due process (including hearing scheduling/postponements)
- Hearing panel issues
- Mitigating factors of parole suitability
- CDCR clerical errors regarding date/time/credit calculations
- CDCR staff related issues (prison transfers, programming)
- Parole consideration (grant/denial of parole)
- Psychological/psychiatric evaluations, Board reports
- Court issues (recall of sentence)
- Attorney representation

RICHARD HALL
November 14, 2007
PAGE 2


<u>You may go directly to the courts</u> per California Department of Corrections, 15 CCR § 3160, Inmate Access to the Courts. Forms are available at the institution's law library.

Issues concerning clerical errors on the BPT 1001 Life Prisoner Decision Face Sheet form related to Board decisions, and other rules of law, can be reviewed by the Board. You can submit these concerns via correspondence to the Board of Parole Hearings, P.O. Box 4036, Sacramento, California, 95812-4036.

Sincerely,

S. LABARE
Staff Services Manager


Cc: CTF Records Office – Board Desk

tg

FILED

MAR 1 2 2008

CONNIE MAZZEI
CLERK OF THE SUPERIOR COURT
NOEMI BECERRA DEPUTY

1   Richard Gary Hall, Jr. C-07278
2   Correctional Training Facility
    P. O. Box 689 / YW-343U
3   Soledad, Ca 93960-0689

4   In Pro Se

5

6       In the Superior Court of California

7       For the County of Monterey

8

9   In Re                          Case No: HC-6033

10  Richard Gary Hall, Jr.         'Affidavit'

11

12  On Habeas Corpus

13

14  Now Comes, Richard Gary Hall, Jr. Petitioner in the above Entitled

15  Action. Petitioner Hereby declares: On February 27, 2008, He

16  Filed an 'Affidavit' in the above Entitled Action Reg-

17  -arding New developments Relevant to the above Entit-

18  -led Action. As of March 5, 2008, Petitioner still Had

19  Not received any written notice explaining why His

20  Pending Parole Consideration Hearing Had Been

21  Cancelled due to Postponement. Wherein State

22  Appointed Attorney Nicholas Agbo was Discharged

23  of His Duty, and By Whom.

24  On March 3, 2008, Petitioner was interviewed at

25  Length By a Board of Parole Hearings (BPH) Appoint-

26  -ed Psychologist.

27  On March 4, 2008, Petitioner was issued a Priority

28  Ducat to Report to the Prisons 'BPT-Complex' at

(1)

1  0850 ON MARCH 5, 2008 FOR AN ATTORNEY VISIT.
2  WHICH STRUCK PETITIONER AS ODD. DUE TO THE
3  FACT HE HAD PREVIOUSLY BEEN NOTIFIED BY AN
4  UNIDENTIFIED PARTY ON 2/21/08 THAT NICHOLAS
5  AGBO HAD BEEN DISCHARGED AS HIS STATE APPOIN-
6  -TED ATTORNEY. AND HIS PENDING PAROLE CONSIDER-
7  -ATION HEARING HAD BEEN POSTPONED.

8
9  ON MARCH 5, 2008. PETITIONER REPORTED PROMPTLY TO
10 AFORESAID ATTORNEY VISIT. (SEVERAL OTHER INMATES
11 DID AS WELL. MUCH TO PETITIONERS SHOCK, HE WAS
12 (SUMMONED TO BE INTERVIEWED BY ATTORNEY MARY
13 ANN TARDIFF. WHO (JUST SO HAPPENED TO BE THE
14 SAME INCOMPETENT ATTORNEY APPOINTED HIM BY
15 THE STATE TO REPRESENT HIM AT HIS PAROLE
16 CONSIDERATION HEARING ON OCTOBER 3, 2007.

17
18 PETITIONER WAS GIVEN NO PRIOR WRITTEN NOTICE
19 FROM BOARD OF PRISON HEARINGS (BPH) HEADQUARTER
20 -S THAT THE STATE HAD RETAINED MARY ANN TARDIFF
21 TO REPRESENT HIM. PETITIONER HAD NOT BE GIVEN
22 ANY OFFICIAL NOTICE OF HEARING IN COMPLIANCE
23 WITH STATE LAW. PETITIONER HAD NOT AUTHORIZED
24 HIS CENTRAL FILE (BE RELEASED FOR MARY ANN
25 TARDIFF OR ANY OTHER ATTORNEY TO REVIEW
26 WITH HIM IN ORDER TO COMPETENTLY AND PROPER-
27 -LY PREPARE HIS CASE. WHEN PETITIONER BROUGHT
28 THESE CRITICAL FACTS TO THE ATTENTION OF MARY

1. ANN TARDIFF. SHE EXHIBITED A FLIPPANT AND SOME-
2. -WHAT ACRIMONIOUS ATTITUDE. SHE CLAIMED THAT
3. PETITIONER MUST HAVE BEEN AN 'ADD-ON'. AND
4. IF SHE HADN'T CHECKED THE INTERNET, SHE WOULD
5. HAVE KNOWN NOTHING ABOUT IT. MARY ANN
6. TARDIFF FAILED TO SUBSTANTIATE HER CLAIMS
7. WITH A SHRED OF DOCUMENTARY EVIDENCE. AND
8. BECAUSE PETITIONER HAD NOT BEEN SERVED
9. NEW HEARING RIGHTS / NOTICE OF HEARING,
10. NOR HAD HE SIGNED A RELEASE OF HIS
11. CENTRAL FILE BECAUSE THE STATE HAD NOT
12. GIVEN HIM WRITTEN NOTICE THAT A SIXTH
13. ATTORNEY HAD BEEN APPOINTED HIM. PETITIONER
14. APPROPRIATELY REFUSED TO BE INTERVIEWED BY THE
15. INCOMPETENT LIKES OF MARY ANN TARDIFF. WHO
16. WAS CLEARLY OPERATING OUTSIDE NORMAL AND
17. APPROPRIATE WRITTEN PROTOCOLS / LAW.
18. 
19. PETITIONER WILL NOTIFY THE STATE BAR ABOUT
20. THIS UNUSUAL OCCURANCE. PETITIONER HAS ALSO
21. BROUGHT TO THIS COURTS ATTENTION IN THE
22. ABOVE ENTITLED ACTION THAT A SIMILAR OCCUR-
23. -ANCE TOOK PLACE IN OCTOBER 2006. INVOLVING
24. SACRAMENTO ATTORNEY- CANDICE CHRISTENSEN. AND
25. OF COURSE, (2) OFFICIAL NOTICES OF HEARINGS
26. SENT OUT TO ATTORNEY DANIEL COLIN OF ESCONDIDO,
27. CA. YET PETITIONERS LEGAL LETTERS TO MR. COLIN ON
28. FOUR (4) SEPARATE OCCASIONS WERE "RETURNED TO

1  SENDER PROVING ATTORNEY DANIEL COLIN COULD

2  NOT HAVE RECEIVED THE OFFICIAL NOTICES

3  OF HEARING (SENT TO HIM UNDER THE COLOR

4  OF STATE LAW.

5

6  I DECLARE UNDER PENALTY OF PERJURY THAT THE

7  FOREGOING IS TRUE AND CORRECT.

8

9  DATE: __MARCH    2008__

10

11                              RESPECTFULLY SUBMITTED:

12                              _RICHARD GARY HALLS___
                                PETITIONER / AFFIANT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(4)



# Prison Time Bomb

"Prison Time Bomb"

# PRISON ART

September 2005 | Volume 5, Number 9

that rages within the prison system, where the H.I.V. infection rates are many times as high as in the world outside.

