Mr. Richard G. Hall Jr.
P.O. Box 291/YW-393up
Soledad, CA 93960-0689

Hon. Judge Thelton E. Henderson
United States District Court
Northern District of California
450 Golden Gate Ave., Rm #12
San Francisco, CA 94102

RECEIVED

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEGAL MAIL