07-3233 RMW

# PROOF OF SERVICE BY MAIL
## BY PERSON IN STATE CUSTODY
(C.C.P. §§ 1013(A), 2015.5)

I, __Richard Gary Hall, Jr.__, declare:

I am over 18 years of age and I am party to this action. I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterrey, State of California. My prison address is

Richard G. Hall, Jr., CDCR #: C-07278
CORRECTIONAL TRAINING FACILITY
P.O. BOX 689, CELL #: YW-343U
SOLEDAD, CA 93960-0689.

**FILED**
APR 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

On __March 30, 2008__, I served the attached __Truth__

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows:

Hon. Judge Thelton E. Henderson
United States District Court
Northern District of California
Golden Gate Avenue, Rm #12
San Francisco, CA 94102

**RECEIVED**
2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __March 30, 2008__

_Richard Gary Hall, Jr._
Declarant