1  RICHARD GARY HALL, JR. C-07278
   CORRECTIONAL TRAINING FACILITY
2  P.O. BOX 689 / YW-343up
   SOLEDAD, CA 93960-0689
3

4  IN PRO SE

                                                    **FILED**
5
                                                   APR 28 2008
6          IN THE UNITED STATES DISTRICT COURT
                                                   RICHARD W. WIEKING
                                                   CLERK, U.S. DISTRICT COURT
7          FOR THE NORTHERN DISTRICT OF CALIFORNIA NORTHERN DISTRICT OF CALIFORNIA
                                                   SAN JOSE
8

9  RICHARD GARY HALL, JR.           CIVIL ACTION # © 07-03233-RMW (PR)
                PLAINTIFF,          'LETTER TO THE CLERK OF THE
10                                  COURT.'
11 V.

12 JAMES TILTON, ET. AL.
              DEFENDANTS
13

14

15 NOW COMES, RICHARD GARY HALL, JR., PLAINTIFF IN THE ABOVE ENTITLED

16 CIVIL ACTION. ON MARCH 24, 2008, PLAINTIFF DID IN FACT FORW-

17 -ARD HIS 'SECOND AMENDED COMPLAINT' IN THE ABOVE

18 ENTITLED CIVIL ACTION TO BE FILED IN THE COURT. THE

19 PLAINTIFF ALSO FORWARDED A COPY OF HIS 'SECOND AM-

20 -ENDED COMPLAINT' TO THE ATTORNEY GENERAL ON THE

21 SAME DATE. PLAINTIFF SEEKS VERIFICATION FROM THE

22 CLERK OF THE COURT THAT HIS 'SECOND AMENDED CO-

23 -MPLAINT' WAS RECEIVED BY THE COURT AND FILED.

24

25 DATE: APRIL 24, 2008           RESPECTFULLY SUBMITTED:

26                                /s/ Richard Gary Hall
                                  RICHARD GARY HALL, JR.
                                  PLAINTIFF
27

28

# TRUST ACCOUNT WITHDRAWAL ORDER

Date: March 24, 2008

To: Warden or Superintendent    Approved _____

I hereby request that my Trust Account be charged $ 8.65 for the purpose stated below and authorize the withdrawal of that sum from my account:

NUMBER: C-07278

_____
NAME (Signature please, DO NOT PRINT)

State below the PURPOSE for which withdrawal is requested (do not use this form for Canteen or Hobby purchases).

PRINT PLAINLY BELOW name and address of person to whom check is to be mailed.

PURPOSE: Legal Mail Postage

NAME: Mr. Edmund Brown, Jr. Attorney General

ADDRESS: 455 Golden Gate Ave, Suite #11000, San Francisco, CA 94102-3604

Richard Gary Hall, Jr.
PRINT YOUR FULL NAME HERE

Please return this duplicate as my receipt. Thank you.

193

# TRUST ACCOUNT WITHDRAWAL ORDER

Date March 24, 2008

To: Warden or Superintendent    Approved _An_

I hereby request that my Trust Account be charged $ 57¢ for the purpose stated below and authorize the withdrawal of that sum from my account:

MAR 25 2008

C-07278
NUMBER

_[Signature]_
NAME (Signature please, DO NOT PRINT)

State below the PURPOSE for which withdrawal is requested (do not use this form for Canteen or Hobby purchases).

PURPOSE Legal Mail Postage

PRINT PLAINLY BELOW name and address of person to whom check is to be mailed.

NAME OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
ADDRESS
280 S. FIRST ST, RM #2112
SAN JOSE, CA 95113-3095

RICHARD GARY HALL, JR.
PRINT YOUR FULL NAME HERE

PLEASE RETURN THIS DUPLICATE AS MY RECEIPT. THANK YOU.

CDC-193

Mr. Richard G. Hall Jr. C-07278
P.O. Box 689 / YW-343-up
Soledad, CA 93960-0689

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 S. First St, Rm # 2112
San Jose, CA 95113-3095

LEGAL MAIL

US POSTAGE $00.58 PITNEY BOWES
APR 25 2008
MAILED FROM ZIPCODE 93960