```
1  RICHARD GARY HALL, JR. C-07278
   CORRECTIONAL TRAINING FACILITY
2  P.O. BOX 689 / YW-343 UP
   SOLEDAD, CA 93960-0689
3
4  IN PRO SE
```

**Filed**

MAY 14 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GARY HALL, JR. <br> PLAINTIFF <br> V. <br> JAMES TILTON, ET. AL <br> DEFENDANTS | CIVIL ACTION # C07-3233-RMW (PR) <br> **AFFIDAVIT** |

NOW COMES, RICHARD GARY HALL, JR., PLAINTIFF IN THE ABOVE ENTITLED CIVIL ACTION. THE PLAINTIFF HEREBY DECLARES: HE RECENTLY NOTICED COMPELLING MATERIAL FACT FEATURED ON OFFICIAL STATE OF CALIFORNIA DOCUMENTATION HE RECEIVED IN LATE FEBUARY 2008. WHICH WAS A LETTER FROM BOARD OF PAROLE HEARINGS (BPH) - STAFF SERVICES MANAGER - I.S. LABARE, DATED JANUARY 23, 2008. WHEREIN A COMPLI--MENTARY COPY (CC:) OF SUCH A LETTER WAS FORWARDED TO THE CALIFORNIA MEDICAL FACILITY (CMF) - RECORDS OFFICE - BOARD DESK. CONSIDERING DOCUMENTARY EVIDENT THAT IS PROVIDED THE COURT IN PAGE '223' OF EXHIBIT-X OF THE ABOVE ENTITLED CIVIL ACTION VERIFIES SUCH DAILY MOVEMENT SHEET (DMS) DATED JANUARY 29, 2008 FRAUDULENTLY LISTS PLAINTIFF AS BEING TRANSFERRED

1

1  FROM THE CORRECTIONAL TRAINING FACILITY (CTF) TO
2  THE CALIFORNIA MEDICAL FACILITY (CMF) — THEN BACK
3  TO CTF FROM CMF.
4  THE LETTER OF JANUARY 23, 2008 ONLY SERVES TO
5  COLLABERATE AND MAGNIFY SUCH ADMINISTRATIVE
6  FRAUD, WHICH IS HARDLY SIMPLE HUMAN ERROR.

8  PLAINTIFF ALSO VEHEMENTLY FEELS IT IS IMPERATIVE THAT
9  HE BRING TO THE COURTS ATTENTION RECENTLY RECEIVED
10 AND COMPELLING DOCUMENTATION HE RECEIVED FROM
11 THE STATE BAR OF CALIFORNIA. SUCH INFORMATION DOES
12 IN FACT SHED FURTHER LIGHT UPON DOCUMENTATION
13 PROVIDE IN EXHIBIT-2 ... PAGES 226-234. WHEREIN THE STATE
14 BAR VERIFIES THAT ATTORNEY DANIEL COLIN OF ESCOND-
15 -IDO, CA DOES NOT EXIST IN ITS RECORDS.

17 I DECLARE UNDER THE PENALTY OF PERJURY THAT THE
18 FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY
19 KNOWLEDGE.

21 DATE: MAY 2008                    RESPECTFULLY SUBMITTED:
22                                    [signature]
                                      RICHARD GARY HALL, JR.
23                                    PLAINTIFF

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**BOARD OF PAROLE HEARINGS**
P.O. BOX 4036
SACRAMENTO, CA 95812-4036



January 23, 2008

Richard Hall, Jr. C-07278
Correctional Training Facility-Soledad
P.O. Box 686
Soledad, CA 93960

Dear Mr. Hall:

This is in response to your letter dated December 30, 2007, referencing information regarding your caseworker at the institution. Also, attached with your letter are two (2) copied letters that were previously sent to you from the Board of Parole Hearings (Board) dated November 14, 2007, and December 7, 2007

The Board's records reflect your parole consideration hearing is scheduled for April 2, 2008.

The California Department of Corrections and Rehabilitation is the sole custodian of all inmates' central files. The Board will forward your letter and attachments to the institution's Records Office for placement in your central file. The Board will review all letters and material contained within the central file at the parole consideration hearing.

This issue in your letter will not be responded to in future correspondence.

Sincerely,

*S. Labare*
S. LABARE
Staff Services Manager I


Cc: CMF Records Office – Board Desk

tg



# THE STATE BAR OF CALIFORNIA

Monday, April 14, 2008                                                                                       State Bar Home

Home > Attorney Search

## ATTORNEY SEARCH

**Attorney Name or Bar Number**

Daniel Colin        [ Search ]   Advanced Search »

[ ] Include similarly sounding names and alternate spellings

Your search for *Daniel Colin* returned no results.

*I tried several different versions & got the same results.*

Would you like to search for names that sound like *Daniel Colin*?

Contact Us    Site Map    Privacy Policy    Notices    © 2008 The State Bar of California

Mr. Richard G. Hall, Jr. C-07278
P.O. Box 689/YW-343up
Soledad, CA 93960-0689

April 10, 2008

The State Bar of California
180 Howard Street
San Francisco, CA 94105-1639

Dear Sir/Madame,

I wish to file a formal complaint against Attorney Daniel Colin of Escondido, CA. His address is: P.O. Box 1301, Escondido, CA 92025. I would also appreciate it if you would provide me with his license number, and the appropriate form to file my complaint.

Thank you for your valuable time and assistance in advance.

Sincerely
[signature]

Mr. Richard G. Hall, Jr. C-07278
P.O. Box 689 / YW-343up
Soledad, CA 93960-0689

LEGAL MAIL

9410 5541639 C020

THE STATE BAR OF CALIFORNIA
180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA
94105-



RECEIVED
APR 11 2008
STATE BAR OF CALIFORNIA
ENFORCEMENT - SF

UNITED STATES POSTAGE
02 1M $ 00.41⁰
00042 29613   APR 10 2008
MAILED FROM ZIP CODE 93960
PITNEY BOWES

Mr. Richard G. Hall Jr. C-07278
Correctional Training Facility
P.O. Box 689 / YW-343UP
Soledad, California

LEGAL MAIL

Office of the Clerk
United States District Court
Northern District of California
280 S. First St, Rm # 2112
San Jose, California
95113-3095


