**PROOF OF SERVICE BY MAIL**
**BY PERSON IN STATE CUSTODY**
(C.C.P. §§ 1013(A), 2015,5)

**Filed**
MAY 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

I, _Richard Gary Hall, Jr_, declare:
I am over 18 years of age and I am party to this action. I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterrey, State of California. My prison address is:

_Richard G. Hall, Jr_, CDCR #: _C-07278_
CORRECTIONAL TRAINING FACILITY
P.O. BOX 689, CELL #: _VW-343up_
SOLEDAD, CA 93960-0689

On _May 12, 2008_, I served the attached:

_Affidavit - IN RE Civil Action # C07-3233-RMW-(PR)_

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows:

Office of the Clerk
United States District Court
Northern District of California
280 S. First St, RM # 2112
San Jose, CA 95113-3095

Mr. Edmund Brown, Jr
Attorney General
455 Golden Gate Ave, Suite # 11000
San Francisco, CA
94102-3664

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on _May 12, 2008_.

_Richard Gary Hall, Jr._
Declarant