1  Richard Gary Hall, Jr. C-07278
   Correctional Training Facility
2  P.O. Box 689 / YW-343 UP
   Soledad, CA 93960-0089
3
4  IN PRO SE

**Filed**

JUN 3 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

6       IN THE UNITED STATES DISTRICT COURT
7       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  Richard Gary Hall, Jr.              Civil Action #© 07-3233-RMW-(PR)
11          Plaintiff                   AFFIDAVIT
12  V.
13  James Tilton, et.al.
14          Defendants

16  Now comes, Richard Gary Hall, Jr. Plaintiff in the above entitled civil
17  action. Plaintiff hereby declares: On April 2, 2008, Plaintiff did in
18  fact appear before the Board of Parole Hearings (BPH) to be
19  considered for release back into society after over thirty (30)
20  years of incarceration, wherein Plaintiff was denied four (4)
21  years until his next review. A part of the Parole Boards
22  justification to deny Plaintiff his freedom, was based
23  upon the retaliatory disciplinary actions taken against
24  him in the year 2002, provided in exhibits (F), (G), (H), (L).
25  Documentary evidence thus proves that Plaintiff has been
26  twice punished for the same retaliatory actions.
27  I declare under the penalty of perjury that the foregoing is true
28  and correct to the best of my knowledge.

1 | DATE: June 26, 2008

RESPECTFULLY SUBMITTED,

*[signature]*
RICHARD GARY HALL, JR.
IN PRO SE / PLAINTIFF



Mr. Richard E. Hall, Jr. C-07278
P.O. Box 689 / YW-343UP
Soledad, CA 93960-0689

$ 00.59⁰  JUN 27 2008  ZIP CODE 93960
MAILED FROM ZIP CODE 93960

Office of the Clerk
United States District Court
Northern District of California
280 S. First Street, Rm # 2112
San Jose, CA 95113-3095

Legal Mail