1  RICHARD GARY HALL, JR. C-07278
   CORRECTIONAL TRAINING FACILITY
2  P.O. BOX 689 / YW-343UP
   SOLEDAD, CA 93960-0689
3
4  IN PRO SE

[Filed stamp: JUN 26 2008, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GARY HALL, JR.<br><br>PLAINTIFF,<br><br>V.<br><br>JAMES TILTON, ET. AL,<br><br>DEFENDANTS | CIVIL ACTION # © 07-3233-RMW-(PR)<br><br>'AFFIDAVIT' |

NOW COMES, RICHARD GARY HALL, JR., PLAINTIFF IN THE ABOVE ENTITLED CIVIL ACTION. PLAINTIFF HEARBY DECLARES: HE RECEIVED VERIFICATION FROM THE 'STATE BAR OF CALIFORNIA', DATED APRIL 14, 2008 IN REGARDS TO THE ATTORNEY DANIEL COLIN FEATURED ON VARIOUS DOCUMENTS PROVIDED IN 'EXH-Z' OF THE ABOVE ENTITLED CIVIL ACTION. WHEREIN THE STATE BAR CONFIRMS THERE IS NO RECORD OF AN ATTORNEY DANIEL COLIN. WHICH FURTHER VERIFIES THAT PLAINTIFF'S NAME WAS ADMINISTRATIVELY USED VIA FRAUDULENT DOCUMENTATION FORMULATED AND FILED UNDER THE COLOR OF STATE LAW.

I DECLARE UNDER THE PENALTY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: JUNE 24, 2008

RESPECTFULLY SUBMITTED,
[signature]
RICHARD GARY HALL, JR.
IN PRO SE / PLAINTIFF



# THE STATE BAR OF CALIFORNIA

Monday, April 14, 2008

State Bar Home

Home > Attorney Search

## ATTORNEY SEARCH

**Attorney Name or Bar Number**
Daniel Colin                    [ Search ]   Advanced Search »

☐ Include similarly sounding names and alternate spellings

Your search for *Daniel Colin* returned no results.

Would you like to search for names that sound like *Daniel Colin*?

Contact Us    Site Map    Privacy Policy    Notices    © 2008 The State Bar of California

*I tried several different versions + got the same results.*

Mr. Richard G. Hall, Jr. C-07278
Correctional Training Facility
P.O. Box 689 / W-343up
Soledad, CA 93960-0689

LEGAL MAIL
95113+3008

Office of the Clerk
United States District Court
Northern District of California
280 South First St, Rm. # 2112
San Jose, CA 95113-3095

02 1M
0004253462
MAILED FROM ZIPCODE 93960
$ 00.59⁰
JUN 25 2008
PITNEY BOWES
UNITED STATES POSTAGE