**PROOF OF SERVICE BY MAIL
BY PERSON IN STATE CUSTODY**
(C.C.P. §§ 1013(A), 2015,5)

**Filed**

JUN 2 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

I, _Richard G. Hall, Jr._

I am over 18 years of age and I am party to this action. I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterrey, State of California. My prison address is:

_Richard G. Hall, Jr._, CDCR #: _C-07278_
CORRECTIONAL TRAINING FACILITY
P.O. BOX 689, CELL #: _YW-343up_
SOLEDAD, CA 93960-0689.

On _June 24, 2008_, I served the attached:

_Affidavit_

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows:

_Office of the Clerk
United States District Court
Northern District of California
280 South First St, Rm: 2112
San Jose, CA 95113-3095_

_Mr. Edmund Brown, Jr.
Attorney General
455 Golden Gate Ave, Suite 11000
San Francisco, CA 94102-3664_

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _June 24, 2008_.

_Richard Gary Hall, Jr._
Declarant