*E-FILED - 12/9/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD GARY HALL, JR., | ) | No. C 07-3233 RMW (PR) |
| Plaintiff, | ) ) | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO LOCATE UNSERVED DEFENDANTS |
| vs. | ) ) ) | |
| JAMES TILTON, et al., | ) ) | (Docket No. 44) |
| Defendants. | ) ) | |

Good cause appearing, respondent is hereby granted an extension of time in which to provide the court with accurate and current location information for defendants L. Trexler, A.P. Kane, and C. Plynesser such that the Marshal is able to effect service upon them.  <u>If plaintiff fails to provide the court with the accurate and current locations, within **thirty (30) days** of the date this order is filed, plaintiff's claims against defendants L. Trexler, A.P. Kane, and C. Plynesser will be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure; the dismissal will be without prejudice to plaintiff refiling his complaint with such information.</u>

This order terminates docket no. 44.

IT IS SO ORDERED.

DATED: __12/5/08__

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Plaintiff's Motion for Extension of Time To Locate Unserved Defendants
P:\PRO-SE\SJ.Rmw\CR.07\Hall233eot2.wpd       1