1

2

3

4

5

6                                    ***E-FILED - 1/30/09***

7

8

9               IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  RICHARD GARY HALL, JR.,              )     No. C 07-3233 RMW (PR)
                                         )
        Plaintiff,                   )     ORDER GRANTING PLAINTIFF'S
13                                       )     SECOND MOTION FOR
      vs.                                )     EXTENSION OF TIME TO LOCATE
14                                       )     UNSERVED DEFENDANTS
                                         )
15  JAMES TILTON, et al.,                )     (Docket No. 46)
                                         )
16      Defendants.                  )
                                         )
17  _____      )

18       Good cause appearing, respondent is hereby granted a second extension of time in which

19  to provide the court with accurate and current location information for defendants L. Trexler,

20  A.P. Kane, and C. Plynesser such that the Marshal is able to effect service upon them.  If

21  plaintiff fails to provide the court with the accurate and current locations, within **thirty (30) days**

22  of the date this order is filed, plaintiff's claims against defendants L. Trexler, A.P. Kane, and C.

23  Plynesser will be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure; the

24  dismissal will be without prejudice to plaintiff refiling his complaint with such information.

25       This order terminates docket no. 46.

26       IT IS SO ORDERED.

27  DATED: __1/30/09_____

     RONALD M. WHYTE
28   United States District Judge

Order Granting Plaintiff's Second Motion for Extension of Time To Locate Unserved Defendants
P:\PRO-SE\SJ.Rmw\CR.07\Hall233eot3.wpd            1