*E-FILED - 6/3/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GARY HALL, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMES TILTON, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | No. C 07-3233 RMW (PR) <br><br> ORDER OF DISMISSAL OF CLAIMS AGAINST UNSERVED DEFENDANT WITHOUT PREJUDICE |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. The court ordered service of plaintiff's second amended complaint. On March 16, 2009, the court granted plaintiff a third extension of time to locate defendant L. Trexler but cautioned plaintiff that, "[i]f plaintiff fails to provide the court with the accurate and current locations, within **thirty (30) days** of the date this order is filed, plaintiff's claims against defendant L. Trexler . . . will be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure; the dismissal will be without prejudice to plaintiff refiling a complaint with such information." More than thirty days have passed, and plaintiff has not provided the court with any further identifying or location information for defendant L. Trexler.

Accordingly, plaintiff's claims against defendant L. Trexler are DISMISSED without prejudice.

IT IS SO ORDERED.

DATED: ___6/3/09_____           /s/ Ronald M. Whyte
                                  RONALD M. WHYTE
                                  United States District Judge

Order of Dismissal of Claims Against Unserved Defendants Without Prejudice
P:\PRO-SE\SJ.Rmw\CR.07\Hall233dis4m.wpd