**United States District Court**
For the Northern District of California

***E-FILED - 6/17/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GARY HALL, JR., | No. C 07-03233 RMW (PR) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION |
| v. | |
| BEN CURRY, Warden, et al., | |
| Defendants. | (Docket No. 77) |

Defendants have requested an extension of time in which to file their dispositive motion. Having read and considered defendants' request and the accompanying declaration of counsel, and good cause appearing,

IT IS HEREBY ORDERED that defendants' request for an extension of time is GRANTED. The time in which defendants may file their dispositive motion will be extended up to and including **September 21, 2009**. Plaintiff's opposition to the dispositive motion shall be filed with the court and served on defendants no later than **thirty (30) days** after the date defendants' motion is filed. If defendants wish to file a reply brief, they shall do so no later than **fifteen (15) days** after the date plaintiff's opposition is filed.

///

///

Order Granting Defendants' Motion for Extension of Time to file Dispositive Motion
P:\PRO-SE\SJ.Rmw\CR.07\Hall233.EOT.wpd

1   This Order terminates Docket no. 77.

2   IT IS SO ORDERED.

3   Dated:  6/16/09



4   RONALD M. WHYTE
    United States District Judge

**United States District Court**
For the Northern District of California

Order Granting Defendants' Motion for Extension of Time to file Dispositive Motion
P:\PRO-SE\SJ.Rmw\CR.07\Hall233.EOT.wpd                              2