*E-FILED - 9/30/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD GARY HALL, JR.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JAMES TILTON, et al.,<br><br>　　　　　　　　　　　Defendants. | C 07-3233 RMW (PR)<br><br>[xxxxxxxxxxx] **ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |

　　　Defendants J. Tilton, J.G. Arceo, N. Grannis, D.S. Levorse, and J.H. Frye (Defendants) have moved for a thirty-day extension, up to and including October 15, 2009, in which to file an initial dispositive motion. The Court has read and considered Defendants' request for extension of time and the accompanying declaration of counsel and, good cause appearing,

　　　IT IS ORDERED that Defendants' requested extension of time is GRANTED. The time in which Defendants may file their dispositive motion is extended up to and including October

//

//

//

//

1

1  15, 2009. Plaintiff shall file an opposition within thirty days of Defendants' motion filing.
2  Defendants will thereafter file a reply to Plaintiff's opposition within fifteen days of Plaintiffs'
3  filing.

Dated: 9/29/09

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
United States District Judge

SF2009201566
20222231.docx

2

xxxxxxxx Order Granting Defs.' Mot. to Change Time to File Dispositive Mot. (C 07-3233 RMW (PR))