*E-FILED - 6/29/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD GARY HALL, JR., | ) | No. C 07-3233 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| JAMES TILTON, et al., | ) | |
| Defendants. | ) | |

The court has granted defendants' motion to dismiss. A judgment of dismissal is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 6/29/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.07\Hall233jud.wpd