*E-FILED - 8/17/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GARY HALL, | C 07-3233 RMW (PR) |
| Plaintiff, | ORDER DENYING MOTION FOR RECONSIDERATION |
| vs. | |
| JAMES TILTON, et al., | (Docket No. 132) |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 alleging, inter alia, that he has been improperly housed at a Level III institution and the prison has failed to comply with mandated regulations in the classification process. On June 29, 2010, the court dismissed plaintiff's complaint as time-barred and, alternatively, for failure to state a cognizable claim. On July 8, 2010, plaintiff filed a motion for reconsideration.

Rule 60(b) of the Federal Rules of Civil Procedure provides for reconsideration where one or more of the following is shown: (1) mistake, inadvertence, surprise or excusable neglect; (2) newly discovered evidence that by due diligence could not have been discovered before the court's decision; (3) fraud by the adverse party; (4) voiding of the judgment; (5) satisfaction of the judgment; (6) any other reason justifying relief. See Fed. R. Civ. P. 60(b); School Dist. 1J v. ACandS Inc., 5 F.3d 1255, 1263 (9th Cir.1993). Although couched in broad terms, subparagraph

Order Denying Motion for Reconsideration
P:\PRO-SE\SJ.Rmw\CR.07\Hall233rec.wpd

1  (6) requires a showing that the grounds justifying relief are extraordinary.  Twentieth Century -
2  Fox Film Corp. v. Dunnahoo, 637 F.2d 1338, 1341 (9th Cir. 1981).
3       In the present motion, petitioner does not make a showing of mistake, inadvertence,
4  surprise or excusable neglect.  He does not set forth any newly discovered evidence, fraud, or
5  any grounds for finding that the judgment is void or has been satisfied.  Nor does he set forth any
6  other reason justifying relief.  Petitioner's arguments are merely a restatement of issues the court
7  considered and rejected.  Petitioner may raise such arguments on appeal, but they are not
8  grounds for reconsideration.  See id.
9       Accordingly, the motion for reconsideration is DENIED.
10      IT IS SO ORDERED.
11 DATED:  8/17/10

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Denying Motion for Reconsideration
P:\PRO-SE\SJ.Rmw\CR.07\Hall233rec.wpd          2