Strategies for fighting disease behind bars are better developed in Europe, where the World Health Organization is 10 years into a public discussion project aimed at slowing the spread of H.I.V. and other deadly infections in the prison population. The Europeans seem to have grasped the idea that infections contracted behind bars end up back in the broader society when infected inmates get out.

The World Health Organization's most recent update consolidates what the Europeans have learned over the last 10 years and should be required reading for public health and prison officials in this country. The emerging consensus is that prison has become the perfect environment for the transmission of dangerous diseases like tuberculosis, hepatitis C and AIDS because of crowding, unprotected sex among inmates and widespread needle-sharing for intravenous drug use.

The rising infection rates among addicts in general show clearly that merely declaring sex and drug use illegal has not worked. The prison systems that have managed to slow the spread of AIDS have employed drug treatment and "harm reduction" strategies - like offering methadone maintenance and distributing condoms.

Many nations, including the United States, are hampered in the fight against AIDS by a pervasive denial of drug use and sex behind bars.



dies to people who use drugs behind bars, even though needle exchanges have proved to be a cheap and effective way to slow the spread of disease in the outside world. But it seems inexcusable that prisons don't pursue other strategies - like testing inmates and educating them about disease - while making condoms readily available to those who want them.

It's not necessary to condone behavior that spreads AIDS. But it is critical to acknowledge that such behavior persists in prisons. The aim must be to slow the spread of disease so as few people as possible get out with infections endangering society. ▒

*The New York Times,*
*July 22, 2005*

## Government Prisoner Rape Report Only Tip of the Iceberg

National human rights organization Stop Prisoner Rape (SPR) welcomed the release on Sunday, July 31, 2005, of the U.S. Department of Justice's first statistical report on prisoner rape, while cautioning that the report findings represent only the tip of the iceberg.

The government report, which covers formal complaints filed by inmates, found that nearly 2,100 incidents of sexual violence were substantiated in U.S. prisons, jails, and youth detention centers last year.

"In our experience, the vast majority of prisoner rape survivors never report their assaults. Their reluctance to do so typically stems from fear of retaliation, embarrassment, or a concern that they will not be believed," said Lovisa Stannow, Acting Executive Director of SPR.

The U.S. Department of Justice report documented a total of 8,210 allegations of sexual violence in 2004. Almost 42 percent of those allegations involved staff-on-inmate sexual abuse, and an additional 11 percent involved sexual harassment of prisoners by staff. The report established that the most common outcome of investigations into incidents of sexual violence was a determination of lack of evidence.

"This report is an important step toward acknowledging that sexual violence behind bars is a nationwide human rights problem of alarming proportions," Stannow said.

which will be published annually, is mandated by the Prison Rape Elimination Act of 2003 (PREA), the first-ever federal legislation to address prisoner rape. A survey of past and present inmates, which will provide a much more detailed account of the prevalence of prisoner rape, will be initiated in 2006.

SPR is the only non-governmental organization in the country dedicated exclusively to eliminating sexual violence against men, women, and youth in detention. SPR was instrumental in securing the passage of PREA. ▒

*[Editor's note: It is the policy of this newsletter that the very real problem of prisoner-on-prisoner rape must be solved by prisoners themselves, along the model of Walla Walla's Men Against Sexism in the 1970s, and not by passing more laws and additional repression from the state.]*

## The Flotsam Name Change Foist

*By R.G. Hall, Jr.*

As of July 1, 2005, so-called California penal history was made. If you think it had something to do with decreasing the state prison system's severely overcrowded inmate population by 15,000, as was promised, think again. Could it be that the opening of California's 33rd unneeded prison went down in infamy? Yes, but nobody really cares. Maybe it had something to do with diminishing the estimated 675 out of every 100,000 Californians worsening away behind overpriced bars. Without question, it would certainly be an historical occasion to pull California's tainted reputation up from the mud, as having the highest incarceration rate not just in the so-called "land of the free" but the entire world. Unfortunately, nada!

As it stands, try saying "Haste la vista, baby" to the name California Department of Corrections (CDC) and say "hello" to the California Department of Corrections and Rehabilitation (CDCR). It's a done deal now, folks. All notably illiterate state prison inmates and perpetually poverty-stricken poorly educated public school chil-

*Continued on page 6*



VOTERS CORRECTIONS REFORM COALITION

BUILDING PARTNERSHIPS
REFORMING CORRECTIONS
IMPROVING PUBLIC SAFETY

*104*

April 7, 2005

Richard Hall, Jr., C-07278
P.O. Box 705 – WB/339 up
Soledad, CA 93960-0705

Dear Richard:

I'm so glad you wrote (again). Your 2/13 letter was outstanding and I read it while on a business trip, set it aside for a more thoughtful reply (had only postcards with me at the time). Upon my return it was put on the list of things to do but delayed due to an impending workload. Here we are, 2 months later and to my chagrin I have not replied. My apology for the delay.

You raised so many important issues upon which I concur that it's like reading something I wrote. However, in response – and due to my limited free time at this moment – I'm going to run down a summary which will contain the answers you seek. I've also enclosed Summary Sheets & the union contract for your review in the hopes that it will also answer some of your questions.

I'm aware of the type of inmates who'd rather chase the needle, spank their homeys, or have money on their own books rather than ask their families (if they even have them), to join up. I recognize you cannot push a string. However, there are a great many of them who are fed up & interested in making a change, as are their families, and other individuals who don't even know an inmate but are disgusted with the waste of their tax dollars, who are joining. Plus, I have fund raisers reaching out to their networks and bringing in money. Inmates who truly cannot afford to join may join up for free, although they'll need to borrow a newsletter which is sent to a paying member. You, however, have taken such a thoughtful and articulate approach to reaching out to VCRC that your membership is hereby sponsored. You too will need to fill out and return the SOM.

We've raised several thousands of dollars so far and are in the midst of putting together our public information campaign for distribution. We've also received solicitations from other jurisdictions reaching out to us to expand VCRC to their states. However, while we've instead encouraged them to do their homework & put together lists of organizations & refine their focus, offered them some assistance to help them feed themselves. Our focus right now remains California.

Machiavelli knew what had to be done, and how. VCRC has a strong steering committee and is in the process of selecting an interim Board of Directors. Collaborating with college students & instructors (all), is in the works. We've already provided the teachers & nurses with information. We also have a 12,000 person mailing list of people who were supportive of Prop. 66 and contributed, plus mailing lists from other organizations who've contributed resources & manpower. The issue now is time and more manpower to get things done, and so our volunteer coordinators are ramping up to being that campaign.

I would appreciate writers for newsletter content, graphics, etc., and need clear authorization from those individuals to reprint the material. I hope this and the enclosed helps to answer your questions.

All best,

Matt Gray

Matt Gray

# The Real Cost of Prisons Project


realcostofprisons.org

Home

Daily News Related to
Mass Incarceration
(Weblog)

Comic Books

Links to Organizations
and Information

New Research and
Papers

Books

Videos

Comix from Inside

Writing from Prison

Social / Economic /
Political Timeline

"Map" of Obstacles to
Coming Home

Workshops

People

Background

Contact Us

Search this site:

[        ] Go

As of [     ]
today, there are an
estimated

[       ]

people in U.S. prisons
and jails. (Source:
Prisonsucks.com:
Research on the crime
control industry.)

## Comix from Inside
## Artist: Richard G. Hall, Jr.

Richard G. Hall, Jr. has given permission to reproduce his work. If you
are interested in using his work, we do ask you contact him directly at
the address below so that he can know how his cartoons will be used.

Mr. Richard G. Hall, Jr.
C-07278
P.O. Box 705 - WB/339UP
Soledad, CA 93960-0705



"Prison Time Bomb"



Vern: "Drug Rehab"



Vern: "Good People to Do Nothing"



Vern: "Health Care for the Poor"



Vern: "Inner-City Net"



Vern: "Minority Youth"



Vern: "Parole/Probation"



Vern: "Save Our Future Generations"



Vern: "Written Off"

© 2003-2007 The Real Cost of Prisons Project

268

April 18, 2006

VIA U.S. MAIL

Richard G. Hall, Jr. #C-07278
P.O. Box 705-WF/339up
Soledad CA 93960-0705

      Re:   Your letter to the ACLU

Dear Mr. Hall:

      Thank you for your letter of April 3, 2006. My office is currently examining the CDCR's race-based lockdown policies and considering whether we will be able to take any sort of action. If you send me a copy of your challenge to these policies, I will certainly read it, although I cannot promise any assistance or response. In the meantime, here is the address you requested:

Office of Administrative Law
300 Capitol Mall, Suite 1250
Sacramento, CA 95814-4339

Very truly yours,

Michael T. Risher
Staff Counsel

[MR:lc]
L:\Staff \MR\Letters\Hall 041806.doc

13

TRI FACILITY OUTGOING CONFIDENTIAL AND LEGAL MAIL

10/25/2007

| | CDC # | SENDER | TREY | CITY/ST | HOUSING | DATE | TYPE |
|---|---|---|---|---|---|---|---|
| | C07278 | HALL | PRISON LAW OFC | SAN QUENTIN, CA | WB-339 | 8/26/2002 | |
| | C07278 | HALL | ATTY, R BRAZ | OAKLAND, CA | WB-339 | 9/11/2002 | |
| | C07278 | HALL | INTERNAL AFFAIRS | RANCHO CORDOVA, | WB-339 | 10/11/2002 | |
| | C07278 | HALL | PRISON LAW OFC | SAN QUENTIN, CA | WB-339 | 10/11/2002 | |
| | C07278 | HALL | INSPECTOR GEN | SAC, CA | WB-339 | 10/11/2002 | |
| | C07278 | HALL | SENATOR R POLANCO | L.A, CA | WB-339 | 10/11/2002 | |
| | C07278 | HALL | NATIONAL LEGAL AID DEF AS | WASHINGTON, CA | WB-339 | 10/16/2002 | |
| | C07278 | HALL | SPECIAL AGN./SANDY GROUT | RANCHO COR. CA | WB-339 | 10/18/2002 | |
| | C07278 | HALL | SPECTOR, D | SAN QUENTIN, CA | WB-339 | 10/18/2002 | |
| | C07278 | HALL | STEIN,, B/ATT | SAN FRAN, CA | WB-339 | 10/18/2002 | |
| | C07278 | HALL | OMBUDSMAN, D URIBE | SAC, CA | WB-339 | 11/6/2002 | |
| | C07278 | HALL | SENATOR C WASHINGTON | COMPTON, CA | WB-339 | 11/6/2002 | |
| | C07278 | HALL | SENATOR J VASCONCELLOS | SAN JOSE, CA | WB-339 | 11/6/2002 | |
| 14 | C07278 | HALL | ATTY, N MCGILL | SAC,. CA | WB-339 | 11/6/2002 | |
| 15 | C07278 | HALL | REG OF CPYRGTS LIB OFCON | WAHINGTON, DC | WB-339 | 2/6/2003 | |
| 16 | C07278 | HALL | US DPT OF COMMERCE | WA., D.C. | WB-339 | 2/13/2003 | |
| 17 | C07278 | HALL | DE OF HEALTH SER | SAC.,CA | WB-339 | 3/7/2003 | |
| 18 | C07278 | HALL | ATTY S NORMAN | SAN QUENTIN,CA | WB-339 | 3/26/2003 | |
| 19 | C07278 | HALL | ACLU | NEW YORK, NY | WB-339 | 3/26/2003 | |
| 20 | C07278 | HALL | ATTY D SPECTOR DIR. | SAN QUENTIN,CA | WB-339 | 3/26/2003 | |
| 21 | C07278 | HALL | ATTY C MONTGOMERY | SAC., CA | WB-339 | 3/26/2003 | |
| 22 | C07278 | HALL | COMM ON JUDICIAL PERFORM | SF.,CA | WB-339 | 3/26/2003 | |
| 23 | C07278 | HALL | CERT/70993400001570566699 | RNCHO CORD.CA MIR | WB-339 | 4/2/2003 | |
| 24 | C07278 | HALL | CERT/70993400001570566705 | B LOCKYER, SAC.CA | WB-339 | 4/2/2003 | |
| 25 | C07278 | HALL | CERT/70993400001570566750 | P BERNS. ATTY SF.,C | WB-339 | 4/2/2003 | |
| 26 | C07278 | HALL | CERT/70993400001570566682 | ACLU, SF.,CA | WB-339 | 4/2/2003 | |
| 27 | C07278 | HALL | S WHITE -INSPECTOR GEN | SAC.,CA | WB-339 | 4/7/2003 | |
| 28 | C07278 | HALL | LEGISLATIVE BILL ROOM | SAC.CA | WB-339 | 4/11/2003 | |
| 29 | C07278 | HALL | MED.BRD.CA.CENT.COMPLAINT | SAC.,CA | WB-339 | 4/11/2003 | |
| 30 | C07278 | HALL | ST.BAR CA. NRTH. CA. | SF, CA | WB-339 | 4/11/2003 | |
| 31 | C07278 | HALL | LEGISLATIVE BILL ROOM | SAC.,CA | WB-339 | 7/10/2003 | |
| 32 | C07278 | HALL | M MERSHON SP AGT., FBI | SF.,CA | WB-339 | 7/10/2003 | |
| 33 | C07278 | HALL | MEDICAL BRD OF CA | SAC.,CA | WB-339 | 7/10/2003 | |
| 34 | C07278 | HALL | SMITH ASST CHIEF COUNSEL | ADMN LAW, SAC.,CA | WB-339 | 7/22/2003 | |
| 35 | C07278 | HALL | ACLU NAT PR PROJECT | WA, DC | WB-339 | 7/22/2003 | |
| 36 | C07278 | HALL | ATTY. AGNES SCANLAN | CAMBRIDGE, CA | WB-339 | 9/19/2003 | |
| 37 | C07278 | HALL | CONGRESS WATCH | WA, DC | WB-339 | 10/1/2003 | |
| 38 | C07278 | HALL | PUB. CENTER DEPT. OF ED | JESSUP, MARYLAND | WB-339 | 10/1/2003 | |
| 39 | C07278 | HALL | V. LALINE LEGISL. ASSIST. | SAC, CA | WB-339 | 10/1/2003 | |
| 40 | C07278 | HALL | LEGISLA. BILL ROOM | SAC, CA | WB-339 | 10/1/2003 | |
| 41 | C07278 | HALL | LEGISLA. BILL RM ST. CAP | SAC, CA | WB-339 | 10/1/2003 | |
| 42 | C07278 | HALL | US POSTAL INSP. CTR. | WASHINGTON, DC | WB-339 | 10/1/2003 | |
| 43 | C07278 | HALL | ATTY, R. BRAZ | OAKLAND, CA | WB-339 | 10/9/2003 | |
| 44 | C07278 | HALL | D. SPECTOR, DIR. PRI. LAW | SAN QUENTIN, CA | WB-339 | 10/9/2003 | |
| 45 | C07278 | HALL | ATTY LAW H. MACKAY | SAN QUENTIN, CA | WB-339U | 11/6/2003 | |
| 46 | C07278 | HALL | PRISON LAW OFFICE | SAN QUENTIN, CA. | WB-339U | 12/30/2003 | |
| 47 | C07278 | HALL | DANIEL COLIN ATTRY @ LAW | ESCONDIDO, CA. | WB-339U | 12/30/2003 | |
| 48 | C07278 | HALL | AGNES BUNDY-SCANLAN ATTRY | CAMBRIDGE, MA. | WB-339U | 1/7/2004 | |
| 49 | C07278 | HALL | LEGISLATIVE BILL ROOM | SAC., CA. | WB-339U | 1/14/2004 | |
| 50 | C07278 | HALL | NAT. BLACK CAUCUS STATE | WASHINGTON, D.C. | WB-339U | 1/21/2004 | |
| 51 | C07278 | HALL | OFF ADMIN. LAW | SAC., CA. | WB-339U | 1/27/2004 | |
| 52 | C07278 | HALL | CONGRESSWOMAN BARBARA LEE | OAKLAND, CA. | WB-339U | 1/27/2004 | |

TRI FACILITY OUTGOING CONFIDENTIAL AND LEGAL MAIL

10/25/2007

| | CDC # | SENDER | TREY | CITY/ST | HOUSING | DATE | TYPE |
|---|---|---|---|---|---|---|---|
| 53 | C07278 | HALL | NATIONAL LAWYERS GUILD | N.Y.,NY | WB339U | 5/28/2004 | |
| 54 | C07278 | HALL | U.S CENSUS BUREAU | WASHIBGTON, DC | WB339U | 1/20/2005 | C |
| 55 | C07278 | HALL | R. BRAZ, ATTY @ LAW | OAKLAND, CA | WB 339U | 1/21/2005 | L |
| 56 | C07278 | HALL | ATTNY AT LAW M. GRAY | SAC. CA | WB339U | 1/28/2005 | L |
| 57 | C07278 | HALL | M. GRAY ATTY. @ LAW | SAC, CA | WB339U | 2/16/2005 | L |
| 58 | C07278 | HALL | D. SPECTOR ATTY. @ LAW | SQ, CA | WB 339U | 2/16/2005 | L |
| 59 | C07278 | HALL | DIR. AT LAW R. BRAZ | OAKLAND,C A | WB339 | 4/12/2005 | L |
| 60 | C07278 | HALL | ATTNY AT LAW R. BRAZ | OAKLAND,CA | WB339 | 4/12/2005 | L |
| 61 | C07278 | HALL | HONOR. J. J. GIBBONS CSAAP | WASHINGTON, DC | WB 339U | 4/19/2005 | L |
| 62 | C07278 | HALL | M. GRAY ATTY @ LAW | SAC, CA | WB 339U | 4/19/2005 | L |
| 63 | C07278 | HALL | ATTY:M.GRAY | SAC,CA | WB-339 | 4/26/2005 | C |
| 64 | C07278 | HALL | M.CATE,INSP.GEN. | SAC.,CA | WB339U | 5/2/2005 | L |
| 65 | C07278 | HALL | US DEPT OF JUSTICE | WASHINGTON, DC | WB 339U | 6/2/2005 | L |
| 66 | C07278 | HALL | U.S. DEPT OF JUSTICE | SF, CA | WB 339U | 6/2/2005 | L |
| 67 | C07278 | HALL | J. HAGAR, SPECIAL MASTER, US C | SF, CA | WB-339 | 6/7/2005 | C |
| 68 | C07278 | HALL | FRIENDS COM. | SAC, CA | WB-339 | 6/7/2005 | C |
| 69 | C07278 | HALL | M. CORAY, ESQ. | SAC, CA | WB-339 | 6/7/2005 | C |
| 70 | C07278 | HALL | AN. BUNDY, ATTY AT LAW | CAMBRIDGE, MA | WB-339 | 6/7/2005 | C |
| 71 | C07278 | HALL | M. SCHULANGER, ESQ. | WASHIN, DC | WB-339 | 6/8/2005 | C |
| 72 | C07278 | HALL | DIR. D. SPECTOR | SAN QUENTIN, CA | WB-339 | 6/8/2005 | C |
| 73 | C07278 | HALL | DIR OF CORR | SAC CA | WB-339 | 7/1/2005 | L |
| 74 | C07278 | HALL | LEGIS BILL ROOM ST CAP | SAC CA | WB-339 | 7/8/2005 | L |
| 75 | C07278 | HALL | M CATE INSP GEN | SAC CA | WB-339 | 7/22/2005 | L |
| 76 | C07278 | HALL | MARGO SCHLANGER ESQ | WASHINGTON, DC | WB 339U | 7/29/2005 | L |
| 77 | C07278 | HALL | CHIEF INMATE APPEALS | SAC, CA | WB 339U | 8/5/2005 | C |
| 78 | C07278 | HALL | ABC LEGAL SVCS | AUSTIN, TX | WB339 | 9/12/2005 | L |
| 79 | C07278 | HALL | M. GRAY, ESQ. | SAC, CA | WB-339 | 9/30/2005 | C |
| 80 | C07278 | HALL | M. GRAY, ESQ. | SAC, CA | WB-339 | 9/30/2005 | C |
| 81 | C07278 | HALL | M. GRAY, ESQ. | SAC, CA | WB-339 | 9/30/2005 | C |
| 82 | C07278 | HALL | M C INSP GEN | SAC, CA | WB339 | 10/5/2005 | C |
| 83 | C07278 | HALL | US D O J, CIVIL RIGHTS DIV | WASH, DC | WB339 | 10/5/2005 | L |
| 84 | C07278 | HALL | US DEPT OF JUSTICE, CVIL RIGHT | WASH, DC | WB339 | 11/4/2005 | |
| 85 | C07278 | HALL | US DEPT OF JUSTICE, SPECIAL LIT | WASH, DC | WB339 | 11/15/2005 | |
| 86 | C07278 | HALL | M GRAY, ESQ | SAC, CA | WB339 | 1/11/2006 | |
| 87 | C07278 | HALL | SENATOR J SPEIER | SAC CA | WB-339 | 2/14/2006 | L |
| 88 | C07278 | HALL | US DIST CRT | LA CA | WB-339 | 2/14/2006 | L |
| 89 | C07278 | HALL | M GRAY ESQ | SAC CA | WB-339 | 2/14/2006 | L |
| 90 | C07278 | HALL | US DEPT OF JUST | SAN FRAN CA | WB-339 | 2/14/2006 | L |
| 91 | C07278 | HALL | M CATE OFF OF THE INSP GEN | SAC CA | WB-339 | 2/14/2006 | L |
| 92 | C07278 | HALL | LAW OFF OF SANDERS AND ASSO | SAC CA | WB-339 | 2/22/2006 | L |
| 93 | C07278 | HALL | US OF THE PUB DEF | FRESNO CA | WB-339 | 2/22/2006 | L |
| 94 | C07278 | HALL | STATE BAR OF CA | SAN FRAN CA | WB-339 | 2/22/2006 | L |
| 95 | C07278 | HALL | MR D SPELTOR ESQ | SAN QUENTIN CA | WB-339 | 2/22/2006 | L |
| 96 | C07278 | HALL | D O C CH INM APP | SAC CA | WB-339 | 2/22/2006 | C |
| 97 | C07278 | HALL | SANDERS AND ASSOC ATT AT LA | SAC CA | WB-339 | 3/8/2006 | L |
| 98 | C07278 | HALL | D SPECTOR PRISON LAW OFF | SAN QUENTIN CA | WB-339 | 3/8/2006 | L |
| 99 | C07278 | HALL | MS R BRAZ ESQ | OAKLAND CA | WB-339 | 3/8/2006 | L |
| 100 | C07278 | HALL | OFF OF THE SEC OF ST | SAC CA | WB-339 | 3/14/2006 | C |
| 101 | C07278 | HALL | HON T E HENDERSON | SAN FRAN CA | WB-339 | 3/14/2006 | L |
| 102 | C07278 | HALL | CA DEPT OF JUST. OFF OF ATT GE | SAC CA | WB-339 | 3/14/2006 | L |
| 103 | C07278 | HALL | SUP CRT OF CA | SALINAS CA | WB-339 | 3/15/2006 | L |
| 104 | C07278 | HALL | A C L U | SAN FRAN CA | WB-133 | 4/4/2006 | L |

17

TRI FACILITY OUTGOING CONFIDENTIAL AND LEGAL MAIL

10/25/2007

| | CDC # | SENDER | TREY | CITY/ST | HOUSING | DATE | TYPE |
|---|---|---|---|---|---|---|---|
| 105 | C07278 | HALL | MR J HAGAR FED DIST CRT | SAN FRAN CA | WB-339 | 4/4/2006 | L |
| 106 | C07278 | HALL | PRISON LAW OFF | SAN QUENTIN CA | WB-339 | 4/19/2006 | L |
| 107 | C07278 | HALL | US DIST CRT HON D PREGERSON | LA CA | WB-339 | 4/25/2006 | L |
| 108 | C07278 | HALL | M T RISHER A C L U | SAN FRAN CA | WB-339 | 4/25/2006 | L |
| 109 | C07278 | HALL | OFF OF ADMIN LAW | SAC, CA | WB-339 | 4/25/2006 | L |
| 110 | C07278 | HALL | M RISHER AMERICAN CIVIL LIB | SF CA | WB 339 | 5/3/2006 | L |
| 111 | C07278 | HALL | S SANDERS ESQ | W SAC CA | WB 339 | 5/3/2006 | C |
| 112 | C07278 | HALL | M RISHER ACLU NOR CA | SF CA | WB 339 | 5/15/2006 | C |
| 113 | C07278 | HALL | M MURPHY UNIV OF CA LAW | DAVIS CA | WB 339 | 5/16/2006 | L |
| 114 | C07278 | HALL | LAW OFF D HOROWITZ | OAKLAND CA | WB 339 | 5/16/2006 | C |
| 115 | C07278 | HALL | H EHRMAN LLP | SF CA | WB 339 | 5/16/2006 | C |
| 116 | C07278 | HALL | M RISHER STAFF CNCL ACLU NOR | SF CA | WB 339 | 5/16/2006 | C |
| 117 | C07278 | HALL | D SPECTOR PRISON LAW OFF | SQ CA | WB 339 | 5/22/2006 | C |
| 118 | C07278 | HALL | C F CARBONE ATT AT LAW | SAN FRAN CA | WB-339 | 6/8/2006 | C |
| 119 | C07278 | HALL | CA DOC | SAC CA | WB 339 | 6/14/2006 | C |
| 120 | C07278 | HALL | HOUSE DOC ROOM | WASH DC | WB 339 | 6/14/2006 | C |
| 121 | C07278 | HALL | D SPECTOR PRISON LAW OFF | SQ CA | WB 339 | 6/14/2006 | C |
| 122 | C07278 | HALL | OFF ADMIN LAW SUP ATTY | SAC CA | WB 339 | 6/19/2006 | L |
| 123 | C07278 | HALL | MR K WATTLEY ESQ | SAN QUENTIN CA | WB-339 | 7/11/2006 | C |
| 124 | C07278 | HALL | CHIEF INMATE APPEALS | SAC, CA | WB 339U | 7/17/2006 | L |
| 125 | C07278 | HALL | CA DEPT OF CORR | SAC CA | WB-339 | 8/8/2006 | C |
| 126 | C07278 | HALL | U.S DEPT. OF JUST.-COUNSEL SAN | WASHINGTON, DC. | WB339U | 8/14/2006 | |
| 127 | C07278 | HALL | CHIEF, INMATE APPEALS | SAC., CA. | WB339U | 8/14/2006 | |
| 128 | C07278 | HALL | CANDICE L. CHRISTENSEN ATRNY | SAC, CA | WB339 | 10/5/2006 | |
| 129 | C07278 | HALL | STATE BAR OF CA | LA CA | WB 339 | 10/17/2006 | L |
| 130 | C07278 | HALL | US DIST COURT OF CA | SF CA | WB 339 | 10/17/2006 | L |
| 131 | C07278 | HALL | PAROLE & COMMUNITY SERVICE | SAC CA | WB 339 | 10/20/2006 | L |
| 131 | C07278 | HALL | J HAGAR FED DIST CRT | SAN FRAN CA | WB-339 | 10/23/2006 | C |
| 132 | C07278 | HALL | D O C CH INM APP | SAC CA | WB-339 | 10/24/2006 | C |
| 133 | C07278 | HALL | INSP GEN M L CATE | SAC CA | WB-339 | 10/27/2006 | L |
| 134 | C07278 | HALL | INSPEC GEN M. CATE | SAC.,CA | WB339U | 10/31/2006 | |
| 135 | C07278 | HALL | DIST CRT | S.F.,CA | WB19U | 10/31/2006 | L |
| 136 | C07278 | HALL | DIST CRT | S.F., CA | WB339U | 10/31/2006 | L |
| 137 | C07278 | HALL | CHIEF INM APP | SAC.,, CA | WB339U | 11/1/2006 | |
| 138 | C07278 | HALL | SUPERIOR COURT | MONTEREY, CA | WB339 | 11/17/2006 | L |
| 139 | C07278 | HALL | HON JUDGE T HENDERSON US CO | SF CA | WB 339 | 11/20/2006 | L |
| 140 | C07278 | HALL | ROSEN,BIEN & ASARO LLP | SF CA | WB 339 | 11/20/2006 | CL |
| 141 | C07278 | HALL | DPT OF HEALTH & HUMAN SERVIC | COLLEGE PARK MD | WB 339 | 11/20/2006 | C |
| 142 | C07278 | HALL | D C FATHI ESQ | WASH., D.C. | WB339U | 11/27/2006 | |
| 143 | C07278 | HALL | SECRETARY OF ST | SAC.,CA | WB339U | 11/27/2006 | |
| 144 | C07278 | HALL | OFF OF ADMIN LAW SUP ATRNY | SAC., CA | WB339U | 11/28/2006 | |
| 145 | C07278 | HALL | SUPERIOR COURT | SALINAS, CA | WB339 | 12/5/2006 | L |
| 146 | C07278 | HALL | REGULATION & POLICY MNGMNT B | SAC, CA | WB339 | 12/5/2006 | |
| 147 | C07278 | HALL | DISTRIC ATTRNY OF MONTEREY | MONTEREY, CA | WB339 | 12/5/2006 | L |
| 148 | C07278 | HALL | BILL LOCKYER ATTRNY AT LAW | SF, CA | WB339 | 12/5/2006 | |
| 149 | C07278 | HALL | PARALEGAL SPECIALIST LAW DEP | SF, CA | WB339 | 12/6/2006 | |
| 150 | C07278 | HALL | DIST CRT | S.F., CA | WB339U | 12/14/2006 | L |
| 151 | C07278 | HALL | ATRNY K WATTLEY | OAKLAND, CA | WB339U | 12/14/2006 | |
| 152 | C07278 | HALL | DIST CRT | S.F., CA | WB339U | 12/14/2006 | L |
| 153 | C07278 | HALL | OFF OF ADMIN. LAW ATT ATTRNY | SAC, CA | WB339U | 12/18/2006 | |
| 154 | C07278 | HALL | DEPT OF JUSTICE FBI | S.F., CA | WB339U | 12/29/2006 | |
| 155 | C07278 | HALL | SENTOR COUNSEL | SAC., CA | WB339U | 12/29/2006 | |

18

TRI FACILITY OUTGOING CONFIDENTIAL AND LEGAL MAIL

10/25/2007

| | CDC # | SENDER | TREY | CITY/ST | HOUSING | DATE | TYPE |
|---|---|---|---|---|---|---|---|
| 156 | C07278 | HALL | ATRNY J BROWN | S.F., CA | WB339U | 1/8/2007 | |
| 157 | C07278 | HALL | SUP CRT | SALINAS, CA | WB339U | 1/8/2007 | L |
| 158 | C07278 | HALL | DIST CRT | S.F.,CA | WB339U | 1/10/2007 | L |
| 159 | C07278 | HALL | DIST CRT | S.F., CA | WB339U | 1/11/2007 | L |
| 160 | C07278 | HALL | APPEALS COORDINATOR | SOLEDAD, CA | WB339U | 1/16/2007 | |
| 161 | C07278 | HALL | SUPERIOR COURT | SALINAS, CA | WB339U | 1/16/2007 | L |
| 162 | C07278 | HALL | JERRY BROWN ATTRNY | SF, CA | WB339U | 1/16/2007 | |
| 163 | C07278 | HALL | NATIONAL LAWYERS GUILD | NY, NY | WB339U | 1/19/2007 | |
| 164 | C07278 | HALL | JERRY BROWN ATTRNY | SF, CA | WB339U | 2/6/2007 | |
| 165 | C07278 | HALL | SUPERIOR COURT | SALINAS, CA | WB339U | 2/6/2007 | L |
| 166 | C07278 | HALL | COURT HOUSE, LAW LIBRARY | SF, CA | WB339U | 2/6/2007 | L |
| 167 | C07278 | HALL | AGNES BUNDY ESQ | CAMBRIDGE, MA | WB339U | 2/27/2007 | |
| 168 | C07278 | HALL | MELODI ANDERSON ARCHIVIST | SAC,C A | WB339U | 2/27/2007 | |
| 169 | C07278 | HALL | CHIEF INMATE APPEALS | SAC, CA | WB339U | 2/27/2007 | |
| 170 | C07278 | HALL | PRISON LAW OFF | SN QUENTIN, CA | WB339U | 3/7/2007 | |
| 171 | C07278 | HALL | US DEPT OF JUST. FBI | CAMPBELL, CA | WB-339 | 3/12/2007 | C |
| 172 | C07278 | HALL | SEC OF CORR, CHIEF, I/M APPEAL | SAC, CA | WB-339 | 3/12/2007 | C |
| 173 | C07278 | HALL | A. BUNDY SCALAN, ESQ. | CAMBRIDGE, MA | WB-339 | 3/12/2007 | C |
| 174 | C07278 | HALL | LEGISLATIVE BILL ROOM STATE | SAC, CA | WB339U | 3/14/2007 | |
| 175 | C07278 | HALL | JERRY BROWN ATTRNY | SF, CA | WB339U | 3/14/2007 | |
| 176 | C07278 | HALL | COURT OF APPEALS | SN JOSE, CA | WB339U | 3/14/2007 | L |
| 177 | C07278 | HALL | ACLU ATT DOROTHY EX. DIRECTO | SF, CA | WB339U | 3/15/2007 | |
| 178 | C07278 | HALL | DIST COURT | SN JOSE, CA | WB339U | 3/15/2007 | L |
| 179 | C07278 | HALL | CHIEF INMATE APPEALS | SAC, CA | WB339U | 3/28/2007 | |
| 180 | C07278 | HALL | COURT OF APPEALS | SN JOSE, CA | WB339U | 3/30/2007 | L |
| 181 | C07278 | HALL | EDMUND BROWN ATTRNY GNRL | SF, CA | WB339U | 3/30/2007 | |
| 182 | C07278 | HALL | MTY CNTY SUPERIOR CRT | SALINAS, CA | WB339U | 5/1/2007 | L |
| 183 | C07278 | HALL | CA SUPREME COURT | SF,CA | WB339U | 5/14/2007 | L |
| 184 | C07278 | HALL | SUPREME COURT OF CA | SF, CA | WB339U | 5/29/2007 | |
| 185 | C07278 | HALL | MONTEREY COUNTY SUPERIOR C | SALINAS,CA | WB339U | 5/31/2007 | |
| 186 | C07278 | HALL | SUPREME COURT OF CA | SF, CA | WB339U | 6/11/2007 | L |
| 187 | C07278 | HALL | SUPERIOR COURT OF MONTEREY | SALINAS, CA | WB339U | 6/11/2007 | L |
| 188 | C07278 | HALL | SUPERIOR COURT OF MONTEREY | SALINAS, CA | WB339U | 6/14/2007 | |
| 189 | C07278 | HALL | SUPERIOR COURT OF MONTEREY | SALINAS, CA | WB339U | 6/15/2007 | |
| 190 | C07278 | HALL | US DISTRICT COURT | SF, CA | WB339U | 6/15/2007 | |
| 191 | C07278 | HALL, JR | SUPREME COURT OF CALIF | SF, CA | WB-339U | 6/18/2007 | |
| 192 | C07278 | HALL | SUPREME COURT OF CA | SF,CA | WB339U | 6/19/2007 | |
| 193 | C07278 | HALL | SUPERIOR COURT OF MONTEREY | SALINAS,CA | WB339U | 6/20/2007 | |
| 194 | C07278 | HALL | SOLANO COUNTY SUPERIOR COU | FAIRFIELD, CA | WB339U | 6/22/2007 | |
| 195 | C07278 | HALL | SUPERIOR COURT OF CALIFORNIA | SALINAS, CA | WB 339U | 6/22/2007 | |
| 196 | C07278 | HALL | SUPERIOR COURT OF MONTEREY | SALINAS, CA | WB339U | 7/2/2007 | |
| 197 | C07278 | HALL | US DIST COURT/ NORTHERN DIST | SF, CA | WB339U | 7/2/2007 | |
| 198 | C07278 | HALL | SUPERIOR COURT OF MONTEREY | SALINAS, CA | WB339U | 7/5/2007 | |
| 199 | C07278 | HALL | US DISTRICT COURT, NORTHERN | SF, CA | WB339U | 7/6/2007 | |
| 200 | C07278 | HALL | SUPERIOR COURT OF MONTEREY | SALINAS, CA | WB339U | 7/6/2007 | |
| 201 | C07278 | HALL | UNITED STATES DISTRICT COURT | SAN FRANCISCO, CA | WB 339U | 7/9/2007 | |
| 202 | C07278 | HALL | U.S. DISTRICT COURT | SF,CA | WB339U | 7/18/2007 | |
| 203 | C07278 | HALL | U.S. DISTRICT COURT | SAN JOSE,CA | WB339U | 7/18/2007 | |
| 204 | C07278 | HALL | US DIST. COURT | SF, CA | WB-339U | 7/23/2007 | |
| 205 | C07278 | HALL | SUPERIOR COURT OF CALIF | FAIRFIELD, CA | WB339U | 7/23/2007 | |
| 206 | C07278 | HALL | SUPERIOR CRT OF MTY | SALINAS, CA | WB339U | 8/14/2007 | |
| 207 | C07278 | HALL | MO. CO. SUPERIOR CRT | SALINAS, CA | WB-339U | 8/14/2007 | |

19

TRI FACILITY OUTGOING CONFIDENTIAL AND LEGAL MAIL

10/25/2007

| | CDC # | SENDER | TREY | CITY/ST | HOUSING | DATE | TYPE |
|---|---|---|---|---|---|---|---|
| 208 | C07278 | HALL | SUPERIOR COURT OF MTY CO. | SALINAS, CA | WB-339U | 8/16/2007 | |
| 209 | C07278 | HALL | SUPERIOR COURT | SALINAS, CA | WB339U | 8/21/2007 | |
| 210 | C07278 | HALL | SUP. COURT OF MO. CO./LISA GAC | SALINAS, CA | WB-339U | 8/24/2007 | |
| 211 | C07278 | HALL | SUPERIOR COURT OF MO. CO. | SALINAS, CA | WB-339U | 8/24/2007 | |
| 212 | C07278 | HALL | SUPERIOR COURT OF MONTEREY | SALINAS, CA | WB339U | 8/28/2007 | |
| 213 | C07278 | HALL | SUPERIOR COURT OF MONTEREY | SALINAS,CA | WB339U | 8/31/2007 | |
| 214 | C07278 | HALL | UNITED STATES DISTRICT COURT | SAN JOSE,CA | WB339U | 8/31/2007 | |
| 215 | C07278 | HALL | OFFICE OF THE CLERK, U.S. DISTR | SAN JOSE,CA | WB339U | 8/31/2007 | |
| 216 | C07278 | HALL | UNITED STATES DISTRICT COURT | SF,CA | WB339U | 8/31/2007 | |
| 217 | C07278 | HALL | SUPERIOR COURT OF MONTEREY | SALINAS,CA | WB339U | 8/31/2007 | |
| 218 | C07278 | HALL | SUPERIOR COURT OF MONTEREY | SALINAS,CA | WB339U | 9/4/2007 | |
| 219 | C07278 | HALL | UNITED STATES DISTRICT COURT | SAN JOSE,CA | WB339U | 9/4/2007 | |
| 220 | C07278 | HALL | UNITED STATES DISTRICT COURT | SF,CA | WB339U | 9/4/2007 | |
| 221 | C07278 | HALL | US DIST COURT | SN JOSE,CA | WB339U | 9/11/2007 | |
| 222 | C07278 | HALL | SUPERIOR COURT | SALINAS, CA | WB339U | 9/11/2007 | |
| 223 | C07278 | HALL | SUPERIOR COURT | SALINAS, CA | WB339U | 9/11/2007 | |
| 224 | C07278 | HALL | SUPERIOR COURT | SALINAS, CA | WB339U | 10/2/2007 | |
| 225 | C07278 | HALL | COURT OF APPEALS | SN JOSE, CA | WB339U | 10/2/2007 | |
| 226 | C07278 | HALL | US DIST COURT | SF, CA | WB339U | 10/12/2007 | |
| 227 | C07278 | HALL | GOV. CLAIM | SAC, CA | WB339U | 10/12/2007 | |
| 228 | C07278 | HALL | US DISTRICT COURT, HON THELTO | SF, CA | WB339U | 10/19/2007 | |
| 229 | C07278 | HALL | SUPERIOR COURT OF MONTEREY | SALINAS, CA | WB339U | 10/24/2007 | |



10/25/07

20

TRI FACILITY OUTGOING CONFIDENTIAL AND LEGAL MAIL

2/29/2008

| | CDC # | SENDER | TREY | CITY/ST | HOUSING | DATE | TYPE |
|---|---|---|---|---|---|---|---|
| 230 | C07278 | HALL | SUPERIOR COURT OF MONTEREY | SALINAS, CA | WB339U | 10/24/2007 | |
| 231 | C07278 | HALL | SUPREME COURT OF CA, CLERK | SF, CA | WB339U | 10/26/2007 | |
| 232 | C07278 | HALL | US DIST CRT, OFF OF THE CLERK | SAN JOSE, CA | WB339U | 10/26/2007 | |
| 233 | C07278 | HALL | SUPREME COURT OF CA | SF, CA | WB339U | 10/26/2007 | |
| 234 | C07278 | HALL | SUPERIOR COURT | SALINAS, CA | WB339U | 10/29/2007 | |
| 235 | C07278 | HALL | 6TH DIST COURT OF APPEALS | SAN JOSE, CA | WB339U | 10/29/2007 | |
| 236 | C07278 | HALL | U.S. DISTRICT COURT | SF,CA | WB339U | 11/2/2007 | |
| 237 | C07278 | HALL | SUPERIOR COURT OF CA | SALINAS,CA | WB339U | 11/2/2007 | |
| 238 | C07278 | HALL | SUPERIOR COURT OF MONTEREY | SALINAS,CA | WB339U | 11/2/2007 | |
| 239 | C07278 | HALL | SUPERIOR COURT | SALINAS, CA | WB339U | 11/5/2007 | |
| 240 | C07278 | HALL | SUPERIOR COURT | SALINAS, CA | WB339U | 11/5/2007 | |
| 241 | C07278 | HALL | US DIST CRT, HON. JUDGE THELT | SF, CA | WB339U | 11/6/2007 | |
| 242 | C07278 | HALL | BEN CURRY, WARDEN | SOLEDAD, CA | WB339U | 11/6/2007 | |
| 243 | C07278 | HALL | SUPERIOR COURT OF CA | SALINAS, CA | WB339U | 11/7/2007 | |
| 244 | C07278 | HALL | US DISTRICT COURT | SAN JOSE, CA | WB339U | 11/7/2007 | |
| 245 | C07278 | HALL | SUPERIOR COURT | SALINAS, CA | WB339U | 11/7/2007 | |
| 246 | C07278 | HALL | US DISTRICT COURTHOUSE | SF, CA | WB339U | 11/7/2007 | |
| 247 | C07278 | HALL | SUPERIOR COURT OF CA | SALINAS, CA | WB339U | 11/9/2007 | |
| 248 | C07278 | HALL | SUPERIOR COURT OF CA | SALINAS, CA | WB339U | 11/14/2007 | |
| 249 | C07278 | HALL | SUPREME COURT OF CA | SF, CA | WB339U | 11/14/2007 | |
| 250 | C07278 | HALL | SUPERIOR COURT OF CA | SALINAS, CA | WB339U | 11/14/2007 | |
| 251 | C07278 | HALL | HON.JUDGE THECTON E. HENDER | SF, CA | WB1339U | 11/14/2007 | |
| 252 | C07278 | HALL | OFFICE OF THE CLERK, US DISTRI | SJ, CA | WB1339U | 11/14/2007 | |
| 253 | C07278 | HALL | SUPERIOR COURT OF MONTEREY | SALINAS, CA | WB339U | 11/20/2007 | |
| 254 | C07278 | HALL | SUPERIOR COURT OF MONTEREY | SALINAS, CA | WB339U | 11/21/2007 | |
| 255 | C07278 | HALL | SUPERIOR COURT OF CA | SALINAS, CA | WB339U | 11/28/2007 | |
| 256 | C07278 | HALL | SUPREME COURT OF CA | SF, CA | WB339U | 11/28/2007 | |
| 257 | C07278 | HALL | OFF OF THE CLERK, US DIST COU | SAN JOSE, CA | WB339U | 12/13/2007 | |
| 258 | C07278 | HALL | HON STEPHEN A SILLMAN, SUP CO | SALINAS, CA | WB339U | 12/14/2007 | |
| 259 | C07278 | HALL | OFF OF THE CLERK, US DISTCRT | SAN JOSE, CA | WB339U | 12/14/2007 | |
| 260 | C07278 | HALL | SUPERIOR COURT OF CA | SALINAS, CA | WB339U | 12/26/2007 | |
| 261 | C07278 | HALL | SUPERIOR COURT OF CA | SALINAS, CA | WB339U | 12/31/2007 | |
| 262 | C07278 | HALL | SUPERIOR COURT OF MONTEREY | SALINAS, CA | WB339U | 12/31/2007 | |
| 263 | C07278 | HALL | OFF OF THE CLERK, US DIST COU | SAN JOSE, CA | WB339U | 1/2/2008 | |
| 264 | C07278 | HALL | OFF OF THE CLERK, US DIST CRT | SAN JOSE, CA | WB339U | 1/2/2008 | |
| 265 | C07278 | HALL | SIXTH DIST COURT OF APPEAL | SJ, CA | WB339U | 1/22/2008 | |
| 266 | C07278 | HALL | SUPERIOR COURT OF MONTEREY | SALINAS,CA | Y343U | 2/4/2008 | |
| 267 | C07278 | HALL | SIXTH DISTRICT COURT OF APPEA | SAN JOSE,CA | YW343U | 2/4/2008 | |
| 268 | C07278 | HALL | U.S. DISTRICT COURTHOUSE | SAN JOSE,CA | YW343U | 2/4/2008 | |
| 269 | C07278 | HALL | SIXTH DIST. COURT OF APPEAL | SAN JOSE,CA | YW-343U | 2/9/2008 | |
| 270 | C07278 | HALL | SUPREME COURT OF CALIFORNIA | SAN FRAN,CA | YW343U | 2/9/2008 | |
| 271 | C07278 | HALL | U.S. DIST COURT | SAN JOSE,CA | YW343U | 2/9/2008 | |
| 272 | C07278 | HALL | SUPERIOR COURT OF MONTEREY | SALINAS,CA | YW343U | 2/9/2008 | |
| 273 | C07278 | HALL | SUPERIOR COURT OF MONTEREY | SALINAS,CA | YW343U | 2/11/2008 | |
| 274 | C07278 | HALL | SUPERIOR COURT OF MONTEREY | SALINAS,CA | YW343U | 2/25/2008 | |
| 275 | C07278 | HALL | SIXTH DIST COURT OF APPEAL | SAN JOSE,CA | YW343U | 2/25/2008 | |
| 276 | C07278 | HALL | SUPERIOR COURT OF MONTEREY | SALINAS,CA | YW343U | 2/25/2008 | |
| 277 | C07278 | HALL | SUPREME COURT OF CALIFORNIA | SAN FRAN,CA | YW343U | 2/25/2008 | |
| 279 | C07278 | HALL | SUPERIOR COURT OF MONTEREY | SALINAS,CA | YW343U | 2/25/2008 | |
| 280 | C07278 | HALL | US DIST COURT | SAN JOSE,CA | YW343U | 2/25/2008 | |
| 281 | C07278 | HALL | 6TH DISTRICT COURT OF APPEAL | SAN JOSE,CA | Y343 | 2/26/2008 | |
| 282 | C07278 | HALL | SUPERIOR COURT OF MONTEREY | SALINAS,CA | YW343U | 2/27/2008 | |

TRI FACILITY OUTGOING CONFIDENTIAL AND LEGAL MAIL

2/29/2008

| | CDC # | SENDER | TREY | CITY/ST | HOUSING | DATE | TYPE |
|---|---|---|---|---|---|---|---|
| 283 | C07278 | HALL | SUPREME COURT OF CALIFORNIA | SAN FRAN,CA | YW343U | 2/28/2008 | |